MINUTE ENTRY
MORGAN, J.
April 5, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 17-3465 |
| SUREWAY SUPERMARKET, ET AL.,<br>    Defendants | SECTION: "E" (1) |

A status conference was held on April 5, 2018 at 1:30 p.m. in the chambers of Judge Susie Morgan.

Present:   William Most, counsel for Plaintiff, Vivian Patz; Sean Dawson and Kathleen Lambert, counsel for Defendants, Walter H. Maples, Inc., Shelly Jambon, and SHH Properties, L.L.C.

The parties discussed the status of the case. Plaintiffs have propounded a second round of written discovery. Defendants represented they will provide responses to Plaintiffs by **April 14, 2018**.

On request of Plaintiffs' counsel, and with no objection by defense counsel, the trial date in this matter was continued to **Monday, January 28, 2019**.

The parties will adhere to the pre-trial deadlines as follows.

| | |
|---|---|
| Plaintiff's expert reports | Delivered to defense counsel by **September 7, 2018** |
| Defendant's expert reports | Delivered to plaintiff's counsel by **October 9, 2018** |

1

| | |
|---|---|
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient<br><br>***See* pretrial notice at p. 7** | Filed and served upon opponents by **October 9, 2018** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient<br><br>***See* pretrial notice at pp. 5-6** | Filed and served upon opponents by **October 9, 2018** |
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **October 23, 2018** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>***See* Scheduling Order at p. 4 regarding the format of depositions** | Filed and served no later than **October 30, 2018**<br><br>(in sufficient time to permit a submission date on or before **November 14, 2018**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **November 6, 2018** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline. *See* Section IX.10.b of the pretrial notice** | Filed by **December 3, 2018** at **5:00 p.m.** |

| | |
|---|---|
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **December 6, 2018 at 3:00 p.m.** |
| Final list of witnesses who will be called at trial | Filed no later than **December 13, 2018** at **5:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **December 18, 2018** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **January 16, 2019** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at p. 8** | Filed and emailed to the Court by **January 18, 2019** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>*See* **pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>*See* **pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |

| | |
|---|---|
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **January 18, 2019** at **5:00 p.m.** |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **January 18, 2019** at **5:00 p.m.** |
| Trial memoranda<br><br>***See* pretrial notice at pp. 8-9** | Filed by **January 18, 2019** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **January 23, 2019** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **January 23, 2019** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See* pretrial notice at p. 7** | The factual elements of such questions shall be submitted to the expert witness by **January 23, 2019** at **5:00 p.m.** |

| | |
|---|---|
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>**See pretrial notice at p. 7** | Provided to opposing counsel by **January 23, 2019** at **5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>**See pretrial notice at p. 7** | Filed by **January 24, 2019** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>**See Local Rule 16.4** | **January 28, 2019 at 9:00 a.m.**<br><br> (estimated to last **4** days) |

**New Orleans, Louisiana, this 5th day of April, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:19)

5