# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| VIVIAN PATZ and MICHAEL PATZ Plaintiffs Vs. SUREWAY SUPERMARKET, WALTER H. MAPLES, INC., SHELLY JAMBON, DOES 1-10, ABC INSURANCE COMPANIES 1-10 Defendants | ) CIVIL ACTION NO. 2:17-cv-03465 ) ) ) SECTION "E" (1) ) ) ) ) JUDGE SUSIE MORGAN ) ) MAGISTRATE JANIS van MEERVELD ) ) |
|---|---|

NOTICE OF HEARING

Pursuant to Local Rule 7.2, please take notice that Defendant Shelly Jambon's Motion for Summary Judgment is hereby set for submission before District Judge Susie Morgan on the 11th day of July, 2018 at 10:00 a.m. Any opposition to this motion must be filed in writing within the delays allowed by the local rules of the U.S. District Court for the Eastern District of Louisiana.

Respectfully submitted,

STEPHENSON, CHÁVARRI & LAMBERT, LLC

*/s/ Kathleen D. Lambert*
Sean R. Dawson (#19542)
email: dawsonjd@smclattorneys.com
Kathleen D. Lambert (#19665)
email: katlambert@smclattorneys.com
400 Poydras Street, Suite 1990
New Orleans, LA 70130
Tel: (504) 523-6496 │Fax: (504) 525-2846

CERTIFICATE OF SERVICE

      I, Kathleen D. Lambert, do hereby certify that on June 8, 2018, that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic servicing and a copy of the foregoing has been served by email upon William Most, counsel for plaintiffs.

                                                      */s/ Kathleen D. Lambert*
                                                      Kathleen D. Lambert