MINUTE ENTRY
VAN MEERVELD
July 12, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIVIAN BLACKLEDGE and MICHAEL PATZ, *Plaintiffs* | * * * | CIVIL ACTION NO. 17-3465 |
| VERSUS | * * | SECTION: "E" (1) |
| SUREWAY SUPERMARKET, ET AL. *Defendants* | * * * * | JUDGE SUSIE MORGAN  MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held on Thursday, July 12, 2018.

PRESENT:   *For the Plaintiff:*   William Most, Meghsha Barner, Michael Patz, Vivian Patz

*For the Defendant:*   Sean Dawson, Kathleen Lambert, Shelly Jambon, Lovie Verdin

Following settlement discussions, the parties were unable to negotiate a settlement of the case at this time.   Further negotiations will proceed telephonically.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR:  03:20