UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIVIAN PATZ, ET AL.
    Plaintiffs

VERSUS

SUREWAY SUPERMARKET, ET AL.
    Defendants

CIVIL ACTION

NO. 17-3465

SEC. E (MORGAN)

DIV. 1 (VAN MEERVELD)

## **SWORN DECLARATION**

SHELLY JAMBON, named-defendant in this matter, makes the following declaration under penalty of perjury:

1. I am a person of the full age of majority who resides in the Parish of Jefferson in the State of Louisiana, and a Defendant in the above captioned matter.

2. I am the general manager of Walter H. Maples, Inc. d/b/a Sureway Supermarket in Grand Isle, Louisiana, and was so employed during the times of Plaintiffs' complaints, January through April 2016.

3. I was acquainted with Vivian Blackledge Patz and Michael Patz during their 2016 employment with Sureway Supermarket.

4. Vivian was hired on January 18 and terminated on April 15, 2016; Michael was hired on March 17 and terminated on April 23, 2016.

5. Due to the high rental rates in Grand Isle, Sureway helps some employees find affordable housing by offering the use of employment-related housing at cost, which is a fraction of average rent; use of this employer-subsidized housing is contingent upon continued employment with Sureway; during their 2016 employment Vivian and Michael were housed as a couple at 176 Naccari Lane, Grand Isle, Louisiana.

6. The employees who adopt employee housing pay a weekly fee due every Friday.

7. Vivian and Michael's right to occupy the premises terminated when the last of them, Michael, was terminated from Sureway employment on April 23, 2016.

8. On April 25, 2016, a Sureway employee named Denise Esponge went to 176 Nacarri Lane, on my instructions to post a five-day notice to vacate the premises; Denise returned to Sureway and informed the Vivian and Michael had already moved-out from 176 Nacarri Lane.

9. Neither Vivian nor Michael was ever prohibited from shopping at Sureway Supermarket.

10. All the statements in this declaration are from my personal knowledge, or personal review of Sureway's contemporary business records.

11. All statements of fact made by me herein are true and correct to the best of my information, knowledge, and belief.

12. This declaration was signed by me in Grand Isle, Louisiana on October 5, 2018.

SHELLY JAMBON