UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIVIAN PATZ, ET AL.
   Plaintiffs

VERSUS

SUREWAY SUPERMARKET, ET AL.
   Defendants

CIVIL ACTION

NO. 17-3465

SEC. E (MORGAN)

DIV. 1 (VAN MEERVELD)

## SWORN DECLARATION

DAVID FELARISE makes the following declaration under penalty of perjury:

1. I am a person of the full age of majority who resides in the Parish of Jefferson, State of Louisiana.

2. I am employed as grocery manager for Walter H. Maples, Inc. d/b/a Sureway Supermarket in Grand Isle, Louisiana, and was so employed during the times of Plaintiffs' complaints, January through April 2016.

3. I was acquainted with Vivian Blackledge Patz and Michael Patz during their 2016 employment with Sureway Supermarket.

4. On the morning of April 23, 2016 I went to 176 Nacarri Lane to inform Michael Patz that he was fired from Sureway employment; after I knocked and Michael opened the door, he spontaneously asked whether he was fired and should move out, and I replied affirmatively.

5. All the statements in this declaration are from my personal knowledge, or personal review of Sureway's contemporary business records.

6. All statements of fact made by me herein are true and correct to the best of my information, knowledge, and belief.

7. This declaration was signed by me in Grand Isle, Louisiana, U.S.A. on the _5_ day of October 2018.

_____
DAVID FELARISE