UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 17-3465 |
| SUREWAY SUPERMARKET, ET AL.,<br>    Defendants | SECTION: "E" (1) |

### ORDER

Before the Court is Plaintiffs' unopposed motion for a briefing schedule[1] to extend the deadlines previously set by this Court.[2]

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs may file a supplemental opposition to Defendant Shelly Jambon's motion for summary judgment[3] by **November 13, 2018**. Defendant may file a reply by **November 20, 2018**.

The parties are to adhere to the revised deadlines as shown below.

| | |
|---|---|
| Plaintiff's Letter to the Court setting out Causes of Action<br><br>*See* **Scheduling Order at p. 2**<br>**Failure to comply may result in sanctions** | Emailed to chambers by **January 19, 2018** |
| Initial disclosures | Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed and must be exchanged no later than **January 26, 2018** |
| Amendments to pleadings, third-party actions, cross-claims, and counterclaims | Filed and served no later than **February 12, 2018** |
| Status conference | **April 5, 2018 at 1:30 p.m.** |

---

[1] R. Doc. 117.
[2] R. Doc. 80.
[3] R. Doc. 68.

1

| | |
|---|---|
| Plaintiff's expert reports | Delivered to defense counsel by **September 7, 2018** |
| Defendant's expert reports | Delivered to plaintiff's counsel by **October 9, 2018** |
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient<br><br>***See* pretrial notice at p. 7** | Filed and served upon opponents by **October 9, 2018** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient<br><br>***See* pretrial notice at pp. 5-6** | Filed and served upon opponents by **October 9, 2018** |
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **October 26, 2018** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>***See* Scheduling Order at p. 4 regarding the format of depositions** | Filed and served no later than **October 30, 2018**<br><br>(in sufficient time to permit a submission date on or before **November 14, 2018**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **November 6, 2018** |
| **Plaintiffs' supplemental opposition to Defendant Shelly Jambon's motion for summary judgment (R. Doc. 68)** | Filed by **November 13, 2018** |

| | |
|---|---|
| **Defendant Shelly Jambon's reply in support of her motion for summary judgment (R. Doc. 68)** | Filed by **November 20, 2018** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **December 3, 2018** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **December 6, 2018 at 3:00 p.m.** |
| Final list of witnesses who will be called at trial | Filed no later than **December 13, 2018** at **5:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **December 18, 2018** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **January 16, 2019** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m.** |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at p. 8** | Filed and emailed to the Court by **January 18, 2019** at **5:00 p.m.** |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>**See pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>**See pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>**See pretrial notice at p. 5** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>**See pretrial notice at pp. 5-6** | Delivered to the Court by **January 18, 2019** at **5:00 p.m.** |
| Trial memoranda<br><br>**See pretrial notice at pp. 8-9** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Objections to deposition testimony and supporting memoranda<br><br>**See pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>**See pretrial notice at p. 5** | Filed by **January 23, 2019** at **5:00 p.m**. |

| | |
|---|---|
| Responses to objections to deposition testimony<br><br>*See* **pretrial notice at p. 6** | Filed by **January 23, 2019** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* **pretrial notice at p. 7** | The factual elements of such questions shall be submitted to the expert witness by **January 23, 2019** at **5:00 p.m.** |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **January 23, 2019 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **January 24, 2019** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses.  If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **January 28, 2019 at 9:00 a.m.**<br>(estimated to last **4** days) |

**New Orleans, Louisiana, this 7th day of November, 2018.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

5