# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ | ) CIVIL ACTION NO. 2:17-cv-03465 |
| | ) |
| **Plaintiffs** | ) |
| | ) SECTION "E" (1) |
| vs. | ) |
| | ) |
| SUREWAY SUPERMARKET, WALTER H. | ) JUDGE SUSIE MORGAN |
| MAPLES, INC., SHELLY JAMBON, DOES | ) |
| 1-10, ABC INSURANCE COMPANIES 1-10 | ) MAGISTRATE JANIS van MEERVELD |
| | ) |
| **Defendants** | ) |

## CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
## WALTER H. MAPLES, INC. AND SHH PROPERTIES, L.L.C.

**NOW INTO COURT**, through undersigned counsel, come Walter H. Maples, Inc. and SHH

Properties, L.L.C., who, in accordance with Federal Rule of Civil Procedure 7.1, tender the following

information referable to their corporate structure(s):

Walter H. Maples, Inc., is a privately-held corporation, whose shareholders and officers are:

> Shelly M. Jambon, sole shareholder, President
> Harley K. Landry, Secretary

SHH Properties, L.L.C., is a limited liability company, whose members are:

> Shelly M. Jambon
> Harley Landry
> Holden Landry

Respectfully submitted,

STEPHENSON, CHÁVARRI & LAMBERT, LLC

*s/Sean R. Dawson*
Sean R. Dawson, LA Bar No. 19542
Kathleen D. Lambert, LA Bar No. 19665
400 Poydras Street, Suite 1990
New Orleans, Louisiana  70130
Tel.: (504) 523-6496
Fax: (504) 525-2846

CERTIFICATE OF SERVICE

I, Kathleen D. Lambert, do hereby certify that on December 19, 2017, that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic servicing and a copy of the foregoing has been served by email upon William Most, counsel for plaintiffs.


    */s/ Kathleen D. Lambert*
Kathleen D. Lambert