UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 2:17-cv-03465 |
| v. ) | |
| ) | |
| SUREWAY SUPERMARKET, *et al.* ) | Judge Susie Morgan |
| ) | Magistrate Janis van Meerveld |
| Defendants. ) | |
| ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT TO PIERCE DEFENDANTS' CORPORATE VEIL

COME NOW, the Plaintiffs, Vivian Blackledge and Michael Patz, by and through undersigned counsel and requests partial summary judgment on the issue of Defendant Shelly Jambon's personal liability.

As explained further in the Memorandum in Support and exhibits thereto, good cause exists partial summary judgment.

WHEREFORE, Plaintiffs respectfully request that this Court order partial summary judgment on the issue of Defendant Shelly Jambon's personal liability.

Respectfully submitted,

VIVIAN PATZ and MICHAEL PATZ,

/s/ *William Most*_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2018, a copy of the Plaintiff's *Motion for Partial Summary Judgment* as filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                              _/s/ William Most_
                                                                 William Most