UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 2:17-cv-03465 |
| v. ) | |
| ) | |
| SUREWAY SUPERMARKET, *et al.* ) | Judge Susie Morgan |
| ) | Magistrate Janis van Meerveld |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs will submit for consideration their Motion for Summary Judgment on December 12, 2018.

Respectfully submitted,

VIVIAN PATZ and MICHAEL PATZ,

/s/ *William Most*
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, a copy of the Plaintiff's *Notice of Submission* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_/s/ *William Most*_
William Most