UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ,<br><br>    Plaintiffs,<br>v.<br><br>SUREWAY SUPERMARKET, *et al.*<br><br>    Defendants. | )<br>)<br>) Civil Action No.: 2:17-cv-03465<br>)<br>) Judge Susie Morgan<br>) Magistrate Janis Van Meerveld<br>)<br>) |

**STATEMENT OF MATERIAL FACTS**

Pending before the Court is the Plaintiffs' *Motion for Partial Summary Judgment to Pierce Defendants' Corporate Veil*. In support of that motion, Plaintiffs submit this statement of undisputed material facts:

1. Walter H. Maples, Inc. and SHH Properties, L.L.C. are entities operating in Louisiana.[1]

2. Shelly Jambon is the sole owner of Walter H. Maples, Inc.[2]

3. Shelly Jambon is the sole owner of SHH Properties, L.L.C.[3]

4. Denise Esponge is an employee of Walter H. Maples, Inc., but not of SHH Properties, L.L.C.

5. Denise Esponge has, on the direction of Ms. Jambon, done work on behalf of SHH Properties, L.L.C. while being compensated by Walter H. Maples, Inc., such as posting eviction notices and collecting rent.[4]

6. David Felarise is an employee of Walter H. Maples, Inc., but not of SHH Properties, L.L.C.

---

[1] Ex. B ("Corporate Disclosure Statement on Behalf of Walter H. Maples, Inc. and SHH Properties, L.L.C.").
[2] Ex. B ("Shelly M. Jambon, sole shareholder, President."); R. Doc. 115-4 ("Deposition of Shelly Jambon"), Pg:12, Ln:1-14; see also, Id. at Pg:167, Ln: 19-21.
[3] R. Doc. 115-4, Pg:167, Ln:4-16.
[4] R. Doc. 115-5 ("Declaration of Denise Esponge"), Pg:58, Ln:19 – Pg:59, Ln:8.

7. David Felarise has, on the direction of Ms. Jambon, done work on behalf of SHH Properties, L.L.C. while being compensated by Walter H. Maples, Inc., such as posting eviction notices and fixing appliances.[5]

8. Shelly Jambon holds joint meetings with the mutual CPA for Walter H. Maples, Inc. and SHH Properties, Inc.[6]

9. SHH Properties, L.L.C., rents exclusively to Walter H. Maples employees and does so at below-market rates.[7]

10. SHH Properties, L.L.C. has posted a net-negative income for the years 2015, 2016, and 2017.[8]

11. Walter H. Maples, Inc. employees have performed work on Shelly Jambon's personal property while being paid by Walter H. Maples, Inc.[9]

12. Walter H. Maples, Inc., does not hold regular business meetings and has gone years without holding such a meeting.[10]

---

[5] R. Doc. 115-5, Pg:85, Ln:15-22.
[6] R. Doc. 115-4, Pg:172, Ln:25 – Pg:173, Ln:1
[7] R. Doc. 114-4 at ¶ 5; see also, R. Doc. 115-4, Pg: 97, Ln:11.
[8] Ex. D (SHH Financial Statements, 2015-2017).
[9] R. Doc. 115-4, Pg:176, Ln:19 – Pg:177, Ln:10 (emphasis added).
[10] R. Doc. 115-4 Pg:171, Ln:8 – Pg:172, Ln:11.