1          UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF LOUISIANA

3

4

5        *************************** **

6   VIVIAN PATZ and              CIVIL ACTION
    MICHAEL PATZ                 NO. 2:17-cv-03465
7
                                 SECTION "E"(1)
8   VERSUS
                                 JUDGE SUSIE MORGAN
9
    SUREWAY SUPERMARKET,         MAGISTRATE
10  WALTER H. MAPLES, INC.,      JANIS VAN MEERVELD
    SHELLY JAMBON and
11  SHH PROPERTIES, LLC

12        ***************************

13

14

15

16        Deposition of **VICTORIA SPELL**, taken at

17  214 Ludwig Lane, Grand Isle, Louisiana, on

18  October 24, 2018.

19

20

21

22

23  REPORTED BY:

24        JILL B. STEIN
          CERTIFIED COURT REPORTER
25

```
 1    APPEARANCES:

 2            LAW OFFICE OF WILLIAM MOST, LLC
              WILLIAM MOST, ESQUIRE
 3            201 St. Charles Avenue, Suite 114 #101
              New Orleans, Louisiana 70170
 4                ATTORNEY FOR PLAINTIFFS
                      VIVIAN PATZ and MICHAEL PATZ
 5

 6

 7
              STEPHENSON, CHAVARRI & DAWSON, LLC
 8            MS. SEAN R. DAWSON
              WILLIAM B. GORDON, ESQUIRE
 9            400 Poydras Street, Suite 1990
              New Orleans, Louisiana 70130
10                ATTORNEYS FOR DEFENDANTS --
                      WALTER H. MAPLES, INC., d/b/a
11                    SUREWAY SUPERMARKET and
                      SHELLY JAMBON
12

13

14
      ALSO PRESENT:
15
              SHELLY JAMBON
16

17

18

19

20

21

22

23

24

25
```

1                          **INDEX**

2

3                                         PAGE

4   APPEARANCES ..........................   2:0

5   INDEX ................................   3:0

6   STIPULATIONS .........................   4:0

7   EXAMINATION BY COUNSEL

8         MR. GORDON ....................   5:5

9   REPORTER CERTIFICATE .................  67:0

10

11                        **EXHIBITS**

12   1 -- Declaration of Victoria Spell ....  45:12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **STIPULATIONS**

2

3           It is stipulated and agreed by and between

4    Counsel for the parties hereto that the

5    deposition of the witness, **VICTORIA SPELL**, is

6    hereby being taken under the Federal Rules of

7    Civil Procedure, in accordance with law, pursuant

8    to Notice, for all purposes, at 214 Ludwig  Lane,

9    Grand Isle, Louisiana, on  October 24, 2018.

10          That the formalities of sealing,

11   certification, and filing are hereby waived;

12   reading and signing are  waived;

13          That the objections, save those as to the

14   form of the questions and the responsiveness of

15   the answers, are hereby reserved until such time

16   as this deposition, or any part thereof, may be

17   used or sought to be used in evidence;

18                  * * * * * * * * * * * * * * * * * * * * * * * *

19          That JILL B. STEIN, Certified Court

20   Reporter in and for the State of Louisiana,

21   officiated in administering the oath to the

22   above-named witness.

23

24

25

1          **VICTORIA SPELL**, 143 Adam Lane, Grand Isle,

2    Louisiana 70358, upon being first duly sworn,

3    was examined and testified as follows:

4    (SHELLY JAMBON NOT PRESENT UPON COMMENCEMENT)

5    EXAMINATION BY MR. GORDON:

6    Q.     Ms. Spell, my name is William Gordon.

7    With Ms. Dawson, we're two of the attorneys that

8    represent Sureway Supermarket and Walter H.

9    Maples, Incorporated, in a lawsuit filed by

10   Vivian and Michael Patz.

11          With that said, could you give us your

12   full name, please?

13   A.     Victoria Lynn Spell.

14   Q.     Okay.  Do you -- is that your maiden name?

15   A.     Yes.

16   Q.     Okay.  Have you ever gone by any other

17   name?

18   A.     No.

19   Q.     And what is your address?

20   A.     143 Adam Lane, Grand Isle, Louisiana

21   70358.

22   Q.     Here today, is there anything that would

23   prevent you from giving reliable testimony?

24   A.     No.

25   Q.     Are you under the influence of any drugs,

1    whether they be prescription, that would prevent

2    you from understanding my questions and giving me

3    answers?

4    A.    No.

5    Q.    All right.  Has any doctor ever told you

6    that you are incapable of handling your own

7    affairs?

8    A.    No.

9    Q.    Has any judge ever told you that you're

10   incapable of handling your own affairs?

11   A.    No.

12   Q.    All right.  Have you ever given a

13   deposition before?

14   A.    No.

15   Q.    Okay.  So what's happening is she's taking

16   down the questions that I pose to you and your

17   answers.  So it's important that you speak out

18   loud when you answer your questions and avoid,

19   you know, grunting or saying "uh-huh" or

20   "unh-unh," okay.

21   A.    Okay.

22   Q.    If you don't understand any of my

23   questions, please ask me to restate my question

24   to make sure that you understand what I'm asking

25   you, okay.

```
 1    A.      Okay.
 2    Q.      Are you represented by any attorney at
 3    this time?
 4    A.      No.
 5    Q.      Okay.  You ever had an attorney/client
 6    relationship with Mr. Most?
 7    A.      No.
 8    Q.      Okay.  What about have you had an
 9    attorney/client relationship at anytime with
10    Attorney Meghsha Barner?
11    A.      I've talked to him, but he hasn't been my
12    lawyer.
13    Q.      Okay.  When did you talk to Meghsha
14    Barner?
15    A.      In May.
16    Q.      May of what year?
17    A.      2018.
18    MR. MOST:
19              Do you mind if I just say the
20         spelling of Meghsha's name?  That would be
21         helpful.
22    MR. GORDON:
23              Yes, please.
24    MR. MOST:
25              It's M-E-G-H-S-H-A; last name is
```

1          Barner, B-A-R-N-E-R.   That's Meghsha,

2          rhymes with Alesha.

3    BY MR. GORDON:

4    Q.     So, again, when did you speak to Attorney

5    Barner?

6    A.     In May of 2018.

7    Q.     And where was that?

8    A.     At Yum's Restaurant.

9    Q.     And where is Yum's?

10   A.     Yum's is on Highway 101.

11   Q.     That's close to here?

12   A.     Yes, sir.

13   Q.     And what did you speak to Attorney Barner

14   about?

15   A.     About what happened to me at Sureway.

16   (SHELLY JAMBON NOW PRESENT)

17   BY MR. GORDON:

18   Q.     And what did you tell Attorney Barner?

19   A.     That I started in February of 2015 and I

20   got fired September the 15th of 2015.

21   Q.     And anything else?

22   A.     I told him that I went to work after going

23   to the doctor for my first doctor's visit of

24   being pregnant.   And when I got there, Ms. Mona

25   pulled me to the office and told me that I was

1  fired.   And I asked why, and I was told that I

2  was -- I did not make French bread a Saturday

3  morning that a good friend of Ms. Shelly called

4  her and told her that there was none.

5         And when I asked them to pull up the

6  cameras to show me that I didn't do it, they

7  refused and just told me that I was fired and had

8  to get out.

9  Q.     And did you tell Attorney Barner anything

10  else about your employment at Sureway?

11  A.     That I had heard that there was someone

12  named Amanda that worked there before I had

13  started there, and she had gotten fired after

14  becoming pregnant also.   But I did not know her.

15  Q.     Anything else you told Attorney Barner

16  about your employment at Sureway?

17  A.     Not that I can remember.

18  Q.     Did you do anything to prepare for today's

19  deposition?

