MINUTE ENTRY
MORGAN, J.
December 6, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ, ET AL.,<br>    **Plaintiffs** | CIVIL ACTION |
| VERSUS | NO.  17-3465 |
| SUREWAY SUPERMARKET, ET AL.,<br>    **Defendants** | SECTION: "E" (1) |

A pretrial conference was held on December 6, 2018 at 3:00 p.m. in the chambers of Judge Susie Morgan.

Present:   William Most and Kerry Murphy, counsel for Plaintiffs, Vivian Patz and Michael Patz; Sean Dawson, William Gordon, and Maria Stephenson, counsel for Defendants, Walter H. Maples, Inc., Shelly Jambon, and SHH Properties, L.L.C.

The parties discussed the status of the case and the upcoming jury trial in this matter. The trial is scheduled to begin on **January 28, 2019**. The parties are to report to Judge Morgan's chambers at **8:30 a.m.** on the first day of trial. The trial is expected to last four days.

The Court explained that it expects (1) a single joint jury instruction document containing agreed-to instructions and the parties' respective positions regarding disputed instructions, if any; (2) a single joint verdict form containing agreed-to elements and the parties' respective positions regarding disputed elements, if any; and (3) two copies of the set of bench books containing an index and all exhibits—first unobjected-to exhibits and then objected-to exhibits, numbered sequentially.

The Court informed the parties that only exhibits used during the trial will be delivered to the jury for its use during deliberations. At the close of arguments, the parties shall provide the Court with a flash drive containing digital copies of the exhibits admitted during trial. This flash drive will be given to the jury for its use during deliberations.

Voir dire and jury selection were discussed. The Court will conduct voir dire questioning with opportunities for the parties to submit follow-up questions for the Court to ask. The Court informed the parties that an eight member jury will be selected and that all eight members of the jury will deliberate. There will be no alternate jurors. Unless the parties stipulate otherwise, the jury must return a unanimous verdict. In no event may the parties stipulate that fewer than six jurors may return a verdict. Each side will be given a total of three peremptory challenges during jury selection. Each side will be given twenty (20) minutes for opening statements.

The Court will impose time limits on the presentation of the case. Plaintiffs will have a total of 595 minutes, and Defendants will have 575 minutes. A party's time presenting its case in chief and cross-examining witnesses will be charged to that party.

The parties represented that no expert witnesses will be called and that neither party intends to use deposition excerpts in lieu of live testimony at trial.

The Court informed the parties that no trial memorandum will be required.

The Court reminds the parties to reference the pretrial notice form in preparing for trial.[1] The parties are encouraged to contact the Court for guidance if any instruction in the pretrial notice is unclear. The parties are also encouraged to contact the Court's case

---

[1] R. Doc. 80-1.

manager, Brad Newell, to schedule a meeting to familiarize themselves with the courtroom audio-visual technology.

No later than **Thursday, December 13, 2018**, at **5:00 p.m.**, the parties shall exchange final witness lists, and provide a copy of the list to the Court. The parties shall be allowed to call only witnesses listed. The party who lists a witness shall make the witness available to all other parties, regardless of whether the listing party actually calls the witness. Any witness not listed shall not be permitted to testify, except for rebuttal witnesses. No witness may be called unless counsel has previously identified the witness in accordance with all of the Court's previous orders regarding identification of witnesses.

Counsel are to exchange demonstrative exhibits to be used during opening statements or during the trial by no later than **Wednesday, January 23, 2019** at **5:00 p.m.** Any objections to demonstrative exhibits shall be made by no later than **Thursday, January 24, 2019** at **5:00 p.m.**

Counsel will stand when they address the Court, make objections, or examine witnesses. When making an objection, counsel shall briefly state the basis for the objection, such as "hearsay," "no foundation," or "relevance." There shall be no speaking objections. If the Court requires further argument, the Court will invite it.

If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or fbaneworleans@gmail.com.

**IT IS ORDERED** that the parties comply with the pre-trial deadlines as set forth below:

| | |
|---|---|
| Final list of witnesses who will be called at trial | Filed no later than **December 13, 2018** at **5:00 p.m.** |
| Motions in limine and memoranda in support | Filed no later than **December 18, 2018** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **January 16, 2019** at **5:00 p.m.** |
| Joint statement of the case<br>***See* pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br>***See* pretrial notice at p. 8** | Filed and emailed to the Court by **January 18, 2019** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br>***See* pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |
| Proposed special voir dire questions<br>***See* pretrial notice at p. 8** | Filed by **January 18, 2019** at **5:00 p.m**. |

| | |
|---|---|
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See*** **pretrial notice at p. 5** | Filed by **January 18, 2019** at **5:00 p.m.** |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See*** **pretrial notice at pp. 5-6** | Delivered to the Court by **January 18, 2019** at **5:00 p.m.** |
| Responses to objections to exhibits<br><br>***See*** **pretrial notice at p. 5** | Filed by **January 23, 2019** at **5:00 p.m**. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>***See*** **pretrial notice at p. 7** | Provided to opposing counsel by **January 23, 2019 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>***See*** **pretrial notice at p. 7** | Filed by **January 24, 2019** at **5:00 p.m**. |

| Jury trial | **January 28, 2019 at 9:00 a.m.** |
|---|---|
| Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.  *See* **Local Rule 16.4** | (estimated to last **4** days) |

**New Orleans, Louisiana, this 10th day of December, 2018.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:57)