UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SUREWAY SUPERMARKET, WALTER H. ) <br> MAPLES, INC., SHELLY JAMBON, SHH ) <br> PROPERTIES, L.L.C., DOES 1 – 10, ABC ) <br> INSURANCE COMPANIES 1 – 10, ) <br> ) <br> Defendants. ) | Civil Action No.: 2:17-cv-03465 <br><br> Judge Susie Morgan <br><br> Magistrate Janis van Meerveld |

## PLAINTIFFS' MOTION IN LIMINE REGARDING MICHAEL PATZ'S CRIMINAL RECORD

COME NOW, the Plaintiffs, Vivian Blackledge and Michael Patz, by and through undersigned counsel and request this Court to rule that any and all evidence, references to evidence, or argument relating to Plaintiff Michael Patz' criminal record prior to or following their employment by Defendants be excluded from use at trial.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion *in limine*.

Respectfully submitted,

VIVIAN BLACKLEDGE and MICHAEL PATZ, by and through their counsel,

/s/ *William Most*_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

And

Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)

LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503