20  A.     Not really.

21  Q.     Okay.   What does that mean?

22         THE WITNESS:

23              What's your name?

24         MR. MOST:

25              William Most.

1    BY MR. GORDON:   (Witness)

2    A.      William went over what was going to be

3    said and asked or whatever.   And I'm basically

4    winging it and just saying what I told the last

5    lawyer.

6    Q.      So you met with Mr. Most prior to this

7    deposition.

8    A.      Yes, sir.

9    Q.      When was that?

10   A.      Last night, at 7:00 P.M.

11   Q.      Where was that?

12   A.      At Yum's Restaurant.

13   Q.      How long did you meet with Mr. Most?

14   A.      Maybe fifteen minutes.

15   Q.      Okay.   What did he tell you?

16   A.      He was going over what was going to be

17   happening today and that y'all were going to be

18   asking me questions and I'd have to answer them.

19   That's basically it.

20   Q.      Did you tell Mr. Most what your answers

21   would be?

22   A.      No.

23   Q.      Is Yum's Restaurant where you work now?

24   A.      Yes, sir.

25   Q.      How do I spell that?

1    A.       Y-U-M, apostrophe S.

2    Q.       And how long have you worked there?

3    A.       Since February of 2016.

4    Q.       And where did you work prior to Yum's

5    Restaurant?

6    A.       Sureway Supermarket.

7    Q.       Who is your supervisor at Yum's

8    Restaurant?

9    A.       Kelli Scardino.

10   Q.       And is that your only supervisor at Yum's?

11   A.       Yes.

12   Q.       What's your position at Yum's Restaurant?

13   A.       I'm a line cook.

14   Q.       Have you been a line cook the whole time

15   you worked at Yum's Restaurant?

16   A.       Yes.

17   Q.       What was your work at Sureway Supermarket?

18   A.       I worked in the deli department.

19   Q.       What did you do in the deli department?

20   A.       I sliced ham, cheese; made pizzas,

21   sandwiches; stocked.

22   Q.       Anything else?

23   A.       Not that I can remember.

24   Q.       You mentioned something about French bread

25   before?

1    A.      Oh, yes.  That's part of the deli/bakery.
2    You make French bread and breakfast pizzas when
3    you get there in the morning.
4    Q.      And what time would you arrive to make
5    French bread?
6    A.      I was scheduled to be there for 8:00.
7    Q.      And what did making French bread involve
8    at Sureway Supermarket?
9    A.      You had to take it out and proof it; and
10   then you had to stick it in the oven, bake it;
11   and then you had to take it out, put it in bags
12   and then stick it on the racks.
13   Q.      What time would you begin that process?
14   A.      As soon as I got there at, like, 7:55.
15   Q.      Your start time was 8:00 A.M.?
16   A.      Yes, sir.
17   Q.      When you worked the deli department at
18   Sureway Supermarket who would help you make the
19   French bread?
20   A.      Only me.
21   Q.      So if you weren't there to make the French
22   bread, it wouldn't get done?
23   A.      No -- well, Mr. Frankie used to work
24   there, and he would usually try to start it
25   before the person that was supposed to be there

1    in the morning showed up.

2    Q.    Okay.  You mentioned an event on -- well,

3    strike that.

4          Please tell us again when you were fired

5    from Sureway Supermarket.

6    A.    September the 15th, 2015.

7    Q.    Okay.  And what time of day were you

8    fired?

9    A.    Around 1:45.

10   Q.    So this would have been at the end of your

11   shift?

12   A.    Beginning.  I had worked the afternoon

13   shift that day.

14   Q.    Okay.  So tell us, please, what shifts did

15   you work at Sureway Supermarket.

16   A.    It just all depended on the schedule.

17   Q.    What were the different shifts?

18   A.    Either -- either 8:00 or 2:00.

19   Q.    If you worked the 2:00 P.M. shift were

20   there any responsibilities to make French bread?

21   A.    No.

22   Q.    And what happened on September 15th, when

23   you arrived to work at 1:45 P.M.?

24   A.    I went to check in, and Ms. Mona pulled me

25   to the office and told me not to clock in because

1  my card was on the desk.  I asked her why.  She

2  told me that I was fired and that I had three

3  days to get out of Shelly's apartment.  I asked

4  why.  And she told me that a good friend of

5  Ms. Shelly's from Florida called her and told her

6  that she had called me at the deli and asked me

7  if I made French bread and I told her yes, and

8  when she got there there was none.  And she told

9  Shelly that I never made it.

10        When I asked to pull up the camera feed, I

11  was refused.  And she told me that Shelly just

12  fired me and told me to move out.

13  Q.    Do you know what day it is they allege you

14  failed to make the bread?

15  A.    It was a Saturday.  I'm not entirely sure

16  what day, because they didn't tell me the date,

17  but it was the Saturday before the 15th of

18  September.

19  Q.    So I'm going to show you a document.  Do

20  you recognize what this is?

21  A.    A 2015 calendar.

22  Q.    And September 15th on this calendar is

23  what day of the week?

24  A.    Tuesday.

25  Q.    So the Saturday that you were referring to

1    would be what day of the month?

2    A.      The 12th.

3    Q.      So it's your understanding that the

4    allegation -- or the complaint against you was

5    that you did not make bread on Saturday,

6    September the 12th, 2015?

7    A.      Yes.

8    Q.      But your testimony here today is that you

9    did make the bread that day.

10   A.      Yes.

11   Q.      Was there any time that you failed to make

12   the bread but were supposed to?

13   A.      No.  It was a routine.  The first thing I

14   did was proof the bread and then bake it and then

15   make the breakfast pizza.

16   Q.      Was anybody else involved in telling you

17   that you were fired from Sureway?

18   A.      No.

19   Q.      Just Ms. Mona.

20   A.      Yes.

21   Q.      Do you know her last name?

22   A.      No.

23   Q.      Can you describe her for me?

24   A.      She's an old lady who has white hair, and

25   she works at Sureway in the office.

1    Q.    Other than her working in the office, do

2    you know what her position was more specifically?

3    A.    Manager.

4    Q.    Who was your manager at the deli

5    department?

6    A.    David, I believe.

7    Q.    Is that David Felarise?

8    A.    Yes.

9    Q.    Did Mr. Felarise tell you anything about

10    why you were being fired from Sureway

11    Supermarket?

12    A.    No.

13    Q.    At the time that you worked for Sureway

14    Supermarket where did you live?

15    A.    I lived in Shelly's apartment down Nacari

16    Lane.  I'm not sure of the address, but it was

17    down Nacari Lane.

18    Q.    Did you live at the Nacari Lane apartment

19    the whole time you worked for Sureway?

20    A.    No.  I moved there March of 2015.

21    Q.    And what did it cost you to stay there?

22    A.    165 a month -- no -- 165 a week.

23    Q.    Okay.

24    A.    And it came out of my check before I got

25    it.

1    Q.    Where did you move to after that?

2    A.    The Tropical Motel.

3    Q.    And how long were you there?

4    A.    A year.

5    Q.    And where is that motel?

6    A.    Down 101, Highway 101.

7    Q.    How much did you pay to stay at the motel?

8    A.    It was $200 a week.

9    Q.    Where did you work before Sureway

10   Supermarket?

11   A.    I lived in Mississippi.  It was the first

12   job I had on the island when I moved here.

13   Q.    Why did you move here?

14   A.    My boyfriend.

15   Q.    What's his name?

16   A.    Cade Walsh.

17   Q.    Cade Walsh.  Is he still your boyfriend?

18   A.    Yes.

19   Q.    Was he your boyfriend during the time that

20   you worked at Sureway Supermarket?

21   A.    Yes.

22   Q.    The whole time?

23   A.    Yes.

24   Q.    Did he also stay at the Nacari Lane

25   apartment?

1    A.      Not the same apartment; the one next to

2    me.

3    Q.      So you did not share an apartment with him

4    during the time at Sureway Supermarket?

5    A.      I did.  But then he got his own apartment

6    a month before I got fired.

7    Q.      So did he also work at Sureway?

8    A.      Yes.

9    Q.      What was his work at Sureway?

10   A.      He was a stock boy.

11   Q.      And does he still work there?

12   A.      No.

13   Q.      And how did his -- how did it come about

14   that he no longer worked there?

15   A.      They fired him because he was late for

16   work one day.

17   Q.      And was that before or after you were

18   fired?

19   A.      After.

20   Q.      Do you know more or less when or how long

21   after you worked there?

22   A.      In April of 2016.

23   Q.      So he was in -- his apartment was a single

24   apartment?

25   A.      Yes.

```
 1   Q.      So after you were fired you didn't move
 2   over to stay with Cade.
 3   A.      No.  We both moved to the Tropical Motel.
 4   Q.      Where does Cade work now?
 5   A.      Starfish Restaurant.
 6   Q.      And where is that?
 7   A.      On Highway 101.
 8   Q.      So before Sureway Supermarket you lived in
 9   Mississippi?
10   A.      Yes.
11   Q.      Where did you work?
12   A.      I did not.
13   Q.      Did not?
14   A.      I was a stay-at-home mom.
15   Q.      So had you had any employment before
16   Sureway Supermarket?
17   A.      Yes.
18   Q.      Where was the employment preceding
19   Sureway?
20   A.      Darla K's, in Cameron, Louisiana, before I
21   moved to Mississippi.
22   Q.      What kind of work did you do there?
23   A.      I worked in the deli department of the
24   store and made Hunts Brothers pizzas.
25   Q.      And who was your supervisor there?
```

1    A.    I know his first name was Mustoff.  He's
2    deceased now.
3    Q.    How long did you work at Darla K's?
4    A.    About two years.
5    Q.    And why did you stop working at Darla K's?
6    A.    I moved to Mississippi.
7    Q.    And why did you move to Mississippi?
8    A.    My mom wanted me to move in with her.
9    Q.    And what's your mother's name?
10   A.    Melissa Hayes.
11   Q.    And where does she live?
12   A.    She lives with me.
13   Q.    At the time that you moved to Mississippi
14   to live with her where did she live?
15   A.    In McComb.
16   Q.    And how long did you live in McComb with
17   your mother?
18   A.    About a year.
19   Q.    Why did you move from McComb to Grand
20   Isle?
21   A.    My boyfriend wanted me to move in with
22   him.
23   Q.    Where did he live at the time?
24   A.    He lived in Shelly's apartments by Subway.
25   Q.    So how did you meet Cade?

1   A.      Over the phone, through my daughter's
2   grandmother.
3   Q.      So he never lived in Mississippi?
4   A.      No.
5   Q.      How many children do you have?
6   A.      I have four, three that live with me.
7   Q.      I forgot to ask you before, what's your
8   date of birth?
9   A.      December 19th, 1990.
10  Q.      And where did you grow up?
11  A.      I grew up in Indian Village, Louisiana.
12  It's by Lake Charles.
13  Q.      Is that where you went to high school?
14  A.      Yes -- not Lake Charles.  I went to high
15  school in Lacassine, Louisiana.
16  Q.      So you have given birth to four children.
17  A.      Yes.
18  Q.      Okay.  Can you give me just their first
19  names and dates of birth, please?
20  A.      October, September the 12th, 2011; Dorian,
21  September the 15th, 2010 --
22  Q.      Oh, wait, I got this wrong.  Dorian,
23  September 15th, 2010.
24  A.      Yes.
25  Q.      Who was born September 12th, 2011?

```
 1    A.      October.
 2    Q.      So I have October, Dorian.
 3    A.      Octavian, October the 8th, 2014; Olivia,
 4    January 16th, 2016 -- I mean, January 18th, 2016.
 5    Q.      And I'm assuming the three oldest children
 6    live with you?
 7    A.      No.  The oldest one lives with his dad in
 8    Lake Charles; the three youngest ones.
 9    Q.      Okay.  So Dorian lives in Lake Charles.
10    A.      Yes.
11    Q.      At the time that you worked at Sureway did
12    any of these children live with you?
13    A.      Yes.
14    Q.      Which children?
15    A.      October and Octavian.
16    Q.      Were either of those children in school or
17    daycare while you worked at Sureway?
18    A.      No.
19    Q.      How were they cared for while you worked?
20    A.      My mom lived with me, and she was my
21    stay-at-home babysitter.
22    Q.      Okay.  And for each of these children were
23    you pregnant when you worked at Sureway?
24    A.      Olivia.
25    Q.      And when did you learn you were pregnant
```

1   with Olivia?

2   A.      April.

3   Q.      April of 2015?

4   A.      Of 2015, yes, sir.

5   Q.      How did you learn you were pregnant?

6   A.      A pregnancy test.

7   Q.      And who is Olivia's father?

8   A.      Cade Walsh.

9   Q.      After learning you were pregnant, when was

10  the first time you went to a medical doctor to

11  discuss your pregnancy?

12  A.      It was the Friday before September 15th.

13  Q.      Let's take a look at this again and see if

14  you can't give me a more specific date as to when

15  you first went to see a doctor about your

16  pregnancy with Olivia.

17  A.      Friday, September the 11th of 2015.

18  Q.      And where did you see that doctor?

19  A.      Cut Off and Galliano.  I don't remember

20  the doctor's name.

21  Q.      Do you remember the name of the clinic or

22  the facility?

23  A.      The Health Unit in Galliano.  That's what

24  it's called.

25  Q.      And how did you discover that you could

1    see a doctor there?

2    A.     Kelli Bladsacker.  She became my boss

3    after that -- Kelli Scardino.

4    Q.     Kelli is your boss at --

5    A.     Yeah.  That's her maiden name.  I'm sorry.

6    Q.     What was the other name you gave me?

7    A.     Bladsacker.

8    Q.     How did you know Kelli at the time?

9    A.     I had seen her in Sureway buying meat from

10   the deli for Yum's; and I had talked to her a few

11   times.

12   Q.     Would you say you were friends?

13   A.     No; just acquaintances.  I didn't really

14   know her.

15   Q.     And how did you come to ask her about

16   where medical attention might be available?

17   A.     She actually offered up the information

18   because she found out that I was pregnant through

19   someone on the island.  Because I didn't know

20   where anything was, she was helping me.

21   Q.     So was your pregnancy known to others at

22   the time?

23   A.     Yes; everyone knew.

24   Q.     How did they know?

25   A.     Word gets around on the island.

1 Q. Well, who did you tell you were pregnant?

2 A. People I worked with.

3 Q. Okay.  At that time who do you remember

4 that you worked with?

5 A. There was a Kim, Shirley, Mario.

6 Q. Mario?

7 A. Mario.

8 Q. M-A-R-I-O.

9 A. Yes.  Ms. Mona, Ms. Denise, Shelly.

10 That's all I can remember right now.

11 Q. And you mentioned David.

12 A. Yes.

13 Q. Okay.  What job did Kim do at Sureway

14 Supermarket when you worked with her?

15 A. She worked in the deli department.

16 Q. She worked the same hours as you?

17 A. Sometimes.

18 Q. Did she make bread?

19 A. Sometimes, if I did not work the morning

20 shift.

21 Q. And are you still in contact with Kim?

22 A. No.

23 Q. Would you know how to get in touch with

24 her?

25 A. No.

```
 1   Q.     What about Shirley, what did Shirley do at
 2   Sureway when you worked there?
 3   A.     She also worked in the deli department.
 4   Q.     Did she make bread?
 5   A.     Sometimes.
 6   Q.     Are you still in touch with Shirley?
 7   A.     Yes.
 8   Q.     What's her last name?
 9   A.     Wess.
10   Q.     West?
11   A.     Wess.
12   Q.     Okay.  And where is she nowadays, do you
13   know?
14   A.     She lives down Chighizola.
15   Q.     Is that around here?
16   A.     Yes, sir.  She's still on the island.
17   Q.     Where does she work now?
18   A.     I think she cleans rooms at a motel, at
19   Ricky's Motel.
20   Q.     When is the last time you saw her?
21   A.     About a week ago.
22   Q.     And have you discussed this lawsuit with
23   Shirley West?
24   A.     No.
25   Q.     What about Mario, what did he do when you
```

1    worked at Sureway Supermarket?

2    A.     He worked in the meat department.

3    Q.     Was he involved in making bread at all?

4    A.     No.

5    Q.     Are you still in touch with Mario?

6    A.     Only when I go to Sureway Supermarket do I

7    see him.

8    Q.     So your understanding is that he still

9    works there.

10    A.     Yes.

11    Q.     Ms. Mona, you're not in touch with?

12    A.     Only when I go to the store.

13    Q.     So you still go to Sureway Supermarket?

14    A.     Sometimes; not a lot; only when I need

15    something the Island Dollar doesn't have.

16    Q.     So you go to Sureway still to buy

17    groceries?

18    A.     No.

19    Q.     What do you go there for?

20    A.     Big bags of sugar or big things of grease.

21    Q.     So some groceries.

22    A.     Some groceries.

23    Q.     It's just --

24    A.     And razors and stuff, household

25    appliances.

1    Q.      It's not your primary supermarket any
2    longer.
3    A.      No.
4    Q.      But you still go there and shop for goods.
5    A.      Yes.
6    Q.      Did anybody ever tell you that you
7    couldn't go to Sureway Supermarket after you were
8    fired?
9    A.      Yes.
10   Q.      Who told you that?
11   A.      Mr. Leo.
12   Q.      What did he tell you?
13   A.      He told me that I wasn't allowed in there
14   anymore; and that it wasn't through him, it was
15   through Shelly, and he was just delivering the
16   message; three days after I got fired.
17   Q.      And where were you when he told you that?
18   A.      At Register 1 trying to buy a carton of
19   cigarettes.
20   Q.      So you went to buy cigarettes, and they
21   told you, We can't sell to you?
22   A.      No.  Mr. Leo came to the register and told
23   them not to sell it to me.
24   Q.      Who were you buying the cigarettes for?
25   A.      Me.

1   Q.      You were pregnant at the time?

2   A.      No -- yes, yes, I was, yes.

3   Q.      You said this was three days after you

4   were fired?

5   A.      Yes.  I went to the store and shopped

6   every day after I got fired for the three days

7   after I got fired.

8   Q.      So you -- after you were fired, you went a

9   couple times.

10  A.      Yes.

11  Q.      Were able to purchase your goods.

12  A.      Yes.

13  Q.      On the third day after you were fired, you

14  were told please don't come back anymore?

15  A.      Yes.

16  Q.      Okay.  When did you start shopping at

17  Sureway again?

18  A.      Probably May of 2016.

19  Q.      And who told you you could return?

20  A.      Shelly.  I stopped her in the parking lot

21  and asked her if I could go back into Sureway,

22  and she told me if I behaved.  Because at that

23  time there was no Island Dollar.  And I had no

24  vehicle to go up the road to Wal-Mart to get

25  groceries.

1    Q.      So for the seven months between the time
2    you were told to no longer shop at Sureway and
3    when you started shopping there again how did you
4    make do as far as groceries?
5            MR. MOST:
6                    Objection; assumes facts not into
7            evidence.
8                    But you can answer.
9    BY MR. GORDON:   (Witness)
10   A.      Cade Walsh, my boyfriend, would go for me
11   if I needed something.
12   Q.      When did Cade learn about your pregnancy
13   with Olivia?
14   A.      When I took the pregnancy test, he was
15   there with me.
16   Q.      In your prior pregnancies did you work
17   during the pregnancy, before Olivia?
18   A.      No.
19   Q.      Why not?
20   A.      Because the people I lived with didn't
21   want me to work.
22   Q.      Okay.  Who were those people who told you
23   not to work while pregnant?
24   A.      It was an old church lady.
25   Q.      What was her name?

1    A.       Mary.

2    Q.       Do you know her last name?

3    A.       No, I don't remember it.

4    Q.       And where was this, in Mississippi or in

5    Louisiana?

6    A.       In Sulphur, for Dorian.

7    Q.       And what did Mary tell you?

8    A.       That I should stay home and not overwork

9    myself.

10   Q.       And you agreed with her?

11   A.       Yes.  Because my doctor told me I wasn't

12   supposed to have kids.

13   Q.       Okay.  When did a doctor tell you you

14   shouldn't have children?

15   A.       When I was 18.  I got pregnant when I was

16   19 for my first child.

17   Q.       And this would have been in -- over near

18   Lake Charles, in that region?

19   A.       Yes.

20   Q.       Without getting too far into it, the

21   doctor just said that you were at risk for

22   pregnancy?

23   A.       Yes.

24   Q.       So --

25   A.       All my births were C-sections.

1    Q.      So you didn't work during Dorian's --
2    A.      No.
3    Q.      -- pregnancy.   And a woman named Mary from
4    the church told you that you should stay home.
5    A.      Yes.
6    Q.      Okay.   Did you work during October's
7    pregnancy?
8    A.      For the first five months that I was
9    pregnant I worked on a shrimp boat and then had
10   to get off the shrimp boat.
11   Q.      Why did you get off?
12   A.      Because my doctors told me that he
13   wouldn't recommend me working on a shrimp boat
14   because there was too much motion, it could harm
15   the baby.
16   Q.      Where did you work on that shrimp boat?
17   A.      Out of Cameron, Louisiana.
18   Q.      And what did you do on the shrimp boat?
19   A.      I picked shrimp.
20   Q.      I mean, like, you peeled shrimp or --
21   A.      No.   I sorted through the shrimp and the
22   fish.
23   Q.      Uh-huh.   And was that the sort of work
24   where you would stay on the boat for days or --
25   A.      Three days or sometimes six.

```
 1    Q.     And who did you work for at that time?
 2    A.     October's grandma.  Her boyfriend had his
 3    own boat, and we all went fishing together.
 4    Q.     What's October's grandma's name?
 5    A.     Cathy Webb.
 6    Q.     And what was her boyfriend's name?
 7    A.     At the time -- he is no longer her
 8    boyfriend -- but his name was Jimmy Patay.
 9    Q.     Do you know how to spell Patay?
10    A.     Wait.  That's her boyfriend now.  It was
11    Jeremy.  I don't remember his last name.
12    Q.     When you stopped working with Jeremy did
13    you make an unemployment claim?
14    A.     No.
15    Q.     Was Cathy Webb the same person that
16    introduced you to Cade Walsh?
17    A.     Yes.
18    Q.     And what's her relationship to Cade Walsh?
19    A.     She had worked at Sureway Supermarket at
20    the time, before I moved here.
21    Q.     Uh-huh.
22    A.     And that's how she knew him.
23    Q.     Do you know when Ms. Webb worked at
24    Sureway Supermarket?
25    A.     I don't know when she started or how long
```

```
 1   she was there.  But I think she either got fired
 2   or quit, like, the day before I moved on Grand
 3   Isle.
 4   Q.    Have you talked to Ms. Webb about this
 5   lawsuit?
 6   A.    No.
 7   Q.    Did Ms. Webb ever tell you that you
 8   couldn't work at Sureway if you were pregnant?
 9   A.    No.
10   Q.    Does Ms. Webb know anything about the
11   reason why you were terminated at Sureway?
12   A.    She knows what was said.
13   Q.    What do you mean by that?
14   A.    The day I got fired, what Ms. Mona had
15   told me.
16   Q.    So --
17   A.    I just relayed what she told me to Cathy.
18   Q.    So Ms. Webb knows what you told her.
19   A.    Yes.
20         MR. MOST:
21               You want some water?
22         THE WITNESS:
23               Yes, please.
24   (OFF THE RECORD)
25   BY MR. GORDON:
```

1  Q.     What about Octavian, did you work during
2  your pregnancy with Octavian?
3  A.     No.
4  Q.     Why not?
5  A.     I just didn't.  I lived in Mississippi.  I
6  didn't know anybody.  I just stayed in the woods.
7  Q.     So how did you support yourself at the
8  time?
9  A.     My mom.
10  Q.     Did you have any complications with that
11  pregnancy?
12  A.     No.
13  Q.     Other than -- well, it's not a
14  complication, but -- the child was born by
15  C-section.  But no other remarkable --
16  A.     No.
17  Q.     -- complications?  Same question for
18  October, any remarkable complications?
19  A.     She was -- I had had my C-section three
20  weeks early for her.
21  Q.     And what about with Dorian, any remarkable
22  complications?
23  A.     No.
24  Q.     Any remarkable complications with Olivia's
25  pregnancy?

1    A.      No.

2    Q.      So for the first five months of your

3    pregnancy with Octavian -- Olivia, excuse me --

4    for the first five months of your pregnancy with

5    Olivia you did not see a doctor?

6    A.      No.

7    Q.      And why is that?

8    A.      I didn't know where anything was.

9    Q.      Did you ask anybody if there was a doctor

10   you could see?

11   A.      Yes.  I didn't have a phone at the time

12   and no transportation.  And at that time I didn't

13   know that they had a bus that brought people to

14   their appointments up the bayou.

15   Q.      When did you learn that there was a bus

16   that would bring people to appointments up the

17   bayou?

18   A.      Through Kelli, whenever she had told me

19   about the doctor's office.

20   Q.      You didn't -- before speaking with Shelly

21   about seeking medical treatment you didn't ask

22   anybody at Sureway where you could seek medical

23   treatment?

24   A.      Not that I can remember.

25   Q.      Did you have any friends at Sureway when

1   you worked there?

2   A.      No, not really.

3   Q.      When did you inform Sureway that you were

4   pregnant with Olivia?

5   A.      When I found out in April of 2015.

6   Q.      Who did you inform?

7   A.      Ms. Shelly.

8   Q.      What did you tell her?

9   A.      That I was pregnant.

10  Q.      And what did she say?

11  A.      She said that I could remain working there

12  as long as I could do the work that was required

13  of me.

14  Q.      And what did you say?

15  A.      I told her that I would be fine; if I

16  could work on a shrimp boat, I could work in a

17  deli.

18  Q.      Okay.  Did your pregnancy ever prevent you

19  from doing your normal duties as an employee at

20  Sureway?

21  A.      No.

22  Q.      Did you ever complain that you were having

23  difficulties doing your normal duties at Sureway

24  due to the pregnancy?

25  A.      No.

1    Q.     Did you ever ask anybody to allow you some
2    special accommodation for your pregnancy during
3    employment at Sureway?
4    A.     No.
5    Q.     To the best of your knowledge, did anybody
6    complain about your work -- well, strike that.
7           Other than the incident involving the
8    bread, which you say did not happen -- I
9    understand that -- did you have any other
10   complaints about your work at Sureway?
11   A.     Not that I'm aware of.
12   Q.     What was Cade's opinion as to whether you
13   should work during your pregnancy with Olivia?
14   A.     He left it up to me if I wanted to.  It
15   was my decision.
16   Q.     What about -- did your mother have any
17   opinion as to whether you should work during your
18   pregnancy with Olivia?
19   A.     No.
20   Q.     Did any doctor express an opinion as to
21   whether you should work during your pregnancy
22   with Olivia?
23   A.     No.
24   Q.     When you saw the doctor in Cut Off in
25   September of 2015 did you discuss with that

1    doctor whether you should continue to work while

2    pregnant with Olivia?

3    A.       Yes.  He said it should be fine, as long

4    as you wasn't doing any heavy, heavy lifting.

5    Q.       Okay.  Did you have to do any heavy

6    lifting during your employment at Sureway?

7    A.       No.  The most I probably picked up was

8    maybe fifteen pounds, if that.

9    Q.       And what item would that be?

10   A.       A box of, like, frozen cakes or something.

11   Q.       How soon after being terminated at Sureway

12   did you leave the Nacari Lane apartment?

13   A.       Three days.

14   Q.       Was that apartment furnished or did you

15   have your own furniture there?

16   A.       It was fully furnished.

17   Q.       So moving out, what did that involve?

18   A.       I had to search for a place to go; and my

19   boyfriend, Cade Walsh, had told me to go ask

20   Mr. Steve at the Tropical Motel, because his

21   father knew him; so I had to walk over there; and

22   then I had to find somebody to move all my stuff

23   and my kids and my mom; and then we moved

24   everything.

25   Q.       How far was one place from the other?

1    A.      Probably about two miles.

2    Q.      Okay.  How much stuff did you have to

3    move?

4    A.      A good bit; three kids -- well, two kids,

5    my baby stuff that I had gotten for my baby, my

6    mom's stuff, my stuff, and some of Cade's stuff.

7    Q.      So mostly clothes, toys --

8    A.      Crib.

9    Q.      -- personal items?

10   A.      Yeah.

11   Q.      And how did you move it from one place to

12   the other?

13   A.      Shirley Wess, she helped me.

14   Q.      That was -- Shirley was one of the people

15   that worked with you at Sureway?

16   A.      Yes.

17   Q.      So she wasn't your friend?

18   A.      No; she's my friend.

19   Q.      Well, I asked you before if you had any

20   friends at Sureway, and you said not really.

21   A.      Well, acquaintance, she's my acquaintance.

22   Q.      Okay.

23   A.      I don't talk to her on a daily basis or

24   text her.  I see her, I talk to her.

25   Q.      Do you know if Shirley has ever had any

1    children?

2    A.      I don't know.

3    Q.      You didn't ask Shirley about where you

4    could see a doctor during your pregnancy.

5    A.      No.

6    Q.      Other than it being well-known that you

7    were pregnant with Olivia during 2015, come

8    September 2015 was it obvious, physically

9    speaking, that you were pregnant; were you

10   showing your pregnancy?

11   A.      I had a baby bump.  I didn't get that big

12   until I was, like, seven months.

13   Q.      I'm going back to this calendar.  When was

14   it that you went to see the doctor?

15   A.      The 11th of September 2015.

16   Q.      September 11th.  Were you scheduled to

17   work that day?

18   A.      No.  I had taken off that day to go to the

19   doctor.

20   Q.      Why did you choose to go to the doctor?

21   A.      Because it needed to be done.

22   Q.      Well, was there -- you know, did you feel

23   suddenly ill that you needed to go to the doctor

24   or you just thought it was time to speak to a

25   doctor?

1    A.     I just thought it was time to speak to the

2    doctor.

3    Q.     Okay.  There was no event that happened

4    that made you seek emergency assistance --

5    A.     No.

6    Q.     -- from a medical perspective?  Who did

7    you tell you were going to go see the doctor on

8    September 11th, 2015?

9    A.     Ms. Shelly.

10    Q.     What did you tell her?

11    A.     That I scheduled me a doctor's appointment

12    and I needed off.

13    Q.     So the schedule that was in place before

14    you went to see the doctor had you working that

15    day?

16    A.     The schedule wasn't made yet for the next

17    week.

18    Q.     So when would you have told Shelly that

19    you were going to go see the doctor on the 11th?

20    A.     I don't remember.

21    Q.     Would it have been the week before that?

22    A.     Yeah.

23    Q.     Sometime during the week before that?

24    A.     Yes.

25    Q.     So this is sort of a question -- the week

```
 1    before you went to see the doctor, you said,
 2    Shelly, don't put me on September 11th.  I've got
 3    a doctor's appointment.
 4    A.      Yes.
 5    Q.      What did she tell you at that time?
 6    A.      She said, Okay.
 7    Q.      Was she upset?
 8    A.      Not that I could tell, no.
 9    Q.      And how did you get to that doctor's
10    appointment on September 11, 2015?
11    A.      The Grand Isle bus.
12    Q.      Were you scheduled to work on
13    September 12th?
14    A.      No.  I had taken off that day.  Like, the
15    12th was Saturday.
16    Q.      Uh-huh.  Were you scheduled to work --
17    A.      No.  I had taken off that day, too,
18    because that was my daughter's birthday.
19    Q.      What did you tell Shelly was the reason
20    for not working on September 12th or staying off
21    the schedule September 12th, 2015?
22    A.      Because it was October's birthday, and I
23    wanted to throw her a little birthday party.
24    Q.      So were you scheduled to work on the 13th
25    of September 2015?
```

1  A.      What day was that?  I don't remember.

2  Q.      Okay.  And what about on that Monday,

3  September 14th, 2015, were you scheduled to work?

4  A.      I don't remember.

5  Q.      But you did work on September 15th.

6  A.      Yes -- well, I was scheduled to work on

7  September 15th.  I never clocked in.

8  Q.      So you didn't know whether you were

9  scheduled --

10  A.      I was on the schedule for the whole week

11  of September 14th through the 20th.

12  Q.      Okay.  Do you know whether you went to

13  work on the 14th?

14  A.      No.  No.  I was off that day, I think; not

15  that I had taken off.  I was just off on the

16  schedule.

17  Q.      When you worked at Sureway how many hours

18  a week did you work?

19  A.      About 36, something like that.

20  Q.      That was across how many days of the week?

21  A.      Well, six.  I think I only had one day

22  off, sometimes two.  It all depended.

23  Q.      A typical work week during your time at

24  Sureway was six out of seven days of the week?

25  A.      Five out of six days of the week.

1   Q.     Five out of six.   Well, there's seven
2   days in the week.
3   A.     Wait.   What?
4   Q.     In a typical work week -- I'm not trying
5   to trick you here or anything like that.   During
6   a typical work week at Sureway how many days of a
7   seven-day week did you actually work?
8   A.     Five or six.
9   Q.     Five or six, okay.   All right.   Victoria,
10  at some point you signed -- well, let's not do
11  that.
12         Let me show you this and ask you if you
13  recognize this document.
14  A.     Yes.
15  Q.     Okay.   How many pages are there?
16  A.     Three.
17  Q.     Do you recognize all three pages of the
18  document?
19  A.     Yes.
20  Q.     What is that document?
21  A.     My statement.
22  Q.     When did you give that statement?
23  A.     It's on here -- May of 2018, May 7th of
24  2018.
25  Q.     And does that statement bear your

1    signature?

2    A.      Yes.

3    Q.      Where were you when you signed that

4    document?

5    A.      At Yum's Restaurant.

6    Q.      Did you prepare that document?

7    A.      No.

8    Q.      Who prepared that document?

9    A.      The lawyer.  I wrote it down on a plain

10   sheet of paper first.

11   Q.      And the lawyer was Attorney Barner?

12   A.      Yes.

13   Q.      When did you write it on a plain sheet of

14   paper?

15   A.      At my house, about two or three days

16   before he had met up with me.

17   Q.      And what did you do with that sheet of

18   paper?

19   A.      I kept it.

20   Q.      Did you send it to Attorney Barner in any

21   form or fashion?

22   A.      Yes.

23   Q.      How?

24   A.      I made a copy of it at the library and

25   faxed it to him.

1   Q.      How many times had you spoken to Attorney

2   Barner before preparing that handwritten

3   statement?

4   A.      Maybe two.

5   Q.      Was that over the phone or in person?

6   A.      Over the phone.

7   Q.      How did you come to be in contact with

8   Attorney Barner?

9   A.      Vivian had gave him my number, and he

10  called me.

11  Q.      And what did Attorney Barner tell you

12  during that first phone call?

13  A.      That he was representing Vivian; and that

14  he needed me to give my statement so, that way, I

15  could help Vivian out.

16  Q.      And what did you say?

17  A.      Okay.

18  Q.      And there was a second phone call with

19  Attorney Barner before you met in person?

20  A.      Yes.

21  Q.      Okay.  And what did Attorney Barner say

22  during that phone call?

23  A.      He just basically wanted me to go over

24  again what I had told him on the first phone call

25  and make sure it was the same thing.

1   Q.      Do you have a copy of that written

2   statement?

3   A.      I do not.

4   Q.      But you sent a copy to Attorney Barner.

5   A.      Yes.

6   Q.      To the best of your knowledge, was there

7   any audio recording of you taken by Attorney

8   Barner?

9   A.      Not that I know of.

10  Q.      Did you ever authorize Attorney Barner to

11  record you while you were speaking?

12  A.      Oh, wait.  Yes, yes, now that I think

13  about it.  Yeah, he did record me.

14  Q.      Okay.  Where did that take place?

15  A.      At Yum's Restaurant.

16  Q.      And what did you tell Attorney Barner

17  during that recorded conversation?

18  A.      Basically everything that was in that

19  statement right there.

20  Q.      Okay.  Do you know if -- strike that.

21          Did Attorney Barner ask you any questions

22  during that recorded conversation?

23  A.      He did, but I don't remember what they

24  were.  They were basically pertaining to what

25  happened to me at Sureway.

```
 1   Q.      How long did that take for that recording
 2   to be made?
 3   A.      Maybe about 20 minutes.
 4   Q.      Did you talk about anything else during
 5   that recorded conversation that wasn't pertaining
 6   to your employment at Sureway?
 7   A.      No.
 8   Q.      At any time did Attorney Barner provide
 9   you information?
10   A.      No.
11   Q.      Did Attorney Barner ever offer you
12   anything for your testimony?
13   A.      No.
14   Q.      Are you being --
15   A.      I was actually told that I would not be
16   getting anything.
17   Q.      Which is normal, by the way.
18   A.      That's fine with me.
19   Q.      Have you -- as we stand here today, have
20   you been offered anything for your testimony?
21   A.      No.
22   Q.      What about -- has Vivian Patz offered you
23   anything for your testimony?
24   A.      No.
25   Q.      Or Michael Patz?
```

1  A.     No.  I have not actually spoke to them
2  since they've talked to me in, like, 2016.  I've
3  only spoken to the lawyers.
4  Q.     Let's talk about that.  When is the last
5  time you spoke to Vivian or Michael Patz?
6  A.     2016.
7  Q.     Was that in person or by telephone?
8  A.     Person.
9  Q.     Where did that take place?
10  A.     At my house.
11  Q.     That was in Grand Isle?
12  A.     Yes.
13  Q.     And what did y'all talk about?
14  A.     She was basically telling me that she had
15  to go to the doctor to get a doctor's note.  And
16  she was asking me where I went for my daughter,
17  and I gave her my doctor's number.
18  Q.     Okay.  Let's back up, please.  When did
19  you first meet Vivian Patz?
20  A.     When I was working at Sureway.  She had
21  moved down here with Mike, and she started
22  working at Sureway.
23  Q.     So sometime during your 2015 employment at
24  Sureway Vivian Patz also worked there?
25  A.     Yes.

```
 1    Q.    And did Michael also work there while you
 2  worked there?
 3    A.    Yes.
 4    Q.    What work did Vivian do at Sureway?
 5    A.    She was -- cash register.
 6    Q.    Were you friends with Vivian while you
 7  both worked at Sureway?
 8    A.    Yeah, kind of.  She lived right next door
 9  to me.  So we would exchange sugar or whatever.
10    Q.    You were good neighbors to each other.
11    A.    Yeah.
12    Q.    Did you do any social events with Vivian
13  while you lived near each other?
14    A.    No.  I'd go to her house and watch a movie
15  every now and then with her while both of our
16  boyfriends were at work.  That was about it.
17    Q.    Was she working there when you were
18  terminated?
19    A.    Yes.
20    Q.    Did you ever speak to her about your
21  termination at Sureway?
22    A.    Yes.
23    Q.    What did you tell her?
24    A.    That it was a lot.  I basically told her
25  the reason I thought I got fired was because I
```

1    was pregnant and I was getting too far along; and

2    told her what was told to me the reason I got

3    fired and that it wasn't true.

4    Q.    Now, to back up, nobody told you you were

5    fired because you were pregnant, right?

6    A.    No.

7    Q.    This is your assumption.

8    A.    It's my opinion.

9    Q.    Setting aside Vivian Patz, do you know

10   anybody, other than yourself, that was fired for

11   being pregnant at Sureway?

12   A.    I was told when I first started working

13   there that there was a girl named Amanda who got

14   pregnant and then got fired right afterwards,

15   when she told them that she was pregnant.  But I

16   did not know her or ever met her.

17   Q.    Who told you that, about Amanda?

18   A.    Ms. Shirley, I believe.  Because she was

19   fair warning me when I told her I was pregnant.

20   Q.    That's your assumption.

21   A.    Yes.

22   Q.    So it's your belief that Vivian Patz still

23   worked at Sureway when you were fired.

24   A.    Yes.

25   Q.    Okay.  Once you were fired did you stay in

1    touch with Vivian Patz?

2    A.      Yes.

3    Q.      And when is the next time -- well, after

4    being fired when do you next recall speaking with

5    Vivian?

6    A.      When she came to my house and talked to me

7    about the doctor.  We stayed out of contact for a

8    while after I got fired and moved to the Tropical

9    Motel.

10   Q.      So Vivian came and saw you at the motel.

11   A.      No.  We talked on the phone.

12   Q.      And she called to ask you --

13   A.      How I was doing.

14   Q.      And you discussed her pregnancy?

15   A.      No.  At that time, after I got fired, I

16   don't think she was pregnant.  Because when she

17   first started at Sureway Supermarket she was

18   pregnant, but she had a miscarriage.  Then she

19   ended up pregnant again.  And that's whenever she

20   got fired.

21   Q.      So did Vivian Patz ever ask you for advice

22   as to whether -- where she could see a doctor

23   during the year 2016?

24   A.      Yes.

25   Q.      Where did that conversation take place?

1   A.      At my house.

2   Q.      Where was that at the time?

3   A.      I don't remember the name of the road.

4   But I was staying in Mr. Tommy's apartments.

5   Q.      And Vivian came to visit you?

6   A.      Once.

7   Q.      And how did that visit come about, did she

8   just show up, did she call you?

9   A.      She called me, asked me if she could come

10  over, and I told her yeah.

11  Q.      And what did you talk about with her

12  during that visit at Mr. Tommy's apartments?

13  A.      If I could help her find a doctor.

14  Because she was told that if she didn't get a

15  doctor's note soon that she was going to be

16  fired.

17  Q.      Okay.  And what did you tell her about

18  where she could find medical advice?

19  A.      I told her about my doctor in Galliano and

20  gave her the phone number.

21  Q.      You don't know what date that was?

22  A.      No.

23  Q.      After that visit at Mr. Tommy's apartments

24  when is the next time you heard from Vivian Patz?

25  A.      She had called me and asked if her lawyer

1    had gotten in touch with me.  And that was
2    probably in 2017 sometime.
3    Q.    A good deal later, then.
4    A.    Yeah.
5    Q.    So between the time that she visited you
6    at Mr. Tommy's apartments and the time that she
7    called you to ask whether you had spoken to her
8    attorneys, you had no contact with Vivian?
9    A.    No.
10   Q.    Any contact with Michael in that period of
11   time?
12   A.    No.
13   Q.    I may have asked you this:  Mr. Walsh, he
14   lives with you?
15   A.    Yes.
16   Q.    Do you know his phone number?
17   A.    He doesn't have a phone.  I have the
18   phone.
19   Q.    You keep the phone, got it.
20         MR. MOST:
21                Do you want to take five; are you
22         doing good?
23         MR. GORDON:
24                It's up to you.
25         THE WITNESS:

1                     I'm fine.

2    BY MR. GORDON:

3    Q.     Ms. Patz (sic), I'm going to show you the

4    statement that we spoke about before.

5           MR. GORDON:

6                     And we're going to go ahead and

7           mark this as Exhibit 1 for identification

8           purposes.

9    BY MR. GORDON:

10   Q.     In Paragraph 2 of your statement, you

11   state that your co-workers told you you were

12   going to get fired for being pregnant; is that

13   correct?

14   A.     Yes.

15   Q.     What co-workers told you that?

16   A.     I believe it was Ms. Shirley Wess.

17   Q.     Any other?

18   A.     And that's W-E-S-S, not West.

19   Q.     Thank you for the correction, because I

20   had it as "West."

21           Anybody, other than Ms. Wess, tell you you

22   were going to be fired for being pregnant?

23   A.     Not that I can remember.

24   Q.     It says -- the statement indicates that:

25   They said another woman was fired for being

```
 1    pregnant, a woman named Amanda.
 2            Who is "they?"
 3    A.      Ms. Shirley.
 4    Q.      Any other person?
 5    A.      No.
 6    Q.      Okay.  In Paragraph 4, you reference a
 7    manager who refused to look at video and told you
 8    you were fired.  That's Ms. Mona?
 9    A.      Yes.
10    Q.      In Paragraph 5, you say you were told you
11    had three days to get out?
12    A.      Yes.
13    Q.      And that you asked for an eviction notice.
14    Who did you ask for that eviction notice?
15    A.      I didn't ask for one.  I asked if I was
16    supposed to be given one.
17    Q.      And what was the answer?
18    A.      No.  Because she owned the place, and she
19    could make me leave anytime she wanted.
20    Q.      And that was Ms. Mona that told you that.
21    A.      Yes, I do believe, yeah.
22    Q.      Could it have been somebody else?
23    A.      No.
24    Q.      So you left based on what you were told.
25    A.      Yes.
```

1   Q.    After you were -- after you separated from
2   employment with Sureway did you file any
3   unemployment claim?
4   A.    No.
5   Q.    Did you file any employment discrimination
6   claim?
7   A.    No.
8   Q.    Did you look into filing an employment
9   discrimination claim?
10  A.    No.
11  Q.    Did you discuss an employment
12  discrimination claim with anybody?
13  A.    I thought about it, and I just decided not
14  to.
15  Q.    And what was the basis of that decision to
16  not do so?
17  A.    Because I figured I would lose anyway.
18  Q.    But you made that decision on your own.
19  A.    Yeah.
20  Q.    At some point you worked at the Ice House
21  Bar, in Cameron, Louisiana?
22  A.    Yes.
23  Q.    And what did you do there?
24  A.    A bartender.
25  Q.    How long did you work there?

1   A.      Probably about two years -- or a year.

2   Q.      And how did your job end at Ice House Bar?

3   A.      I moved to Sulphur, Louisiana, because I

4   wanted to get out of Cameron.

5   Q.      At some point you worked at McDonald's in

6   Sulphur?

7   A.      Yes.

8   Q.      And what work did you do there?

9   A.      I was a window person.  I handed out the

10  food.

11  Q.      And how did your work with McDonald's end?

12  A.      I moved back to Cameron.

13  Q.      So that was your choice to leave?

14  A.      Yes.

15          MR. GORDON:

16              We might be almost done, if you

17          can just let me talk to Sean for a moment.

18  (OFF THE RECORD)

19  BY MR. GORDON:

20  Q.      Ms. Spell, did you speak to anybody during

21  the recess that we just had?

22  A.      Yes.

23  Q.      Who did you speak to?

24          THE WITNESS:

25              What's your name again?

```
 1              MR. MOST:
 2                   William.
 3    BY MR. GORDON:   (Witness)
 4    A.     William.
 5    Q.     Did you speak about this case at all
 6    during that break?
 7    A.     No.  He just said I was doing a good job.
 8    Q.     Did you make any phone calls during the
 9    break?
10    A.     No.
11    Q.     Did you review any documents during the
12    break?
13    A.     No.
14    Q.     Did your smoking cigarettes complicate any
15    of your pregnancies?
16    A.     No.
17    Q.     During the time that you worked at Sureway
18    Supermarket did Cade Walsh have a car?
19    A.     No -- yes; but it was not legal.
20    Q.     What does that mean?
21    A.     He didn't have a license plate for it.
22    Q.     Is that why he didn't drive you to your
23    doctor's appointment?
24    A.     Yes.
25    Q.     When you were fired from Sureway Cade
```

1    lived next door to you?

2    A.    Yes.

3    Q.    Okay.  Why didn't you move in with Cade?

4    A.    Because I had to leave the premises.  And

5    it was the same house.  It was a duplex.

6    Q.    Somebody told you that you couldn't move

7    in with Cade?

8    A.    I was told to move off the premises.

9    Q.    Did somebody specifically tell you that

10   you could not move in with Cade?

11   A.    Yes; but I don't remember who.

12   Q.    A male or female?

13   A.    I think it was a female.  It might have

14   been Ms. Mona.

15   Q.    And what did she tell you?

16   A.    That I had to get off the premises.  So

17   that meant that I couldn't move in with Cade.

18   Q.    You took it to mean that you couldn't move

19   in with Cade.

20   A.    Yes.

21   Q.    Nobody told you specifically that you

22   couldn't move next door with Cade, your boyfriend

23   and the father of the child you were to have.

24   A.    No.

25   Q.    When Vivian came to ask you for advice as

1    to where she could seek medical attention did you

2    tell her about the bus that took people to see

3    the doctor up in Cut Off?

4    A.      Yes; but she had her own car.

5    Q.      You said after you gave her that advice as

6    to where she could seek medical attention you

7    didn't hear from Vivian again for over a year?

8    A.      Yes.

9    Q.      Okay.  Do you know anything about where

10   Vivian or Michael lived after they were fired

11   from Sureway?

12   A.      I was told from a friend of mine that they

13   moved to -- Cuttington, I believe it was,

14   Cuttington, Louisiana.

15   Q.      Who was that friend?

16   A.      I think it was Ms. Shirley -- yeah.

17   Q.      Shirley Wess?

18   A.      Yes.  Because I had asked her if she had

19   heard from her, because I was wondering about the

20   pregnancy and how it was going.

21   Q.      Did Vivian and Michael ever -- or Michael

22   ever tell you anything about where they lived

23   after they were fired from Sureway?

24   A.      No.

25   Q.      Since the time that Vivian called to ask

1    you whether you had spoken with her attorneys

2    have you spoken to Vivian again?

3    A.      No.

4    Q.      Have you spoken to Michael since then?

5    A.      No.  I tried to contact them about three

6    weeks ago to see if they were going to be coming

7    here today, but I didn't get any reply.

8    Q.      Did Vivian -- strike that.

9            What did Vivian ever tell you about the

10   reason for her being fired from Sureway?

11   A.      She told me that she thought it was

12   because she was pregnant.  But she told me she

13   had gotten fired because she failed to bring her

14   doctor's excuse in time.

15   Q.      Did she tell you anything else about that?

16   A.      No.

17   Q.      Did she tell you anything about her moving

18   out of housing on Nacari Lane?

19   A.      No.

20   Q.      Did Michael --

21   A.      I didn't even know they left the island.

22   Q.      Did Michael ever tell you anything about

23   the reason why he was fired from Sureway?

24   A.      No.

25   Q.      Did you ever speak to Michael much or was

1    it --
2    A.      No.
3    Q.      -- mostly Vivian?
4    A.      It was mostly Vivian.
5    Q.      Did you ever know Vivian Patz to smoke
6    marijuana?
7    A.      Yes.
8    Q.      Okay.  You saw her smoke marijuana?
9    A.      No.
10   Q.      What did you know about her smoking
11   marijuana?
12   A.      She told me she did.
13   Q.      You didn't smoke marijuana with her.
14   A.      No.
15   Q.      The times that you visited her to watch
16   movies at her house, she didn't smoke marijuana?
17   A.      No.
18   Q.      I know you worked at Sureway Supermarket.
19   Do you know if Sureway Supermarket has another
20   name?
21   A.      Not that I'm aware of.
22   Q.      Do you know what Walter H. Maples,
23   Incorporated, is?
24   A.      No.
25   Q.      Did you ever pay attention to the name

1    that was on the paychecks that you received?

2    A.    No.  My check was given to me in cash.

3    Q.    Okay.

4    A.    They would cash it for me.

5    Q.    Do you keep a phone number for Vivian or

6    for Mike?

7    A.    I have one.  But I don't think it's the

8    right one, because I've never gotten a reply.

9    Q.    The bus to see the doctor in Cut Off, did

10   that cost anything?

11   A.    No; it's free.

12   Q.    During the time you worked at Sureway you

13   were paid by the hour; is that right?

14   A.    Yes.

15   Q.    Were you paid as an employee or as a

16   contractor?

17   A.    Employee.

18   Q.    So they withheld taxes from your check?

19   A.    Yes.

20   Q.    All right.  Did you receive a paper check

21   before receiving cash?

22   A.    No.

23   Q.    All right.  You never saw a pay stub for

24   your work at Sureway?

25   A.    I had a copy of it.

1    Q.      Uh-huh.

2    A.      Not of the check, but of the withheld

3    taxes and everything.

4    Q.      Uh-huh.  Were you forced to cash your

5    check at Sureway?

6    A.      No.

7            MR. GORDON:

8                    At this time I don't have another

9            question for you.  Mr. Most may.  You're

10           free to go.

11           THE WITNESS:

12                   Okay.

13           MR. GORDON:

14                   Thank you very much.

15

16

17

18

19

20

21

22

23

24

25

1                    **REPORTER'S CERTIFICATE**

2

3          I, **JILL B. STEIN**, Certified Court Reporter, in
    and for the State of Louisiana, as the officer before
4    whom this testimony was taken, do hereby certify that
    **VICTORIA SPELL**, after having been duly sworn by me upon
5    authority of R.S. 37:2554, did testify as hereinabove
    set forth in the foregoing 66 pages;

6
          That this testimony was reported by me in
7    the stenotype reporting method, was prepared and
    transcribed by me or under my personal direction and
8    supervision, and is a true and correct transcript to the
    best of my ability and understanding;

9
          That the transcript has been prepared in compliance
10   with transcript format guidelines required by statute or by
    rules of the board, and that I am informed about the
11   complete arrangement, financial or otherwise, with the
    person or entity making arrangements for deposition
12   services;

13         That I have acted in compliance with the
    prohibition on contractual relationships, as defined by
14   Louisiana Code of Civil Procedure Article 1434 and in rules
    and advisory opinions of the board;

15
          That I have no actual knowledge of any prohibited
16   employment or contractual relationship, direct or indirect,
    between a court reporting firm and any party litigant of
17   this matter nor is there any such relationship between
    myself and a party litigant in this matter.  I am not
18   related to counsel or to the parties herein, nor am I
    otherwise interested in the outcome of this matter.

19

20

21                              _____
22                              Certified Court Reporter

23

24

25