# In the Matter of:

*Vivian Patz and Michael Patz*

*vs.*

*Sureway Supermarket, Walter H. Maples, Inc., et al*

_____

## Michael Patz

July 10, 2018

_____



CURREN COURT REPORTERS

**504-833-3330**
www.currenland.com

Michael Patz
7/10/2018

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


VIVIAN PATZ and          ) CIVIL ACTION
MICHAEL PATZ             ) NO. 2:17-CV-03465
                         )
VERSUS                   ) SECTION "E" (1)
                         )
SUREWAY SUPERMARKET,     ) JUDGE SUSIE MORGAN
WALTER H. MAPLES, INC.,)
SHELLY JAMBON and SHH   ) MAG. JANIS VAN MEERVELD
PROPERTIES, LLC         )
```

              Deposition of MICHAEL PATZ, 101
North 7th Street, Apartment 107, Sierra Vista,
Arizona, 85635, taken at the law offices of
Stephenson, Chavarri & Lambert, LLC, 400 Poydras
Street, Suite 1990, New Orleans, Louisiana,
70130, commencing at 12:45 p.m. on Tuesday, the
10th day of July, 2018.


APPEARANCES:

        LAW OFFICES OF WILLIAM MOST
        Attorneys at Law
        By:  William Most, Esquire
             Meghsha Barner, Esquire
             201 St. Charles Avenue
             Suite 114, No. 101
             New Orleans, Louisiana  70170
              (Attorneys for the Plaintiffs)
        STEPHENSON, CHAVARRI & LAMBERT, L.L.C.
        Attorneys at Law
        By:  Kathleen Lambert, Esquire
             Sean R. Dawson, Esquire
             400 Poydras Street
             Suite 1990
             New Orleans, Louisiana  70130

Michael Patz
7/10/2018

```
 1   ALSO PRESENT:
 2         Vivian Patz
           Shelly Jambon
 3         Lovie Verdin
 4   REPORTED BY:
 5         SHELLEY CALLAWAY EXSTERSTEIN, C.C.R.
           Certified Court Reporter
 6         Curren-Landrieu, L.L.C.
           749 Aurora Avenue, Suite 4
 7         Metairie, Louisiana  70005
           (504) 833-3330
 8
 9                    I N D E X
10                                            PAGE
11
     EXAMINATION BY MS. DAWSON:                 4
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Michael Patz
7/10/2018

```
 1              S T I P U L A T I O N
 2              It is stipulated and agreed by and
 3    among counsel for the parties hereto
 4    that the deposition of the aforementioned
 5    witness is hereby being taken under the
 6    Federal Rules of Civil Procedure for all
 7    purposes, in accordance with law;
 8              That the formalities of filing,
 9    reading, signing, sealing, and certification are
10    specifically not waived;
11              That all objections, save those as to
12    the form of the question and responsiveness of
13    the answers, are hereby reserved until such time
14    as this deposition, or any part thereof, may be
15    used or sought to be used in evidence.
16                   *  *  *  *  *
17              SHELLEY CALLAWAY EXSTERSTEIN,
18    Certified Court Reporter, in and for the Parish
19    of Orleans, State of Louisiana, officiated in
20    administering the oath to the witness.
21
22
23
24
25
```

Michael Patz
7/10/2018

```
 1              MICHAEL PATZ, 101 North 7th Street,
 2   Apartment 107, Sierra Vista, Arizona, 85635,
 3   after having been first duly sworn by the
 4   above-mentioned Certified Court Reporter, did
 5   testify as follows:
 6   EXAMINATION BY MS. DAWSON:
 7       Q.  Mr. Patz, I'm Sean Dawson, and I also
 8   represent Sureway and all of other defendants in
 9   this case.  You just sat through your wife's
10   deposition.
11       A.  Yes.
12       Q.  So you know the rules?
13       A.  Yes.
14       Q.  Can you say that out loud?
15       A.  Yes.
16       Q.  Thank you.
17       A.  Yes, I understand.
18       Q.  Thank you.  If you can, state your name
19   and your current address.
20       A.  My name is Michael Gene Patz.  My
21   current address is 101 North 7th Street, Sierra
22   Vista, Arizona, 85635.
23       Q.  And you and Vivian Blackledge Patz are
24   currently married?
25       A.  Yes.
```

**Michael Patz**
**7/10/2018**

```
 1        Q.   And you have one child?

 2        A.   Yes.

 3        Q.   And she was born?

 4        A.   November 14th, 2016.

 5        Q.   And is your, if you know it, your

 6   driver's license number 009114943?

 7        A.   My Louisiana one, I believe it is.

 8        Q.   That's right because now you have an

 9   Arizona.

10        A.   Yes.

11        Q.   Okay.  Was your -- your Louisiana

12   License was a Class D?

13        A.   I do believe so.  Chauffeur's.

14        Q.   And what about your Arizona?

15        A.   They don't have that.  It's just a

16   regular driver's license there.

17        Q.   And what does the Class D license allow

18   you to do?

19        A.   Operate a box vehicle or bigger

20   vehicle.

21        Q.   Okay.  And is your social 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?

22        A.   No.

23        Q.   No?

24        A.   It's 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.

25        Q.   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?
```

Michael Patz
7/10/2018

Page 6

```
 1        A.   Yes.
 2        Q.   Okay.  And your birth date is 3/22/88?
 3        A.   No.  3/21/88.
 4        Q.   Would this information have been
 5   correct on your job applications?
 6        A.   Yes, should have been.  It's correct on
 7   my -- the firing sheet.
 8        Q.   Look, I could have written it down
 9   wrong.  I don't know.  I don't have the
10   documents, but I'm just wondering.  But it
11   should be correct on your job application?
12        A.   Yes.
13        Q.   And then you heard us go through some
14   phone numbers earlier; correct?
15        A.   Yes.
16        Q.   So I'm going to read them out, and if
17   you can, say what you know.
18        A.   Okay.
19        Q.   (985) 635-8561?
20        A.   That's my old number.  That's through
21   Boost.
22        Q.   Mike's.  Okay.  And when did -- how
23   long did you have that, or when did you get rid
24   of it?
25        A.   I got rid of that whenever I was still
```

**Michael Patz**
**7/10/2018**

```
 1    working at Sureway.  So --
 2         Q.  The last time?
 3         A.  Honestly, I don't know.  I worked there
 4    three different times.
 5         Q.  Why did you get rid of it?
 6         A.  Just went to AT&T.  I got a 504 number.
 7         Q.  So that answers the next question then.
 8    The (504) 229-8412 is yours?
 9         A.  Yes, ma'am.
10         Q.  And do you currently have that number?
11         A.  No, ma'am.
12         Q.  Okay.  What number did you have after
13    that?
14         A.  I believe it was the 635 number after
15    that one or right before that one.  Hold on.
16    I'm getting tripped up.
17         Q.  Okay.  I'm sorry.  It's 635-8561 is the
18    one --
19         A.  I had the 400 one first, 400-4139, and
20    then I had the 63.  And then I went to the 504
21    number.
22         Q.  So those are the only phone numbers
23    you've ever had?
24         A.  Not ever had, but, you know, currently
25    like within the past eight years.
```

**Michael Patz**
**7/10/2018**

```
 1        Q.   Who is the 400 number with?
 2        A.   It was through AT&T, I believe.
 3        Q.   So you went from AT&T to Boost back to
 4   AT&T?
 5        A.   Yes, I did.
 6        Q.   And what's your current phone number?
 7        A.   I do not own a phone.  We share a
 8   phone.
 9        Q.   Okay.  And what's that phone number?
10        A.   That is going to be 295 -- well, (985)
11   295-1409.
12        Q.   And when did you get that phone number?
13        A.   Maybe about a year ago.
14        Q.   And is it in your name or your wife's
15   name?
16        A.   It's in her name.
17        Q.   And that is through what service?
18        A.   It's through Verizon.
19        Q.   Okay.  And then do you know what the
20   (985) 278-8668 is?
21        A.   Yes.
22        Q.   What's that?
23        A.   That's Vivian's old Boost number.
24        Q.   And then what about the 635-8559?
25        A.   That might have been my old number.  I
```

**Michael Patz**
**7/10/2018**

Page 9

```
 1   had a lot of phones.  It's hard for me to
 2   understand that.  That may have been mine.  I
 3   don't honestly know.  I don't remember.
 4        Q.  Are you currently employed?
 5        A.  Yes, I am.
 6        Q.  Where?
 7        A.  Three Kings Automotive.
 8        Q.  And what do you do?
 9        A.  I am a manager of a shop.
10        Q.  And that's in Arizona?
11        A.  Yes, ma'am.
12        Q.  And what town?
13        A.  Sierra Vista.
14        Q.  And how long have you been there?
15        A.  I have been there four months.
16        Q.  And are you salaried or hourly?
17        A.  I'm hourly.
18        Q.  And how much do you get paid an hour?
19        A.  I make eleven fifty an hour.
20        Q.  And how many hours a week do you
21   approximately work?
22        A.  It's in between 36 and 42.
23        Q.  And do you have health insurance
24   through that job?
25        A.  No, ma'am.
```

Michael Patz
7/10/2018

```
 1       Q.  Do you have an opportunity to have
 2   health insurance?
 3       A.  No, ma'am.
 4       Q.  Do you have any health insurance right
 5   now?
 6       A.  No, ma'am.
 7       Q.  Okay.  Do you have any benefits through
 8   that job?
 9       A.  No, ma'am.
10       Q.  Do you have an opportunity to have
11   benefits through that job?
12       A.  Yes, ma'am.
13       Q.  What benefits could you elect?
14       A.  The general benefits, 401(k) and health
15   care, dental.  I don't really know what else
16   they offer.
17       Q.  You would have to pay a portion of it?
18       A.  Yes.
19       Q.  Okay.  Prior to Three Kings Automotive,
20   what -- auto or automotive?
21       A.  Automotive.
22       Q.  Where did you work?
23       A.  I worked at Grasshopper Landscaping.
24       Q.  Where is that?
25       A.  It's Fort Huachuca -- Huachuca City,
```

Michael Patz
7/10/2018

```
 1   Arizona.
 2        Q.  Could you spell that?  Is it like an
 3   O-U like --
 4        A.  I think it's H-A-U-C-H-U-A (sic), I
 5   think.
 6        Q.  But it's Arizona?
 7        A.  Yes.
 8        Q.  We can figure it out.
 9        A.  Yes.
10        Q.  Kind of like Galliano.
11   MR. MOST:
12             Yes.
13   EXAMINATION BY MS. DAWSON:
14        Q.  Okay.  Grasshopper Landscaping.  And
15   when did you start working there?
16        A.  I started there September 9th, I
17   believe it was.
18        Q.  Of 2000?
19        A.  '17.
20        Q.  And what did you do there?
21        A.  I was basic tech, I guess you'd say,
22   laborer.
23        Q.  And prior to Grasshopper Landscaping,
24   where did you work?
25        A.  I worked at ALE Plumbing Specialists
```

Michael Patz
7/10/2018

```
 1    out of Walker, Louisiana.
 2         Q.  And when did you start that job?
 3         A.  I could not tell you.  I have all of
 4    that paperwork at the house.
 5         Q.  When did you end, stop the job?
 6         A.  Right before or right after we moved.
 7         Q.  So September --
 8         A.  I mean, right before we moved, I lost
 9    my job, And then we moved to Arizona.
10         Q.  Okay.  So do you think you worked there
11    for a year, for three months?
12         A.  It's probably seven months.
13         Q.  And were you living in Covington at
14    that time?
15         A.  No.  We were staying at a trailer on
16    Sisters Road.
17         Q.  Ponchatoula?
18         A.  Yes, ma'am.
19         Q.  Why did you lose that job?
20         A.  Basically because the travel trying to
21    get gas money to go from Ponchatoula to Walker
22    five days a week and having Kylie and just life.
23    Just having life.
24         Q.  Did you quit, or were you terminated?
25         A.  I was terminated.
```

Michael Patz
7/10/2018

1      Q.   So was it for failure to show up?

2      A.   Yes.

3      Q.   Okay.  Prior to -- I'm sorry?

4      A.   (Witness shakes head.)

5      Q.   At ALE, what did you do?

6      A.   I was a plumbing helper.

7      Q.   Okay.  Prior to that?

8      A.   I worked for Rucker Mechanical

9   Contractors.

10      Q.   Where are they?

11      A.   They are out of Slidell.

12      Q.   And the time?

13      A.   I worked there for ten months, I

14   believe.

15      Q.   Do you know when you started?

16      A.   No, ma'am.  I'm bad with dates.

17      Q.   Do you know when you stopped that job?

18      A.   No, ma'am.

19      Q.   Were you -- did you voluntarily leave?

20      A.   Yes, ma'am.

21      Q.   What did you do there?

22      A.   I was a plumbing helper.

23      Q.   Why did you leave?

24      A.   Because I was promised a $2 raise after

25   my six-month probationary period, and whenever

Michael Patz
7/10/2018

```
 1    that came up, I was getting -- only gave a
 2    dollar.  So I left.
 3        Q.  And where were you living when you
 4    worked there?
 5        A.  Sisters Road, there, and at her dad's
 6    house.
 7        Q.  And what's her dad's address?
 8        A.  I don't know.  It's on 1077.
 9        Q.  It's in Covington?
10        A.  Yes, ma'am.
11        Q.  All right.  What did you do prior to
12    Rucker Mechanical?  Where were you employed?
13        A.  I believe it was cutting grass with
14    Southern Landscaping.
15        Q.  And you had worked at Southern
16    Landscaping before?
17        A.  Yes, ma'am, I had worked with Mr.
18    Willie for probably over ten years.
19        Q.  And where are they located?
20        A.  Out of Covington.
21        Q.  That was as a laborer?
22        A.  Yes, ma'am, laborer and I got trained
23    up to running, running his company.
24        Q.  And why did you leave there?
25        A.  I went to Grand Isle.
```

Michael Patz
7/10/2018

1      Q.   Oh, I'm sorry.  I'm talking about prior
2    to --
3      A.   I'm confused now.
4      Q.   Yes, yes.  I'm not trying to -- I'm
5    working backwards.
6      A.   All right.
7      Q.   So I'll back up.  We have Kings
8    Automotive.  Then we have Grasshopper.
9      A.   Uh-huh.
10      Q.   Then we have ALE Plumbing, and then
11    Rucker Mechanical?
12      A.   Yes.
13      Q.   And then so did you work at Southern
14    Landscaping and go to Rucker, or did you work at
15    Sureway between the two?
16      A.   I didn't work at Sureway between them
17    two, the plumbing companies.
18      Q.   What about Southern Landscaping, then
19    the plumbing?
20      A.   Yes.
21      Q.   Okay.  How did you hear about the job
22    at Sureway?
23      A.   I ended up moving down to Grand Isle
24    with a friend and just came in.  Was coming in
25    from fishing, going to get some beer, and they

Michael Patz
7/10/2018

```
 1   had a girl actually offered me a job.  I filled
 2   out the application right then and there, and
 3   they hired me.
 4        Q.   Who was that friend you were with?
 5        A.   Anthony Tapia.
 6        Q.   Okay.  Actually I saw him on one of
 7   your applications.  So he was a friend that
 8   lived in Grand Isle?
 9        A.   Yes, ma'am.
10        Q.   And then --
11        A.   We all moved there from Covington.
12        Q.   You-all moved there together?
13        A.   Yes.
14        Q.   So you moved to Grand Isle without a
15   job?
16        A.   Yes.  I moved there because I was
17   actually trying to get off of parole at that
18   time.
19        Q.   And why were you on parole?
20        A.   For possession with intent to
21   distribute, two counts, and simple burglary.
22        Q.   And that's all finished?
23        A.   Yes, ma'am.
24        Q.   You are done with that?
25        A.   Finished 2013.
```

**Michael Patz**
**7/10/2018**

1      Q.   You know, I'm really confused because
2  you worked at Grand Isle three times; right?
3      A.   Yes, that's why -- I understand.
4      Q.   So did you work for anyone between your
5  stints at Sureway?
6      A.   I worked for Joe Bob for like a month.
7      Q.   What is Joe Bob?
8      A.   That's the gas station like right
9  there.
10     Q.   In Grand Isle?
11     A.   Yes, ma'am.  You can see it from the
12  store.
13     Q.   Okay.  So you -- I saw in your job
14  application you had Southern Landscaping that we
15  just talked about.
16     A.   Uh-huh.
17     Q.   And there was also Barber Construction?
18     A.   Barber Construction?
19     Q.   I might have it wrong.
20     A.   I've never worked for Barber
21  Construction.
22     Q.   Okay.  Did you work for a construction
23  company?
24     A.   Yes, I've worked for many construction
25  companies.

Michael Patz
7/10/2018

1      Q.  Prior between Southern Landscaping and
2   Sureway, did you work for a construction
3   company?
4      A.  Yes, I did.
5      Q.  Who was that?
6      A.  Which one?  Jack Usner.  There's a few.
7      Q.  You can just let me know.
8      A.  Jack Usner, but I don't even know if I
9   was on payroll for that.  That might have been a
10  under-the-table job.  My head's coming up blank.
11     Q.  Okay.  So the first time you worked for
12  Sureway is the time you went with Mr. Tapia?
13     A.  Tapia, yes.
14     Q.  What was your job?
15     A.  I started out in produce.
16     Q.  Working in the store?
17     A.  Yes, ma'am.
18     Q.  And then who was your manager?
19     A.  Well, they got a bunch of managers
20  there.  So I don't think they really had one
21  over produce.  It's -- they got so many managers
22  there.  It's just here and there, I guess.
23     Q.  But did you continue to work in
24  produce?
25     A.  After a month of produce, I got hired

**Michael Patz**
**7/10/2018**

```
 1    up to driver.
 2         Q.   And what does driver entail?
 3         A.   Driving groceries to the boats and rigs
 4    out in Fourchon.
 5         Q.   And did you have to -- did you already
 6    have your Class D license?
 7         A.   No.  I had obtained it about a month
 8    after that.
 9         Q.   Did anyone at Sureway help you obtain
10    it?
11         A.   Yes.
12         Q.   Who would that have been?
13         A.   Ms. Shelly helped me get it.
14         Q.   And did Sureway pay?
15         A.   Yes, and then I paid them back.
16         Q.   You paid them back over time?
17         A.   Yes, ma'am.
18         Q.   All right.  So you continued at Sureway
19    as a driver?
20         A.   Yes, ma'am.
21         Q.   For how long did you work there?
22         A.   The first time, I believe it was, close
23    to a year and a half.
24         Q.   And why did you leave?
25         A.   Because I was late, and Ms. Shelly had
```

Michael Patz
7/10/2018

1   called me and told me I had five minutes to get

2   there or I didn't have a job.  So there was no

3   way I was going to get there in five minutes

4   because I was just waking up.  So I packed my

5   stuff.

6        Q.  And were you in employment-provided

7   housing at that time?

8        A.  Yes.

9        Q.  Where did you live?

10       A.  I lived at 102 Community Place.

11       Q.  Anyone -- did you live with anyone?

12       A.  No.

13       Q.  All right.  So that first job you were

14   terminated, and then what did you do?  Did you

15   find another job?  Did you move someplace?

16       A.  I moved.

17       Q.  Where did you move to?

18       A.  I moved back to Covington.

19       Q.  Do you have any family in Covington?

20       A.  No.

21       Q.  You still have friends in Covington?

22       A.  I guess you could -- I have

23   acquaintances in Covington.

24       Q.  Where did you move to in Covington?

25       A.  We moved to her dad's house.

**Michael Patz**
**7/10/2018**

```
 1        Q.  To her dad's house.  Okay.  How did you
 2   and Vivian meet?
 3        A.  We met over -- actually through a
 4   friend.
 5        Q.  Who was that?
 6        A.  Erin.
 7        Q.  And did you meet in Covington or Grand
 8   Isle?
 9        A.  No.  I met her in, yes, Covington.  I
10   met her in Covington.
11        Q.  So you knew her before you went to work
12   the first time at Sureway?
13        A.  I met her before I went to work at
14   Sureway, and then we started talking, yes.
15        Q.  So you continued to date while you were
16   at Sureway the first time?
17        A.  Hold on.  Step back.  I'm getting
18   confused.
19        MR. MOST:
20              That's okay.
21   EXAMINATION BY MS. DAWSON:
22        Q.  I'm just wondering why her dad would
23   let you move into his house.
24        A.  Actually, actually he -- in the
25   beginning, it wasn't like that.  We stayed in
```

**Michael Patz**
**7/10/2018**

```
 1    the car and everything, and then she talked to
 2    him.  And she could stay there, and then I ended
 3    up staying in the car.
 4         Q.  The first time you were terminated from
 5    Sureway.
 6         A.  No, no, no.
 7         Q.  That's what I am talking about.
 8         A.  All right.  I'm getting confused.
 9         Q.  Now, we're working forward.
10         A.  All right.
11         Q.  So --
12         A.  Re-start the question.  My bad.
13         Q.  Okay.  So you worked for Southern
14    Landscaping?
15         A.  Uh-huh.
16         Q.  And then you went to work for Sureway?
17         A.  Yes.
18         Q.  That first time you were terminated,
19    where did you move?
20         A.  First time I was terminated, I moved to
21    her dad's house.
22         Q.  Okay.  Then did you work in Covington
23    while you were there?
24         A.  Yes.
25         Q.  Where did you work?
```

Michael Patz
7/10/2018

1      A.  I worked back with Willie at Southern
2  Landscaping.
3      Q.  Then you moved back to Grand Isle, or
4  did you have another job?
5      A.  We stayed in Covington for about a year
6  after that, a bunch of different jobs and all,
7  and then we went to Grand Isle.
8      Q.  And you don't remember those jobs?
9      A.  I had a bunch of different jobs.  No,
10  not really.
11      Q.  Okay.  What -- why did you go back to
12  Grand Isle the second time?
13      A.  Because we did not have nowhere to go
14  in Covington.
15      Q.  Did you still have friends in Grand
16  Isle?
17      A.  No.  I figured that we could actually
18  maybe have something going with working with her
19  and everything.  So I called her.
20      Q.  So you approached Sureway --
21      A.  Yes.
22      Q.  -- to see if you could get a job?
23      A.  Yes, I called Shelly to get a job and
24  to see if we could get a roof over our head.
25      Q.  And you were provided employer-provided

**Michael Patz**
**7/10/2018**

Page 24

```
 1   housing that time?
 2        A.   Yes.
 3        Q.   Do you know the address?
 4        A.   176 Nacari Lane.
 5        Q.   Okay.  So you stayed, and what was your
 6   job there?
 7        A.   I got hired out back on.  I don't know
 8   if it was directly as a driver or if it was
 9   floating doing -- I think it might have been got
10   hired right back on as a driver.  I'm not too
11   positive.
12        Q.   And did any license issues have to be
13   resolved at that time?
14        A.   Yes.
15        Q.   And what were those license issues?
16        A.   My license had lapsed and was
17   suspended.
18        Q.   For?
19        A.   I believe it was for driving without
20   insurance.
21        Q.   And did Sureway --
22        A.   They helped me get the loan and take
23   care of what I had to take care of to become a
24   driver again.
25        Q.   And then you paid them back?
```

**Michael Patz**
**7/10/2018**

```
 1        A.  Yes, ma'am.
 2        Q.  All right.  So then you worked there
 3   that second time.  Do you know how long you were
 4   there?
 5        A.  Maybe eight months, I believe.
 6        Q.  And why did you leave?
 7        A.  I don't even know.
 8        Q.  Were you terminated?
 9        A.  Yes.
10        Q.  And was Vivian still working there at
11   that time?
12        A.  No.  Well --
13        Q.  She --
14        A.  This is the third time we're talking
15   about?
16        Q.  Second time.
17        A.  Second time.  No.  She -- hold on.
18   Yes, she did.
19        Q.  She worked there while you were there,
20   also?
21        A.  Yes.
22        Q.  And did --
23        A.  We both got jobs, yes.
24        Q.  And she lived with you at --
25        A.  She started working first, though.  No.
```

Michael Patz
7/10/2018

1    That's the third time.  My bad.  The second
2    time, we both started working together, yes.
3        Q.  And both of you lived at the Nacari
4    Lane?
5        A.  Yes, ma'am.
6        Q.  And did anyone else live with you?
7        A.  No.
8        Q.  Okay.  Second time, you are terminated.
9    Where did you go to work?
10       A.  In Grand Isle or --
11       Q.  When you were done working at Sureway
12   that second time, did you go get another job?
13       A.  Yes, I did work at Joe Bob for a little
14   bit after that for about a month, and that was
15   it.
16       Q.  So you had -- you didn't work for a
17   period of time?
18       A.  Yes, for a long period of time.
19       Q.  I'm sorry?
20       A.  For a good little while period of time.
21       Q.  Did you apply for unemployment?
22       A.  No, I didn't.
23       Q.  Where did you live?
24       A.  I lived in a friend, Jojo Angeron's
25   downstairs little bathroom.

Michael Patz
7/10/2018

```
 1        Q.   What's the name of the people?
 2        A.   Jojo Angeron or Joseph Angeron.
 3        Q.   Do you know how to spell his last name?
 4        A.   A-N-G-E-R-O-N.
 5        Q.   And is that the person that you lived
 6   with after the third time?
 7        A.   Well, I lived with him multiple times,
 8   but yes.
 9        Q.   Okay.  So you went to work at Joe
10   Bob's.  Then you were not working for a period
11   of time, and then what did you do?
12        A.   Then we was kind of just left out.
13   Didn't have nothing really.  So --
14        Q.   Did you go back and apply at Sureway?
15        A.   No.  For the third time -- God, this is
16   jumbled up.  Can you repeat the question?
17        Q.   Yes.  After you were terminated for --
18   I'm just going to rephrase.  You were terminated
19   the second time.  You went to work at Joe Bob,
20   and you only worked there about a month.  And
21   you lived with Joseph Angeron, and then did you
22   then go back and apply at Sureway?
23        A.   Yes.  Yes, I did.
24        Q.   So there was no other jobs except Joe
25   Bob between those two?
```

Michael Patz
7/10/2018

1        A.  Yes.

2        Q.  And where was Vivian during this time?

3        A.  Me and her, we had had problems, and we

4   had broke up.

5        Q.  Right.  But was she still in Grand

6   Isle, or was she in Covington, or do you know?

7        A.  No.  Didn't keep touch with her.

8        Q.  Okay.  So then do you know Vivian

9   applied at Sureway a second time?

10       A.  Yes.

11       Q.  Do you know when that was?

12       A.  Whenever we moved back to Grand Isle.

13       Q.  So you moved back to Grand Isle

14   together?

15       A.  Yes.  Hold on, hold on, hold on.

16       MR. MOST:

17              Why don't we take five and just --

18       THE WITNESS:

19              I'm getting confused.

20   EXAMINATION BY MS.  DAWSON.

21       Q.  And if you want, if you want to

22   technically draft it out --

23       A.  It's hard because it's -- yes.

24       MR. MOST:

25              Yes.  Why don't we take five?

**Michael Patz**
**7/10/2018**

```
 1        We'll just take a breather because now that
 2        we're in it, we'll just, you know, stand up
 3        --
 4        THE WITNESS:
 5                  Everything is --
 6        MR. MOST:
 7                  -- stretch our legs.
 8        MS. DAWSON:
 9                  That's fine.
10        MR. MOST:
11                  Then sit down and get back into
12        it.
13        MS. DAWSON:
14                  Okay.
15        (Whereupon a brief recess was taken at this
16     time.)
17     EXAMINATION BY MS. DAWSON:
18        Q.  Mr. Patz, earlier we mentioned Barber
19     Construction.
20        A.  Yes.
21        Q.  And do you remember Trey Centanni?
22        A.  Yes, I know Trey.
23        Q.  Who is that?
24        A.  It's someone I grew up with in
25     Covington.
```

Michael Patz
7/10/2018

1          Q.   Okay.  And under the business on your
2      application, it says barber.
3          A.   Oh, he cuts hair.  He's a barber.
4          Q.   That's where we got it.  Okay.  How
5      much did you make an hour at Grasshopper?
6          A.   I made -- I start out making ten.
7          Q.   And you ended making?
8          A.   Ten fifty.
9          Q.   And then ALE?
10         A.   I started out at eleven.
11         Q.   And you ended at?
12         A.   Thirteen, I believe.
13         Q.   And then Rucker?
14         A.   Rucker, I started at ten.
15         Q.   And you ended at?
16         A.   I was supposed to end at twelve, but I
17     ended at eleven.
18         Q.   All right.  Your last time that you
19     worked at Sureway, who was your manager?
20         A.   Telly was my manager.
21         Q.   Telly?
22         A.   Yes.  Telly Santani.
23         Q.   And you were a driver?
24         A.   Yes, ma'am.
25         Q.   And why did you leave that time?

**Michael Patz**
**7/10/2018**

```
 1        A.   Which time are we talking about?
 2        Q.   The third time, the last time.
 3        A.   I was fired.
 4        Q.   Why?
 5        A.   Because I was late.
 6        Q.   Do you know what day?
 7        A.   No, ma'am.
 8        Q.   Was it before or after you found out
 9   Vivian was pregnant?
10        A.   She -- after.
11        Q.   Did you -- I may have already asked you
12   this, but I don't know about this time period.
13   Did you file for unemployment after your third
14   time with Sureway?
15        A.   No, I don't believe.
16        Q.   Are you claiming lost wages as part of
17   this lawsuit?
18        A.   I believe so.
19        Q.   Did you have an employment contract
20   with Sureway, a written employment contract?
21        A.   Stating like?
22        Q.   Did you have a written contract with
23   them?
24        A.   Like I'd work here for so long for
25   whatever, no.
```

**Michael Patz**
**7/10/2018**

```
 1        Q.   Did you have any lease with Sureway?
 2        A.   No.
 3        Q.   Or with any of the defendants?
 4        A.   No.
 5        MR. MOST:
 6                  Objection, calls for a legal
 7        conclusion.
 8   EXAMINATION BY MS. DAWSON:
 9        Q.   And I'm sorry.  I'm going to -- I
10   should clarify.  Written lease.
11        MR. MOST:
12                  Uh-huh.
13   EXAMINATION BY MS. DAWSON:
14        Q.   Did you -- were you aware that Vivian
15   was -- about the incident that's part of -- that
16   makes up this lawsuit?
17        A.   Yes.
18        MR. MOST:
19                  Objection, ambiguous.
20   EXAMINATION BY MS. DAWSON:
21        Q.   When did you become aware of that?
22        A.   I'm not too sure.
23        Q.   When did you find out she was pregnant?
24        A.   Right after she took the test.
25        Q.   When did she take the test?
```

**Michael Patz**
**7/10/2018**

```
 1        A.   I don't know.
 2        Q.   A home test or a hospital test?
 3        A.   Yes, a home test, a home test.
 4        Q.   Okay.  You know that she was asked to
 5   leave Sureway to go get a doctor's note?
 6        A.   I was at home, and she came home and
 7   told me that, yes.
 8        Q.   And what did she tell you?
 9        A.   She told me that she would not be able
10   to return to work unless she had a doctor's
11   note.
12        Q.   And did you go with her to any doctors'
13   appointments?
14        A.   Yes, I did.
15        Q.   Okay.  Tell me about that.
16        A.   We went to Lady of the Sea or lake or
17   whatever.  And we went there, and they turned us
18   away.  We drove -- what's that one?  I guess
19   that was Ochsner right there.  The one in
20   Matthews.  Is that -- no?  Or Raceland.
21        Q.   I have no idea.  So you went directly
22   from Lady of the Sea to Raceland or --
23        A.   No.  We sat in the car trying to find
24   out places, and we went to a couple of places.
25   I don't know the names because as soon as we
```

Michael Patz
7/10/2018

```
 1   walked in, we were trying to get the note.
 2   That's what we was focused on.  They said they
 3   couldn't help us.  So we went to finally find
 4   one over, I guess it's, Raceland Ochsner.
 5       Q.  So when you went in, what kind of note
 6   did you tell them you wanted?
 7       A.  We didn't tell them we wanted a note.
 8   We said that she needed a note.  I guess that's
 9   the same thing.  She needed a note to return
10   back to work.
11       Q.  And did you tell them why you thought
12   she might need a note?
13       A.  That was mainly on her end because I'm
14   just there.
15       Q.  Did -- was -- so do you know what day
16   you went to Lady of the Sea?
17       A.  No, ma'am.
18       Q.  Was it the day that she came home?
19       A.  Yes, ma'am.
20       Q.  And that same day you went to other
21   doctors' offices?
22       A.  Yes, ma'am.
23       Q.  And what did they tell you?
24       A.  That they could not give us --
25   basically they couldn't do what we was asking.
```

Michael Patz
7/10/2018

1   So we ended up having to wait a couple of days
2   before we could get money to go to Raceland.
3       Q.  So why did you need money to go to
4   Raceland?
5       A.  Because Raceland from Lady of the Sea
6   was -- it's like an hour and a half, hour and 20
7   minutes.  I didn't have enough gas to get from
8   there to there.
9       Q.  For gas?
10      A.  Yes.  So I had to go back to the
11  island, which is 45 minutes from Lady of the
12  Sea.  So --
13      Q.  And were you working these days?
14      A.  No, that day, I was not.
15      Q.  On that Monday?
16      A.  Yes.
17      Q.  Did you work at --
18      A.  Whichever day that was.  I don't know
19  exactly what day that was.
20      Q.  Okay.  Fair enough.  It was -- I'll
21  just -- so to be clear it was on the 11th.  Fair
22  enough.  And it was a Monday.  So did you work
23  the rest of that week, any days that week?
24      A.  I'm sure I did work sometime that week.
25  As far as what days and everything, I can't even

Michael Patz
7/10/2018

```
 1   remember what I did last week.  So --
 2       Q.  Did you -- would you go into the store
 3   prior to your driving to Fourchon or wherever?
 4       A.  Yes, we did a couple of times.  And she
 5   had talked to Cher and Ms. Denise.
 6       Q.  I'm sorry.  Who had talked to Cher?
 7       A.  Vivian.
 8       Q.  Had talked to Cher and who?
 9       A.  And Ms. Denise.  About trying to find a
10   place and where we could go, and they was giving
11   us ideas.
12       Q.  Do you know what day that was?
13       A.  No, I don't.
14       Q.  Okay.  So my question was, though, with
15   your employment, like where you are literally
16   going to work, did you go to the store, or would
17   you just hop in the truck and go?
18       A.  I'm not following.
19       Q.  Did you -- okay.  How did you know what
20   to do on a day that you worked?  Tell me the
21   routine.
22       A.  Wake up and go to work.
23       Q.  Okay.  And you would go to the store?
24       A.  Yes.
25       Q.  And you would check in with someone?
```

Michael Patz
7/10/2018

1      A.   Yes.

2      Q.   Who would you check in with?

3      A.   Telly or whoever the on-duty manager

4   was.

5      Q.   And then what would happen?

6      A.   I do the task that I was asked.

7      Q.   So they would instruct you to do

8   something?

9      A.   Yes, sometimes.  Unless there was stuff

10   that had done from before because I was doing

11   all kinds of stuff.  I was not just a driver

12   there.

13      Q.   And during that time, did anyone ask

14   you, inquire with you about Vivian's condition?

15      A.   I don't recall.

16      Q.   Did anyone ask you when she was going

17   to bring a doctor's note?

18      A.   Mr. David did ask about that.  He said

19   let me see.  Mr. David was asking us if we had

20   any luck with trying to find a doctor's note and

21   stuff.

22      Q.   And do you know when that was?

23      A.   A day or two after the incident

24   happened with her coming home.

25      Q.   And what did you tell him?

**Michael Patz**
**7/10/2018**

1    A.  I basically said that it was hard to

2  find something or somewhere that would take her

3  because of our situation.

4    Q.  And so just to -- I heard her testify

5  you did not have health insurance; correct?

6    A.  No, ma'am.

7    Q.  Were there any community clinics on the

8  island?

9    A.  I don't think there is.  I think I know

10  what you're talking about, the little

11  multi-plex.  The doctor comes down there on a

12  Wednesday or whatever for 40 minutes, 45

13  minutes, or whatever.  But as far as that, we

14  did not know about that until afterwards.

15    Q.  But so that doctor would come down on

16  -- that doctor was coming down when you-all were

17  still living there?

18    A.  I believe he was.  I'm not too, too

19  sure.

20    Q.  And do you know if that was a walk-in

21  clinic?

22    A.  I have no idea.

23    Q.  Do you know if you had to pay?

24    A.  I have no idea.

25    Q.  While you were employed at Sureway, did

Michael Patz
7/10/2018

```
 1   you ever have occasions to do IOUs --
 2        A.  Yes.
 3        Q.  -- through the store?  And what --
 4   explain what that is.
 5        A.  It's basically I can get this and pay
 6   you back.
 7        Q.  Like purchase something in the store?
 8        A.  Yes.
 9        Q.  And did you do that?
10        A.  Yes.
11        Q.  Did you have -- did you ever go to
12   Kentucky with Mr. Maples?
13        A.  Yes, I did.
14        Q.  And were you paid for that?
15        A.  Yes, I was.
16        Q.  Did you pay for the employer-provided
17   housing?
18        A.  Yes.
19        Q.  How did that work?
20        A.  It was taken out of the check weekly.
21        Q.  Was it actually taken out of the check?
22        A.  Yes, it was.
23        Q.  Like it was on your paycheck and showed
24   as a deduction?
25        A.  No.
```

Michael Patz
7/10/2018

```
 1       Q.   Okay.
 2       A.   It was shown on a little tag that
 3  didn't have no nothing on it but some numbers,
 4  and then the deduction is on there.
 5       Q.   And what other deductions would show on
 6  that?
 7       A.   The IOUs or rent or I guess if you got
 8  a loan or whatever.
 9       Q.   So like when you were paying back for
10  the driver's license stuff, that would be
11  deducted?
12       A.   Yes, ma'am.
13       Q.   How did -- earlier you said you and
14  Vivian met through a friend?
15       A.   Yes.
16       Q.   And was that -- and that was in
17  Covington?
18       A.   Yes.
19       Q.   Did you have a P.O. Box while you were
20  in Grand Isle?
21       A.   Yes, I did.
22       Q.   What's that?
23       A.   I had two different ones.  I don't
24  remember the numbers.
25       Q.   One was 345?  I'm sorry.  354?  If you
```

**Michael Patz**
**7/10/2018**

1    know.

2         A.   Yes, I think it was.

3         Q.   And you don't know the other one?

4         A.   I think I didn't pay that one, and they

5    -- I got another one.  It was like 357 like a

6    month later or something like that.  They said

7    they couldn't give me the exact one because

8    someone else had already got it.

9         Q.   Did Larry ever live with you-all?

10        A.   He never lived with us, no.

11        Q.   Were you ever served an eviction

12   notice?

13        A.   No.

14        Q.   And I'm talking about while you were at

15   Sureway.

16        A.   No.  I mean, actual paper wise or

17   verbally, or I'm -- can you clarify that?

18        Q.   A formal eviction notice from a court.

19        A.   No.

20        Q.   How did you find out you were fired

21   that third time?

22        A.   David Villarise (phonet.) came to the

23   door at 8:30 in morning and told us we had to

24   go.

25        Q.   What time were you -- were you supposed

PATZ 240

Michael Patz
7/10/2018

Page 42

 1    to report to work that day?
 2        A.  8:00.
 3        Q.  Had you been late before?
 4        A.  Yes.
 5        Q.  Had you been given any warnings?
 6        A.  Not, not on being late, no.
 7        Q.  When did you move out?
 8        A.  Which time?  The last time?
 9        Q.  The last time.
10        A.  Honestly I don't even know.
11        Q.  Do you think it was the day David came
12    or the next day?
13        A.  Oh, yes, we moved out that day,
14    whenever David came, yes.
15        Q.  And that apartment was furnished?
16        A.  Yes.
17        Q.  Did you ever do any maintenance on
18    either the Nacari or the Community Lane
19    properties?
20        A.  I did maintenance on all of her
21    properties.
22        Q.  Okay.  Tell me about it.
23        A.  Whatever was needed, painting, pressure
24    washing, fixing stuff, whatever.
25        Q.  Were you paid?

Michael Patz
7/10/2018

1      A.   Yes, I was.

2      Q.   Do you know who you were paid by?

3      A.   I was paid through Walter Maples,

4   Incorporated.

5      Q.   Did you, the prior times that you were

6   terminated, did you move out of the housing the

7   same day?

8      A.   Yes, I did both times.

9      Q.   So did you know that when you were

10   terminated, you are expected to move out?

11      A.   Yes.

12      Q.   How long -- were you terminated -- how

13   long was it between the time Vivian got a

14   doctor's note, when you-all went to the hospital

15   and got it, to when you were terminated?

16      A.   I think that was the same day honestly,

17   I think.  I'm not too, too sure on it.

18      Q.   Did you -- do you -- but you worked

19   after Vivian, after Vivian was told to go home

20   and get a doctor's note?

21      A.   Yes.

22      Q.   Did you call in sick at all during that

23   time?

24      A.   Hold on, hold on.  Back this up.  Did

25   that -- can you reclarify that?  I'm sorry.

**Michael Patz**
**7/10/2018**

```
 1        Q.  Yes.  So the day Vivian was told to go
 2   home --
 3        A.  Yes.
 4        Q.  -- you continued to work?
 5        A.  That day, I don't think I did work that
 6   day.
 7        Q.  But I'm just talking about days after.
 8        A.  I can't recall honestly.
 9        Q.  Do you know if you called in sick
10   during any of that time?
11        A.  I don't recall.
12        Q.  Who is -- okay.  You mentioned Anthony
13   Tapia before.
14        A.  Yes, ma'am.
15        Q.  And that's -- he lived at 167 Landry
16   Lane?
17        A.  Yes.
18        Q.  And is Marilyn his wife, mother?
19        A.  Divorced.  Yes, his wife.
20        Q.  Did you live with the two of them?
21        A.  Yes, I did.
22        Q.  Did Vivian ever live there?
23        A.  No.
24        Q.  Do they still live in Grand Isle?
25        A.  No.
```

Michael Patz
7/10/2018

```
 1        Q.   Where do they live?
 2        A.   I honestly don't even know where Tab
 3   lives right now or Anthony lives right now.
 4        Q.   Did you know him from Covington?
 5        A.   Yes.
 6        Q.   Do you think he is still in Louisiana?
 7        A.   Yes.
 8        Q.   But you don't know?
 9        A.   I believe he's down on Highway 40 in
10   Covington somewhere.
11        Q.   So you have not spoken with him?
12        A.   I haven't spoken with him in probably
13   about two months.
14        Q.   Do you have a phone number for him?
15        A.   Maybe.
16        Q.   Do you -- did he ever work for Sureway?
17        A.   No, ma'am.
18        Q.   Did Marilyn?
19        A.   No.  I know he did -- I think he put in
20   an application over there, though.  I'm not too
21   sure on it.
22        Q.   Trey Centanni, we talked about before
23   the barber.
24        A.   Yes.
25        Q.   He was just a friend?
```

Michael Patz
7/10/2018

Page 46

```
 1        A.   Yes.
 2        Q.   Did he ever work for Sureway?
 3        A.   No.
 4        Q.   Ever live on Grand Isle?
 5        A.   I know he's got family on Grand Isle.
 6   I don't know if he ever stayed there himself,
 7   though.
 8        Q.   And Jake Sentilles?
 9        A.   Yes.
10        Q.   Friend?
11        A.   Very good friend.
12        Q.   And are you-all still in touch?
13        A.   Yes.
14        Q.   And does he -- did he ever work for
15   Sureway?
16        A.   No.
17        Q.   Did he ever live in Grand Isle?
18        A.   No.
19        Q.   Okay.  So earlier you said that you
20   found out -- how did you find out Vivian was
21   pregnant?
22        A.   From the test, from the home test.
23        Q.   The home test?
24        A.   Yes.
25        Q.   And were you-all living at Nacari Lane?
```

Michael Patz
7/10/2018

```
 1        A.  Yes.
 2        Q.  Nacari.  Sorry.  And did she mention to
 3   you that she thought she might be pregnant?
 4        A.  Yes.  That's the only reason why she
 5   got the test.
 6        Q.  And she mentioned that she had trouble
 7   lifting things?
 8        A.  Yes.
 9        Q.  A certain weight?
10        A.  Yes, that it --
11        Q.  Did you -- I'm sorry.
12        A.  Yes, that it would hurt her abdomen.
13        MR. MOST:
14                You can wait for her to -- it will
15        be easier for the transcript if you wait for
16        her to finish the question.
17        THE WITNESS:
18                All right.
19        MR. MOST:
20                And then answer once she's done
21        asking the question.
22   EXAMINATION BY MS. DAWSON:
23        Q.  When did you first hear her complain
24   about that?
25        A.  I don't recall really.  I do remember
```

Michael Patz
7/10/2018

Page 48

```
 1   hearing it about two weeks or so before.  Two or
 2   three weeks.
 3        Q.  Two or three weeks before?
 4        A.  The home test.
 5        Q.  Before the home test?
 6        A.  Yes, because the home test is about six
 7   weeks on that.  Maybe.
 8        Q.  How soon -- how long was it between the
 9   home test and the day that she was told to go
10   get a doctor's note?
11        A.  I don't recall.
12        Q.  Do you think it was two days, or do you
13   think it was three weeks?
14        A.  I'm not too sure.  I don't want to give
15   you something, and then you-all use it against
16   me.
17        Q.  So you --
18        A.  I don't recall.
19        Q.  And Vivian testified that she had a
20   car.  Did you have a car?
21        A.  No.
22        Q.  So the family car was her car?
23        A.  Yes, ma'am.
24        Q.  We also -- do you know when she applied
25   for Medicaid?
```

**Michael Patz**
**7/10/2018**

```
 1        A.  No, I don't.
 2        Q.  Were you present when she applied?
 3        A.  May have been.  I don't -- she kind of
 4   handles all that stuff.
 5        Q.  Do you know where that application was
 6   made?
 7        A.  I believe it was on the internet.
 8        Q.  And did you apply at the same time?
 9        A.  Well, she applied for me, yes.
10        Q.  And did you get it?
11        A.  I don't recall honestly.  Hold on.
12   Yes, we did get that one.
13        Q.  How did you find out Vivian was
14   terminated?
15        A.  She came home crying.
16        Q.  When?
17        A.  No.  That's actually whenever they told
18   her to come home.  She came home crying, and
19   whenever they terminated me, she was asking
20   because the doctor's note showed they never got
21   back in touch with her at that point.  And David
22   -- we asked Mr. David, and he said yes, that
23   that entails her, too.  So that we was both
24   fired at the same time.
25        Q.  That the firing entails her, too, or
```

**Michael Patz**
**7/10/2018**

1   the moving out?

2        A.   The moving.

3        Q.   So you were not aware that she was

4   terminated prior to David --

5        A.   No.

6        Q.   -- showing up?  And Lovey never told

7   you anything?

8        A.   No.

9        Q.   You were able to use -- did you ever

10  use Sureway vehicles for personal reasons?

11       A.   No.

12       Q.   You never used them to go up the bayou

13  to go grocery shopping?

14       A.   No.

15       Q.   Do you know if you could, if you asked?

16       A.   Why would I go to the -- I'm sorry.

17       Q.   Because you --

18       A.   Yes.

19       Q.   Okay.  So I asked you if you were

20  claiming lost wages.  You said you --

21       A.   Yes.

22       Q.   Are you claiming any damages for

23  pregnancy?

24       A.   That's a weird question.

25       Q.   What do you want from the lawsuit?

```
 1      MR. MOST:
 2              You know, objection.  I'm just
 3      trying to think.  What do you want from the
 4      lawsuit?
 5  EXAMINATION BY MS. DAWSON:
 6      Q.  Do you want money?  Do you want your
 7  job back, I mean?
 8      MR. MOST:
 9              Okay.  I mean, you can answer
10      that.
11      THE WITNESS:
12              I mean, money is always nice.
13  EXAMINATION BY MS. DAWSON:
14      Q.  So -- I'm sorry.
15      A.  But I guess more or less I'd want to
16  know that ain't nobody's going to get messed
17  over, I guess.
18      Q.  Nobody's going to what?
19      A.  Get messed over.  Like treated a
20  certain way, and it's just not right.
21      Q.  Did you -- you heard Vivian testify
22  that you-all lived in an automobile?
23      A.  Yes.
24      Q.  And part of the time was on Grand Isle
25  and part was Covington?
```

**Michael Patz**
**7/10/2018**

```
 1        A.   Yes.
 2        Q.   Do you know how long you lived in Grand
 3   Isle?
 4        A.   I don't recall.  Like my whole time
 5   there?
 6        Q.   No, no, no.  In the car?
 7        A.   In the car, I believe it was two weeks.
 8        Q.   And what about Covington?
 9        A.   Covington, for me it was two-and-a-half
10   months.  For her it was two months.
11        Q.   And where did you move after that?
12        A.   We moved in with her dad.
13        Q.   Was Vivian already living with her dad?
14        A.   Well, staying there.  She was not
15   living there.  He was letting her stay there
16   because we did not have a place.
17        Q.   And then you also stayed with your
18   friend Joseph?
19        A.   Yes.
20        Q.   And how long did you stay with him?
21        A.   I stayed with Joseph on and off for
22   awhile.  So --
23        Q.   I'm sorry.  I'm talking about the third
24   termination.
25        A.   I think it was around a month or so.
```

**Michael Patz**
**7/10/2018**

```
 1    Maybe a little bit longer.
 2        Q.  And did you work after the third
 3    termination?  Did you work in Grand Isle?
 4        A.  No.
 5        Q.  Did you work in Covington?
 6        A.  Yes.
 7        Q.  Were you working when you were living
 8    in the car?
 9        A.  Yes.
10        Q.  Was that at Grasshopper?
11        A.  No.  That was at Whitacker
12    Construction.
13        Q.  Whitacker?
14        A.  Yes.
15        Q.  And when did you get that job?
16        A.  I had that job before we left Grand
17    Isle.  A friend of mine owns a construction
18    company in Covington.
19        Q.  So you lived in the car for two weeks
20    in Grand Isle.  And then you-all moved to
21    Covington, and you went to work?
22        A.  Yes, went to work staying out of the
23    car.
24        Q.  And where is that company located?
25        A.  He works out of his house somewhere
```

**Michael Patz**
**7/10/2018**

```
 1   down Lee Road in Covington.
 2        Q.  Covington?
 3        A.  Yes.
 4        Q.  And what's his name?
 5        A.  Russell Whitaker.
 6        Q.  How much did you make?
 7        A.  $10 an hour.
 8        Q.  Any benefits?
 9        A.  No.
10        Q.  Were you paid cash or by check?
11        A.  Cash.
12        Q.  Okay.  You are originally from Arizona?
13        A.  Yes, ma'am.
14        Q.  How did you end up in Covington?
15        A.  Family, I guess you could say.  My
16   parents moved there.  I had to go with them.
17        Q.  And you were a kid?
18        A.  Yes.
19        Q.  And education, did you go to high
20   school?
21        A.  I went to ninth grade.  That was it.
22   And then I got my G.E.D. and D.C.I.
23        Q.  And what?
24        A.  D.C.I.
25        Q.  What's that?
```

**Michael Patz**
**7/10/2018**

```
 1        A.   Dixon Correctional Institute, got my
 2   G.E.D.
 3        Q.   And that relates to the possession,
 4   burglary?
 5        A.   Yes.
 6        Q.   Following the third termination with
 7   Sureway, did you apply for food stamps?
 8        A.   Yes.
 9        Q.   And did you get them?
10        A.   Yes.
11        Q.   And was that while you were still on
12   Grand Isle or living with Joseph?
13        A.   I don't recall.  I don't recall on that
14   actually.
15        Q.   Did you apply for any jobs on Grand
16   Isle?
17        A.   I applied for one for the beach help,
18   but that was just write down your name, and they
19   give you a call if they need you.
20        Q.   Did they ever call you?
21        A.   No.
22        Q.   Have you been in Sureway since you were
23   terminated?
24        A.   No.
25        Q.   Why not?
```

Michael Patz
7/10/2018

1      A.  Because you are not allowed to go in
2  there after you get fired.
3      Q.  How do you know that?
4      A.  Because that's just how it is.
5      Q.  Okay.  What -- I don't remember if it
6  was in the complaint or in the discovery
7  responses, but it was alleged that you had to
8  sell some of your personal items?
9      A.  Yes.
10      Q.  What were those items?
11      A.  Fishing reel, $400 Calcutta reel, a
12  stereo system like a house stereo system,
13  anything of any kind of value.
14      Q.  And how much money did you get?
15      A.  Not much.  Maybe 300 bucks maybe.
16      Q.  For all of this stuff?
17      A.  Well, anything of value that we had.
18  Whenever we got kicked out and everything, we
19  picked up everything and just threw it in the
20  car.  What we didn't have, we couldn't take.  So
21  we got rid of it.
22      Q.  Because it wouldn't fit in the car?
23      A.  Yes, ma'am.
24      Q.  And what did you do with that money?
25      A.  We got to Covington.  We was able to go

Michael Patz
7/10/2018

```
 1   from Grand Isle to Covington.
 2        Q.  Do you suffer any medical conditions
 3   that you would consider chronic?
 4        A.  I have asthma, I guess, yes.
 5        Q.  When did you get diagnosed with that?
 6        A.  Eight years old, seven years old.
 7        Q.  As a child?
 8        A.  Yes.
 9        Q.  Have you ever been diagnosed or
10   suffered from high blood pressure?
11        A.  No.
12        Q.  Joint and muscle pain?
13        A.  No.
14        Q.  Any difficulties with memory and
15   concentration?
16        A.  Memory, yes.
17        Q.  Did that start after 2016, or is it --
18        A.  It's always been like that.
19        Q.  Headaches?
20        A.  No.
21        Q.  Abdominal pain?
22        A.  No.
23        Q.  Mood disorders?
24        A.  No.
25        Q.  Do you drink?
```

Michael Patz
7/10/2018

1      A.   No.

2      Q.   Do you --

3      A.   I used to then.   I used to, yes, but

4   now, no.

5      Q.   Did you keep any diary or journal since

6   January of 2016?

7      A.   Not -- (Witness shakes head.)

8      Q.   Were you present when Vivian called the

9   justice of the peace?

10      A.   I called him.

11      Q.   You called him.   Oh, that's right.   So

12   do you know the name?

13      A.   No, I don't know the guy's name.

14      Q.   Was it Leon Bradberry?

15      A.   Yes.

16      Q.   And why did you call him?

17      A.   Because I figured being in a place and

18   establishing residency regardless if there's a

19   lease or not or being in terms of working or

20   not, you know, you have an X amount of time to

21   get out, you know.   If you've established

22   residency over so long, I figured, you know, you

23   can't just be like, oh, well, I need you out

24   now.   So I figured, you know, that we would be

25   able to get a little bit of cushion, I guess you

**Michael Patz**
**7/10/2018**

```
 1   could say, so that we could get everything
 2   cleaned up and out of the place.
 3       Q.  Did you move your stuff out?
 4       A.  Yes.
 5       Q.  Did anyone from Sureway move your stuff
 6   out?
 7       A.  No.  And this is the third time we're
 8   talking about; right?
 9       Q.  Yes.
10       A.  All right.
11       Q.  This lawsuit, just to be clear, you're
12   not making any claims for your first two terms
13   of employment; correct?
14       A.  No.
15   MS. DAWSON:
16              Want to take a break?
17   MS. LAMBERT:
18              Sure.
19       (Whereupon a brief recess was taken at this
20   time.)
21   MS. DAWSON:
22              Okay.  We are back on the record,
23   and I have no further questions.  Thank you.
24   MR. MOST:
25              Yes.  And Mr. Patz will take a
```

**Michael Patz**
**7/10/2018**

Page 60

1        look at the final thing and read it and sign

2        it.   Thank you.

3        (Whereupon the deposition was concluded at

4     this time.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Patz
7/10/2018

1

2                      WITNESS CERTIFICATE

3

4         I, MICHAEL PATZ, have read or have had

5    the foregoing testimony read to me and hereby

6    certify that it is a true and correct

7    transcription of my testimony, with the

8    exception of any attached corrections or

9    changes.

10

11

12

13

14                   _____

15                   MICHAEL PATZ

16

17

18

19

20

21

22

23

24

25

Michael Patz
7/10/2018

```
 1              C E R T I F I C A T E
 2           This certificate is valid only for
     the transcript accompanied by my original
 3   signature and original required seal on this
     page.
 4           I, SHELLEY C. EXSTERSTEIN, Certified
     Court Reporter, in and for the State of
 5   Louisiana, as the officer before whom this
     testimony was taken, do hereby certify that
 6   MICHAEL PATZ, after having been duly sworn by me
     upon authority of R.S. 37:2554, did testify as
 7   hereinbefore set forth in the foregoing 60
     pages;
 8           That this testimony was reported by me
     in the stenotype reporting method, was prepared
 9   and transcribed by me or under my personal
     direction and supervision, and is a true and
10   correct transcript to the best of my ability and
     understanding;
11           That the transcript has been
     prepared in compliance with transcript format
12   guidelines required by statute or by rules of
     the board, and that I am informed about the
13   complete arrangement, financial or otherwise,
     with the person or entity making arrangements
14   for deposition services; that I have acted in
     compliance with prohibition on contractual
15   relationships, as defined by Louisiana Civil
     Code of Procedure Article 1434 and in rules and
16   advisory options of the board;
             That I have no actual knowledge of
17   any prohibited employment or contractual
     relationship, direct or indirect, between a
18   court reporting firm and any party litigant in
     this matter nor is there any such relationship
19   between myself and a party litigant in this
     matter; and that I am not related to counsel
20   or to the parties herein, nor am I otherwise
     interested in the outcome of this matter.
21
22                      _____
23                      SHELLEY C. EXSTERSTEIN
                        CERTIFIED COURT REPORTER
                        (No. 87112)
24
25
```

PATZ 261

**A**

A-N-G-E-R-O-N ...
27:4
abdomen (1) 47:12
Abdominal (1)
57:21
ability (1) 62:10
able (4) 33:9 50:9
56:25 58:25
above-mentioned ...
4:4
accompanied (1)
62:2
acquaintances (1)
20:23
acted (1) 62:14
ACTION (1) 1:3
actual (2) 41:16
62:16
address (4) 4:19,21
14:7 24:3
administering (1)
3:20
advisory (1) 62:16
aforementioned (1)
3:4
ago (1) 8:13
agreed (1) 3:2
ain't (1) 51:16
ALE (4) 11:25 13:5
15:10 30:9
alleged (1) 56:7
allow (1) 5:17
allowed (1) 56:1
ambiguous (1)
32:19
amount (1) 58:20
Angeron (3) 27:2,2
27:21
Angeron's (1)
26:24
answer (2) 47:20
51:9
answers (2) 3:13
7:7
Anthony (3) 16:5
44:12 45:3
apartment (3) 1:11
4:2 42:15
APPEARANCES...
1:16
application (6) 6:11
16:2 17:14 30:2
45:20 49:5
applications (2) 6:5
16:7
applied (5) 28:9

48:24 49:2,9
55:17
apply (6) 26:21
27:14,22 49:8
55:7,15
appointments (1)
33:13
approached (1)
23:20
approximately (1)
9:21
Arizona (10) 1:12
4:2,22 5:9,14 9:10
11:1,6 12:9 54:12
arrangement (1)
62:13
arrangements (1)
62:13
Article (1) 62:15
asked (6) 31:11
33:4 37:6 49:22
50:15,19
asking (4) 34:25
37:19 47:21 49:19
asthma (1) 57:4
AT&T (4) 7:6 8:2,3
8:4
attached (1) 61:8
Attorneys (3) 1:18
1:21,22
Aurora (1) 2:6
authority (1) 62:6
auto (1) 10:20
automobile (1)
51:22
automotive (5) 9:7
10:19,20,21 15:8
Avenue (2) 1:19 2:6
aware (3) 32:14,21
50:3
awhile (1) 52:22

**B**

back (25) 8:3 15:7
19:15,16 20:18
21:17 23:1,3,11
24:7,10,25 27:14
27:22 28:12,13
29:11 34:10 35:10
39:6 40:9 43:24
49:21 51:7 59:22
backwards (1) 15:5
bad (3) 13:16 22:12
26:1
barber (7) 17:17,18
17:20 29:18 30:2
30:3 45:23

Barner (1) 1:19
basic (1) 11:21
basically (4) 12:20
34:25 38:1 39:5
bathroom (1) 26:25
bayou (1) 50:12
beach (1) 55:17
beer (1) 15:25
beginning (1) 21:25
believe (17) 5:7,13
7:14 8:2 11:17
13:14 14:13 19:22
24:19 25:5 30:12
31:15,18 38:18
45:9 49:7 52:7
benefits (5) 10:7,11
10:13,14 54:8
best (1) 62:10
bigger (1) 5:19
birth (1) 6:2
bit (3) 26:14 53:1
58:25
Blackledge (1) 4:23
blank (1) 18:10
blood (1) 57:10
board (2) 62:12,16
boats (1) 19:3
Bob (5) 17:6,7
26:13 27:19,25
Bob's (1) 27:10
Boost (3) 6:21 8:3
8:23
born (1) 5:3
box (2) 5:19 40:19
Bradberry (1)
58:14
break (1) 59:16
breather (1) 29:1
brief (1) 29:15
59:19
bring (1) 37:17
broke (1) 28:4
bucks (1) 56:15
bunch (3) 18:19
23:6,9
burglary (2) 16:21
55:4
business (1) 30:1

**C**

C (4) 62:1,1,4,22
C.C.R (1) 2:5
Calcutta (1) 56:11
call (4) 43:22 55:19
55:20 58:16
CALLAWAY (2)
2:5 3:17

called (7) 20:1
23:19,23 44:9
58:8,10,11
calls (1) 32:6
car (14) 22:1,3
33:23 48:20,20,22
48:22 52:6,7 53:8
53:19,23 56:20,22
care (3) 10:15
24:23,23
case (1) 4:9
cash (2) 54:10,11
Centanni (2) 29:21
45:22
certain (2) 47:9
51:20
certificate (2) 61:2
62:2
certification (1) 3:9
Certified (5) 2:5
3:18 4:4 62:4,23
certify (2) 61:6 62:5
changes (1) 61:9
Charles (1) 1:19
Chauffeur's (1)
5:13
Chavarri (2) 1:12
1:22
check (5) 36:25
37:2 39:20,21
54:10
Cher (3) 36:5,6,8
child (2) 5:1 57:7
chronic (1) 57:3
City (1) 10:25
Civil (3) 1:3 3:6
62:15
claiming (3) 31:16
50:20,22
claims (1) 59:12
clarify (2) 32:10
41:17
Class (3) 5:12,17
19:6
cleaned (1) 59:2
clear (2) 35:21
59:11
clinic (1) 38:21
clinics (1) 38:7
close (1) 19:22
Code (1) 62:15
come (2) 38:15
49:18
comes (1) 38:11
coming (4) 15:24
18:10 37:24 38:16
commencing (1)

1:13
community (3)
20:10 38:7 42:18
companies (2)
15:17 17:25
company (5) 14:23
17:23 18:3 53:18
53:24
complain (1) 47:23
complaint (1) 56:16
complete (1) 62:13
compliance (2)
62:11,14
concentration (1)
57:15
concluded (1) 60:3
conclusion (1) 32:7
condition (1) 37:14
conditions (1) 57:2
confused (5) 15:3
17:1 21:18 22:8
28:19
consider (1) 57:3
construction (9)
17:17,18,21,22,24
18:2 29:19 53:12
53:17
continue (1) 18:23
continued (3) 19:18
21:15 44:4
contract (1) 31:19
31:20,22
Contractors (1)
13:9
contractual (2)
62:14,17
correct (8) 6:5,6,11
6:14 38:5 59:13
61:6 62:10
Correctional (1)
55:1
corrections (1) 61:8
counsel (2) 3:3
62:19
counts (1) 16:21
couple (3) 33:24
35:1 36:4
court (8) 1:1 2:5
3:18 4:4 41:18
62:4,18,23
Covington (31)
12:13 14:9,20
16:11 20:18,19,21
20:23,24 21:7,9
21:10 22:22 23:5
23:14 28:6 29:25
40:17 45:4,10

51:25 52:8,9 53:5
53:18,21 54:1,2
54:14 56:25 57:1
**crying (2)** 49:15,18
**Curren-Landrieu...**
2:6
**current (3)** 4:19,21
8:6
**currently (4)** 4:24
7:10,24 9:4
**cushion (1)** 58:25
**cuts (1)** 30:3
**cutting (1)** 14:13

### D

**D (4)** 2:9 5:12,17
19:6
**D.C.I (2)** 54:22,24
**dad (3)** 21:22 52:12
52:13
**dad's (5)** 14:5,7
20:25 21:1 22:21
**damages (1)** 50:22
**date (2)** 6:2 21:15
**dates (1)** 13:16
**David (8)** 37:18,19
41:22 42:11,14
49:21,22 50:4
**Dawson (18)** 1:23
2:11 4:6,7 11:13
21:21 28:20 29:8
29:13,17 32:8,13
32:20 47:22 51:5
51:13 59:15,21
**day (21)** 1:14 31:6
34:15,18,20 35:14
35:18,19 36:12,20
37:23 42:1,11,12
42:13 43:7,16
44:1,5,6 48:9
**days (7)** 12:22 35:1
35:13,23,25 44:7
48:12
**deducted (1)** 40:11
**deduction (2)** 39:24
40:4
**deductions (1)** 40:5
**defendants (2)** 4:8
32:3
**defined (1)** 62:15
**Denise (2)** 36:5,9
**dental (1)** 10:15
**deposition (6)** 1:11
3:4,14 4:10 60:3
62:14
**diagnosed (2)** 57:5
57:9

**diary (1)** 58:5
**different (4)** 7:4
23:6,9 40:23
**difficulties (1)**
57:14
**direct (1)** 62:17
**direction (1)** 62:9
**directly (2)** 24:8
33:21
**discovery (1)** 56:6
**disorders (1)** 57:23
**distribute (1)** 16:21
**DISTRICT (2)** 1:1
1:2
**Divorced (1)** 44:19
**Dixon (1)** 55:1
**doctor (3)** 38:11,15
38:16
**doctor's (8)** 33:5,10
37:17,20 43:14,20
48:10 49:20
**doctors' (2)** 33:12
34:21
**documents (1)** 6:10
**doing (2)** 24:9
37:10
**dollar (1)** 14:2
**door (1)** 41:23
**downstairs (1)**
26:25
**draft (1)** 28:22
**drink (1)** 57:25
**driver (8)** 19:1,2,19
24:8,10,24 30:23
37:11
**driver's (3)** 5:6,16
40:10
**driving (3)** 19:3
24:19 36:3
**drove (1)** 33:18
**duly (2)** 4:3 62:6

### E

**E (4)** 1:5 2:9 62:1,1
**earlier (2)** 6:14
29:18 40:13 46:19
**easier (1)** 47:15
**EASTERN (1)** 1:2
**education (1)** 54:19
**eight (3)** 7:25 25:5
57:6
**either (1)** 42:18
**elect (1)** 10:13
**eleven (3)** 9:19
30:10,17
**employed (3)** 9:4
14:12 38:25

**employer-provide...**
23:25 39:16
**employment (5)**
31:19,20 36:15
59:13 62:17
**employment-prov...**
20:6
**ended (7)** 15:23
22:2 30:7,11,15
30:17 35:1
**entail (1)** 19:2
**entails (2)** 49:23,25
**entity (1)** 62:13
**Erin (1)** 21:6
**Esquire (4)** 1:18,19
1:23,23
**established (1)**
58:21
**establishing (1)**
58:18
**eviction (2)** 41:11
41:18
**evidence (1)** 3:15
**exact (1)** 41:7
**exactly (1)** 35:19
**EXAMINATION...**
2:11 4:6 11:13
21:21 28:20 29:17
32:8,13,20 47:22
51:5,13
**exception (1)** 61:8
**expected (1)** 43:10
**explain (1)** 39:4
**EXSTERSTEIN (...**
2:5 3:17 62:4,22

### F

**F (1)** 62:1
**failure (1)** 13:1
**Fair (2)** 35:20,21
**family (4)** 20:19
46:5 48:22 54:15
**far (2)** 35:25 38:13
**Federal (1)** 3:6
**fifty (2)** 9:19 30:8
**figure (1)** 11:8
**figured (4)** 23:17
58:17,22,24
**file (1)** 31:13
**filing (1)** 3:8
**filled (1)** 16:1
**final (1)** 60:1
**finally (1)** 34:3
**financial (1)** 62:13
**find (10)** 20:15
32:23 33:23 34:3
36:9 37:20 38:2

41:20 46:20 49:13
**fine (1)** 29:9
**finish (1)** 47:16
**finished (2)** 16:22
16:25
**fired (4)** 31:3 41:20
49:24 56:2
**firing (2)** 6:7 49:25
**firm (1)** 62:18
**first (13)** 4:3 7:19
18:11 19:22 20:13
21:12,16 22:4,18
22:20 25:25 47:23
59:12
**fishing (2)** 15:25
56:11
**fit (1)** 56:22
**five (5)** 12:22 20:1,3
28:17,25
**fixing (1)** 42:24
**floating (1)** 24:9
**focused (1)** 34:2
**following (2)** 36:18
55:6
**follows (1)** 4:5
**food (1)** 55:7
**foregoing (2)** 61:5
62:7
**form (1)** 3:12
**formal (1)** 41:18
**formalities (1)** 3:8
**format (1)** 62:11
**Fort (1)** 10:25
**forth (1)** 62:7
**forward (1)** 22:9
**found (2)** 31:8
46:20
**four (1)** 9:15
**Fourchon (2)** 19:4
36:3
**friend (11)** 15:24
16:4,7 21:4 26:24
40:14 45:25 46:10
46:11 52:18 53:17
**friends (2)** 20:21
23:15
**furnished (1)** 42:15
**further (1)** 59:23

### G

**G.E.D (2)** 54:22
55:2
**Galliano (1)** 11:10
**gas (4)** 12:21 17:8
35:7,9
**Gene (1)** 4:20
**general (1)** 10:14

**getting (5)** 7:16
14:1 21:17 22:8
28:19
**girl (1)** 16:1
**give (4)** 34:24 41:7
48:14 55:19
**given (1)** 42:5
**giving (1)** 36:10
**go (32)** 6:13 12:21
15:14 23:11,13
26:9,12 27:14,22
33:5,12 35:2,3,10
36:2,10,16,17,22
36:23 39:11 41:24
43:19 44:1 48:9
50:12,13,16 54:16
54:19 56:1,25
**God (1)** 27:15
**going (11)** 6:16
8:10 15:25 20:3
23:18 27:18 32:9
36:16 37:16 51:16
51:18
**good (2)** 26:20
46:11
**grade (1)** 54:21
**Grand (28)** 14:25
15:23 16:8,14
17:2,10 21:7 23:3
23:7,12,15 26:10
28:5,12,13 40:20
44:24 46:4,5,17
51:24 52:2 53:3
53:16,20 55:12,15
57:1
**grass (1)** 14:13
**Grasshopper (6)**
10:23 11:14,23
15:8 30:5 53:10
**grew (1)** 29:24
**groceries (1)** 19:3
**grocery (1)** 50:13
**guess (12)** 11:21
18:22 20:22 33:18
34:4,8 40:7 51:15
51:17 54:15 57:4
58:25
**guidelines (1)** 62:12
**guy's (1)** 58:13

### H

**H (1)** 1:6
**H-A-U-C-H-U-A ...**
11:4
**hair (1)** 30:3
**half (2)** 19:23 35:6
**handles (1)** 49:4

**happen (1)** 37:5
**happened (1)** 37:24
**hard (3)** 9:1 28:23 38:1
**head (3)** 13:4 23:24 58:7
**head's (1)** 18:10
**Headaches (1)** 57:19
**health (5)** 9:23 10:2 10:4,14 38:5
**hear (2)** 15:21 47:23
**heard (3)** 6:13 38:4 51:21
**hearing (1)** 48:1
**help (3)** 19:9 34:3 55:17
**helped (2)** 19:13 24:22
**helper (2)** 13:6,22
**hereinbefore (1)** 62:7
**hereto (1)** 3:3
**high (2)** 54:19 57:10
**Highway (1)** 45:9
**hired (4)** 16:3 18:25 24:7,10
**hold (9)** 7:15 21:17 25:17 28:15,15,15 43:24,24 49:11
**home (18)** 33:2,3,3 33:6,6 34:18 37:24 43:19 44:2 46:22,23 48:4,5,6 48:9 49:15,18,18
**honestly (7)** 7:3 9:3 42:10 43:16 44:8 45:2 49:11
**hop (1)** 36:17
**hospital (2)** 33:2 43:14
**hour (6)** 9:18,19 30:5 35:6,6 54:7
**hourly (2)** 9:16,17
**hours (1)** 9:20
**house (8)** 12:4 14:6 20:25 21:1,23 22:21 53:25 56:12
**housing (4)** 20:7 24:1 39:17 43:6
**Huachuca (2)** 10:25 10:25
**hurt (1)** 47:12

**I**

**idea (3)** 33:21 38:22 38:24
**ideas (1)** 36:11
**incident (2)** 32:15 37:23
**Incorporated (1)** 43:4
**indirect (1)** 62:17
**information (1)** 6:4
**informed (1)** 62:12
**inquire (1)** 37:14
**Institute (1)** 55:1
**instruct (1)** 37:7
**insurance (5)** 9:23 10:2,4 24:20 38:5
**intent (1)** 16:20
**interested (1)** 62:20
**internet (1)** 49:7
**IOUs (2)** 39:1 40:7
**island (2)** 35:11 38:8
**Isle (28)** 14:25 15:23 16:8,14 17:2,10 21:8 23:3 23:7,12,16 26:10 28:6,12,13 40:20 44:24 46:4,5,17 51:24 52:3 53:3 53:17,20 55:12,16 57:1
**issues (2)** 24:12,15
**items (2)** 56:8,10

**J**

**Jack (2)** 18:6,8
**Jake (1)** 46:8
**Jambon (2)** 1:7 2:2
**JANIS (1)** 1:7
**January (1)** 58:6
**job (27)** 6:5,11 9:24 10:8,11 12:2,5,9 12:19 13:17 15:21 16:1,15 17:13 18:10,14 20:2,13 20:15 23:4,22,23 24:6 26:12 51:7 53:15,16
**jobs (6)** 23:6,8,9 25:23 27:24 55:15
**Joe (6)** 17:6,7 26:13 27:9,19,24
**Joint (1)** 57:12
**Jojo (2)** 26:24 27:2
**Joseph (5)** 27:2,21 52:18,21 55:12
**journal (1)** 58:5
**JUDGE (1)** 1:6

**July (1)** 1:14
**jumbled (1)** 27:16
**justice (1)** 58:9

**K**

**Kathleen (1)** 1:23
**keep (2)** 28:7 58:5
**Kentucky (1)** 39:12
**kicked (1)** 56:18
**kid (1)** 54:17
**kind (5)** 11:10 27:12 34:5 49:3 56:13
**kinds (1)** 37:11
**Kings (3)** 9:7 10:19 15:7
**knew (1)** 21:11
**know (64)** 4:12 5:5 6:9,17 7:3,24 8:19 9:3 10:15 13:15 13:17 14:8 17:1 18:7,8 24:3,7 25:3 25:7 27:3 28:6,8 28:11 29:2,22 31:6,12 33:1,4,25 34:15 35:18 36:12 36:19 37:22 38:9 38:14,20,23 41:1 41:3 42:10 43:2,9 44:9 45:2,4,8,19 46:5,6 48:24 49:5 50:15 51:2,16 52:2 56:3 58:12 58:13,20,21,22,24
**knowledge (1)** 62:16
**Kylie (1)** 12:22

**L**

**L (1)** 3:1
**L.L.C (2)** 1:22 2:6
**laborer (3)** 11:22 14:21,22
**Lady (5)** 33:16,22 34:16 35:5,11
**lake (1)** 33:16
**Lambert (4)** 1:12 1:22,23 59:17
**Landry (1)** 44:15
**Landscaping (11)** 10:23 11:14,23 14:14,16 15:14,18 17:14 18:1 22:14 23:2
**Lane (5)** 24:4 26:4 42:18 44:16 46:25
**lapsed (1)** 24:16

**Larry (1)** 41:9
**late (4)** 19:25 31:5 42:3,6
**law (5)** 1:12,17,18 1:22 3:7
**lawsuit (5)** 31:17 32:16 50:25 51:4 59:11
**lease (3)** 32:1,10 58:19
**leave (7)** 13:19,23 14:24 19:24 25:6 30:25 33:5
**Lee (1)** 54:1
**left (3)** 14:2 27:12 53:16
**legal (1)** 32:6
**legs (1)** 29:7
**Leon (1)** 58:14
**letting (1)** 52:15
**license (9)** 5:6,12,16 5:17 19:6 24:12 24:15,16 40:10
**life (2)** 12:22,23
**lifting (1)** 47:7
**literally (1)** 36:15
**litigant (2)** 62:18,19
**little (7)** 26:13,20 26:25 38:10 40:2 53:1 58:25
**live (11)** 20:9,11 26:6,23 41:9 44:20,22,24 45:1 46:4,17
**lived (13)** 16:8 20:10 25:24 26:3 26:24 27:5,7,21 41:10 44:15 51:22 52:2 53:19
**lives (2)** 45:3,3
**living (8)** 12:13 14:3 38:17 46:25 52:13,15 53:7 55:12
**LLC (2)** 1:7,12
**loan (2)** 24:22 40:8
**located (2)** 14:19 53:24
**long (12)** 6:23 9:14 19:21 25:3 26:18 31:24 43:12,13 48:8 52:2,20 58:22
**longer (1)** 53:1
**look (2)** 6:8 60:1
**lose (1)** 12:19
**lost (3)** 12:8 31:16

50:20
**lot (1)** 9:1
**loud (1)** 4:14
**Louisiana (12)** 1:2 1:13,20,25 2:7 3:19 5:7,11 12:1 45:6 62:5,15
**Lovey (1)** 50:6
**Lovie (1)** 2:3
**luck (1)** 37:20

**M**

**ma'am (35)** 7:9,11 9:11,25 10:3,6,9 10:12 12:18 13:16 13:18,20 14:10,17 14:22 16:9,23 17:11 18:17 19:17 19:20 25:1 26:5 30:24 31:7 34:17 34:19,22 38:6 40:12 44:14 45:17 48:23 54:13 56:23
**MAG (1)** 1:7
**maintenance (2)** 42:17,20
**making (4)** 30:6,7 59:12 62:13
**manager (5)** 9:9 18:18 30:19,20 37:3
**managers (2)** 18:19 18:21
**Maples (3)** 1:6 39:12 43:3
**Marilyn (2)** 44:18 45:18
**married (1)** 4:24
**matter (3)** 62:18,19 62:20
**Matthews (1)** 33:20
**mean (5)** 12:8 41:16 51:7,9,12
**Mechanical (3)** 13:8 14:12 15:11
**Medicaid (1)** 48:25
**medical (1)** 57:2
**MEERVELD (1)** 1:7
**meet (2)** 21:2,7
**Meghsha (1)** 1:19
**memory (2)** 57:14 57:16
**mention (1)** 47:2
**mentioned (3)** 29:18 44:12 47:6
**messed (2)** 51:16,19

| | | | | |
|---|---|---|---|---|
| **met (5)** 21:3,9,10 21:13 40:14<br>**Metairie (1)** 2:7<br>**method (1)** 62:8<br>**Michael (7)** 1:4,11 4:1,20 61:4,15 62:6<br>**Mike's (1)** 6:22<br>**mine (2)** 9:2 53:17<br>**minutes (6)** 20:1,3 35:7,11 38:12,13<br>**Monday (2)** 35:15 35:22<br>**money (7)** 12:21 35:2,3 51:6,12 56:14,24<br>**month (7)** 17:6 18:25 19:7 26:14 27:20 41:6 52:25<br>**months (8)** 9:15 12:11,12 13:13 25:5 45:13 52:10 52:10<br>**Mood (1)** 57:23<br>**MORGAN (1)** 1:6<br>**morning (1)** 41:23<br>**mother (1)** 44:18<br>**move (11)** 20:15,17 20:24 21:23 22:19 42:7 43:6,10 52:11 59:3,5<br>**moved (18)** 12:6,8,9 16:11,12,14,16 20:16,18,25 22:20 23:3 28:12,13 42:13 52:12 53:20 54:16<br>**moving (3)** 15:23 50:1,2<br>**multi-plex (1)** 38:11<br>**multiple (1)** 27:7<br>**muscle (1)** 57:12<br><br>**N**<br>**N (2)** 2:9 3:1<br>**Nacari (5)** 24:4 26:3 42:18 46:25 47:2<br>**name (11)** 4:18,20 8:14,15,16 27:1,3 54:4 55:18 58:12 58:13<br>**names (1)** 33:25<br>**need (4)** 34:12 35:3 55:19 58:23<br>**needed (3)** 34:8,9 42:23 | **never (5)** 17:20 41:10 49:20 50:6 50:12<br>**New (3)** 1:13,20,25<br>**nice (1)** 51:12<br>**ninth (1)** 54:21<br>**nobody's (2)** 51:16 51:18<br>**North (3)** 1:11 4:1 4:21<br>**note (14)** 33:5,11 34:1,5,7,8,9,12 37:17,20 43:14,20 48:10 49:20<br>**notice (2)** 41:12,18<br>**November (1)** 5:4<br>**number (14)** 5:6 6:20 7:6,10,12,14 7:21 8:1,6,9,12,23 8:25 45:14<br>**numbers (4)** 6:14 7:22 40:3,24<br><br>**O**<br>**O (1)** 3:1<br>**O-U (1)** 11:3<br>**oath (1)** 3:20<br>**objection (3)** 32:6 32:19 51:2<br>**objections (1)** 3:11<br>**obtain (1)** 19:9<br>**obtained (1)** 19:7<br>**occasions (1)** 39:1<br>**Ochsner (2)** 33:19 34:4<br>**offer (1)** 10:16<br>**offered (1)** 16:1<br>**officer (1)** 62:5<br>**offices (3)** 1:12,17 34:21<br>**officiated (1)** 3:19<br>**oh (5)** 15:1 30:3 42:13 58:11,23<br>**okay (47)** 5:11,21 6:2,18,22 7:12,17 8:9,19 10:7,19 11:14 12:10 13:3 13:7 15:21 16:6 17:13,22 18:11 21:1,20 22:13,22 23:11 24:5 26:8 27:9 28:8 29:14 30:1,4 33:4,15 35:20 36:14,19,23 40:1 42:22 44:12 46:19 50:19 51:9 54:12 56:5 59:22 | **old (5)** 6:20 8:23,25 57:6,6<br>**on-duty (1)** 37:3<br>**once (1)** 47:20<br>**ones (1)** 40:23<br>**Operate (1)** 5:19<br>**opportunity (2)** 10:1,10<br>**options (1)** 62:16<br>**original (2)** 62:2,3<br>**originally (1)** 54:12<br>**Orleans (4)** 1:13,20 1:25 3:19<br>**outcome (1)** 62:20<br>**owns (1)** 53:17<br><br>**P**<br>**P (1)** 3:1<br>**p.m (1)** 1:13<br>**P.O (1)** 40:19<br>**packed (1)** 20:4<br>**page (2)** 2:10 62:3<br>**pages (1)** 62:7<br>**paid (9)** 9:18 19:15 19:16 24:25 39:14 42:25 43:2,3 54:10<br>**pain (2)** 57:12,21<br>**painting (1)** 42:23<br>**paper (1)** 41:16<br>**paperwork (1)** 12:4<br>**parents (1)** 54:16<br>**Parish (1)** 3:18<br>**parole (2)** 16:17,19<br>**part (5)** 3:14 31:16 32:15 51:24,25<br>**parties (2)** 3:3 62:20<br>**party (2)** 62:18,19<br>**Patz (13)** 1:3,4,11 2:2 4:1,7,20,23 29:18 59:25 61:4 61:15 62:6<br>**pay (6)** 10:17 19:14 38:23 39:5,16 41:4<br>**paycheck (1)** 39:23<br>**paying (1)** 40:9<br>**payroll (1)** 18:9<br>**peace (1)** 58:9<br>**people (1)** 27:1<br>**period (6)** 13:25 26:17,18,20 27:10 31:12<br>**person (2)** 27:5 62:13<br>**personal (3)** 50:10 | **56:8 62:9<br>phone (8)** 6:14 7:22 8:6,7,8,9,12 45:14<br>**phones (1)** 9:1<br>**phonet (1)** 41:22<br>**picked (1)** 56:19<br>**place (5)** 20:10 36:10 52:16 58:17 59:2<br>**places (2)** 33:24,24<br>**Plaintiffs (1)** 1:21<br>**plumbing (6)** 11:25 13:6,22 15:10,17 15:19<br>**point (1)** 49:21<br>**Ponchatoula (2)** 12:17,21<br>**portion (1)** 10:17<br>**positive (1)** 24:11<br>**possession (2)** 16:20 55:3<br>**Poydras (2)** 1:12,24<br>**pregnancy (1)** 50:23<br>**pregnant (4)** 31:9 32:23 46:21 47:3<br>**prepared (2)** 62:8 62:11<br>**present (3)** 2:1 49:2 58:8<br>**pressure (2)** 42:23 57:10<br>**prior (10)** 10:19 11:23 13:3,7 14:11 15:1 18:1 36:3 43:5 50:4<br>**probably (3)** 12:12 14:18 45:12<br>**probationary (1)** 13:25<br>**problems (1)** 28:3<br>**Procedure (2)** 3:6 62:15<br>**produce (4)** 18:15 18:21,24,25<br>**prohibited (1)** 62:17<br>**prohibition (1)** 62:14<br>**promised (1)** 13:24<br>**properties (3)** 1:7 42:19,21<br>**provided (1)** 23:25<br>**purchase (1)** 39:7<br>**purposes (1)** 3:7<br>**put (1)** 45:19 | **Q**<br>**question (8)** 3:12 7:7 22:12 27:16 36:14 47:16,21 50:24<br>**questions (1)** 59:23<br>**quit (1)** 12:24<br><br>**R**<br>**R (2)** 1:23 62:1<br>**R.S (1)** 62:6<br>**Raceland (6)** 33:20 33:22 34:4 35:2,4 35:5<br>**raise (1)** 13:24<br>**Re-start (1)** 22:12<br>**read (4)** 6:16 60:1 61:4,5<br>**reading (1)** 3:9<br>**really (6)** 10:15 17:1 18:20 23:10 27:13 47:25<br>**reason (1)** 47:4<br>**reasons (1)** 50:10<br>**recall (10)** 37:15 44:8,11 47:25 48:11,18 49:11 52:4 55:13,13<br>**recess (2)** 29:15 59:19<br>**reclarify (1)** 43:25<br>**record (1)** 59:22<br>**reel (2)** 56:11,11<br>**regardless (1)** 58:18<br>**regular (1)** 5:16<br>**related (1)** 62:19<br>**relates (1)** 55:3<br>**relationship (2)** 62:17,18<br>**relationships (1)** 62:15<br>**remember (7)** 9:3 23:8 29:21 36:1 40:24 47:25 56:5<br>**rent (1)** 40:7<br>**repeat (1)** 27:16<br>**rephrase (1)** 27:18<br>**report (1)** 42:1<br>**reported (2)** 2:4 62:8<br>**Reporter (5)** 2:5 3:18 4:4 62:4,23<br>**reporting (2)** 62:8 62:18<br>**represent (1)** 4:8<br>**required (2)** 62:3 |

62:12
reserved (1) 3:13
residency (2) 58:18
  58:22
resolved (1) 24:13
responses (1) 56:7
responsiveness (1)
  3:12
rest (1) 35:23
return (2) 33:10
  34:9
rid (4) 6:23,25 7:5
  56:21
right (28) 5:8 7:15
  10:4 12:6,6,8
  14:11 15:6 16:2
  17:2,8 19:18
  20:13 22:8,10
  24:10 25:2 28:5
  30:18 32:24 33:19
  45:3,3 47:18
  51:20 58:11 59:8
  59:10
rigs (1) 19:3
Road (3) 12:16 14:5
  54:1
roof (1) 23:24
routine (1) 36:21
Rucker (6) 13:8
  14:12 15:11,14
  30:13,14
rules (4) 3:6 4:12
  62:12,15
running (2) 14:23
  14:23
Russell (1) 54:5

_____

**S**

S (1) 3:1
salaried (1) 9:16
Santani (1) 30:22
sat (2) 4:9 33:23
save (1) 3:11
saw (2) 16:6 17:13
says (1) 30:2
school (1) 54:20
Sea (5) 33:16,22
  34:16 35:5,12
seal (1) 62:3
sealing (1) 3:9
Sean (2) 1:23 4:7
second (9) 23:12
  25:3,16,17 26:1,8
  26:12 27:19 28:9
SECTION (1) 1:5
see (4) 17:11 23:22
  23:24 37:19

sell (1) 56:8
Sentilles (1) 46:8
September (2)
  11:16 12:7
served (1) 41:11
service (1) 8:17
services (1) 62:14
set (1) 62:7
seven (2) 12:12
  57:6
shakes (2) 13:4
  58:7
share (1) 8:7
sheet (1) 6:7
SHELLEY (4) 2:5
  3:17 62:4,22
Shelly (5) 1:7 2:2
  19:13,25 23:23
SHH (1) 1:7
shop (1) 9:9
shopping (1) 50:13
show (2) 13:1 40:5
showed (2) 39:23
  49:20
showing (1) 50:6
shown (1) 40:2
sic (1) 11:4
sick (2) 43:22 44:9
Sierra (4) 1:11 4:2
  4:21 9:13
sign (1) 60:1
signature (1) 62:3
signing (1) 3:9
simple (1) 16:21
Sisters (2) 12:16
  14:5
sit (1) 29:11
situation (1) 38:3
six (1) 48:6
six-month (1) 13:25
Slidell (1) 13:11
social (1) 5:21
someplace (1) 20:15
soon (2) 33:25 48:8
sorry (13) 7:17 13:3
  15:1 26:19 32:9
  36:6 40:25 43:25
  47:2,11 50:16
  51:14 52:23
sought (1) 3:15
Southern (8) 14:14
  14:15 15:13,18
  17:14 18:1 22:13
  23:1
Specialists (1)
  11:25
specifically (1) 3:10

spell (2) 11:2 27:3
spoken (2) 45:11,12
St (1) 1:19
stamps (1) 55:7
stand (1) 29:2
start (4) 11:15 12:2
  30:6 57:17
started (8) 11:16
  13:15 18:15 21:14
  25:25 26:2 30:10
  30:14
state (3) 3:19 4:18
  62:4
STATES (1) 1:1
Stating (1) 31:21
station (1) 17:8
statute (1) 62:12
stay (3) 22:2 52:15
  52:20
stayed (6) 21:25
  23:5 24:5 46:6
  52:17,21
staying (4) 12:15
  22:3 52:14 53:22
stenotype (1) 62:8
Step (1) 21:17
Stephenson (2)
  1:12,22
stereo (2) 56:12,12
stints (1) 17:5
stipulated (1) 3:2
stop (1) 12:5
stopped (1) 13:17
store (7) 17:12
  18:16 36:2,16,23
  39:3,7
Street (5) 1:11,13
  1:24 4:1,21
stretch (1) 29:7
stuff (10) 20:5 37:9
  37:11,21 40:10
  42:24 49:4 56:16
  59:3,5
suffer (1) 57:2
suffered (1) 57:10
Suite (4) 1:13,20,24
  2:6
SUPERMARKE...
  1:6
supervision (1) 62:9
supposed (2) 30:16
  41:25
sure (7) 32:22
  35:24 38:19 43:17
  45:21 48:14 59:18
Sureway (37) 1:6
  4:8 7:1 15:15,16

15:22 17:5 18:2
  18:12 19:9,14,18
  21:12,14,16 22:5
  22:16 23:20 24:21
  26:11 27:14,22
  28:9 30:19 31:14
  31:20 32:1 33:5
  38:25 41:15 45:16
  46:2,15 50:10
  55:7,22 59:5
SUSIE (1) 1:6
suspended (1)
  24:17
sworn (2) 4:3 62:6
system (2) 56:12,12

_____

**T**

T (4) 3:1,1 62:1,1
Tab (1) 45:2
tag (1) 40:2
take (14) 24:22,23
  28:17,25 29:1
  32:25 38:2 56:20
  59:16,25
taken (7) 1:12 3:5
  29:15 39:20,21
  59:19 62:5
talked (6) 17:15
  22:1 36:5,6,8
  45:22
talking (10) 15:1
  21:14 22:7 25:14
  31:1 38:10 41:14
  44:7 52:23 59:8
Tapia (4) 16:5
  18:12,13 44:13
task (1) 37:6
tech (1) 11:21
technically (1)
  28:22
tell (10) 12:3 33:8
  33:15 34:6,7,11
  34:23 36:20 37:25
  42:22
Telly (4) 30:20,21
  30:22 37:3
ten (5) 13:13 14:18
  30:6,8,14
terminated (18)
  12:24,25 20:14
  22:4,18,20 25:8
  26:8 27:17,18
  43:6,10,12,15
  49:14,19 50:4
  55:23
termination (3)
  52:24 53:3 55:6

terms (2) 58:19
  59:12
test (14) 32:24,25
  33:2,2,3,3 46:22
  46:22,23 47:5
  48:4,5,6,9
testified (1) 48:19
testify (4) 4:5 38:4
  51:21 62:6
testimony (4) 61:5
  61:7 62:5,8
Thank (4) 4:16,18
  59:23 60:2
thereof (1) 3:14
thing (2) 34:9 60:1
things (1) 47:7
think (19) 11:4,5
  12:10 18:20 24:9
  38:9,9 41:2,4
  42:11 43:16,17
  44:5 45:6,19
  48:12,13 51:3
  52:25
third (11) 25:14
  26:1 27:6,15 31:2
  31:13 41:21 52:23
  53:2 55:6 59:7
Thirteen (1) 30:12
thought (2) 34:11
  47:3
three (8) 7:4 9:7
  10:19 12:11 17:2
  48:2,3,13
threw (1) 56:19
time (61) 3:13 7:2
  12:14 13:12 16:18
  18:11,12 19:16,22
  20:7 21:12,16
  22:4,18,20 23:12
  24:1,13 25:3,11
  25:14,16,17 26:1
  26:2,8,12,17,18
  26:20 27:6,11,15
  27:19 28:2,9
  29:16 30:18,25
  31:1,2,2,12,14
  37:13 41:21,25
  42:8,8,9,13,23,23
  44:10 49:8,24
  51:24 52:4 58:20
  59:7,20 60:4
times (6) 7:4 17:2
  27:7 36:4 43:5,8
told (9) 20:1 33:7,9
  41:23 43:19 44:1
  48:9 49:17 50:6
touch (3) 28:7

46:12 49:21
**town (1)** 9:12
**trailer (1)** 12:15
**trained (1)** 14:22
**transcribed (1)**
62:9
**transcript (5)** 47:15
62:2,10,11,11
**transcription (1)**
61:7
**travel (1)** 12:20
**treated (1)** 51:19
**Trey (3)** 29:21,22
45:22
**tripped (1)** 7:16
**trouble (1)** 47:6
**truck (1)** 36:17
**true (2)** 61:6 62:9
**trying (8)** 12:20
15:4 16:17 33:23
34:1 36:9 37:20
51:3
**Tuesday (1)** 1:13
**turned (1)** 33:17
**twelve (1)** 30:16
**two (16)** 15:15,17
16:21 27:25 37:23
40:23 44:20 45:13
48:1,1,3,12 52:7
52:10 53:19 59:12
**two-and-a-half (1)**
52:9

_____

**U**

**U (1)** 3:1
**Uh-huh (4)** 15:9
17:16 22:15 32:12
**under-the-table (1)**
18:10
**understand (3)**
4:17 9:2 17:3
**understanding (1)**
62:10
**unemployment (2)**
26:21 31:13
**UNITED (1)** 1:1
**use (3)** 48:15 50:9
50:10
**Usner (2)** 18:6,8

_____

**V**

**valid (1)** 62:2
**value (2)** 56:13,17
**VAN (1)** 1:7
**vehicle (2)** 5:19,20
**vehicles (1)** 50:10
**verbally (1)** 41:17

**Verdin (1)** 2:3
**Verizon (1)** 8:18
**VERSUS (1)** 1:5
**Villarise (1)** 41:22
**Vista (1)** 1:11 4:2
4:22 9:13
**Vivian (2)** 1:3 2:2
4:23 21:2 25:10
28:2,8 31:9 32:14
36:7 40:14 43:13
43:19,19 44:1,22
46:20 48:19 49:13
51:21 52:13 58:8
**Vivian's (2)** 8:23
37:14
**voluntarily (1)**
13:19

_____

**W**

**wages (2)** 31:16
50:20
**wait (3)** 35:1 47:14
47:15
**waived (1)** 3:10
**Wake (1)** 36:22
**waking (1)** 20:4
**walk-in (1)** 38:20
**walked (1)** 34:1
**Walker (2)** 12:1,21
**Walter (2)** 1:6 43:3
**want (9)** 28:21,21
48:14 50:25 51:3
51:6,6,15 59:16
**wanted (2)** 34:6,7
**warnings (1)** 42:5
**washing (1)** 42:24
**wasn't (1)** 21:25
**way (2)** 20:3 51:20
**we'll (2)** 29:1,2
**we're (4)** 22:9 25:14
29:2 59:7
**Wednesday (1)**
38:12
**week (6)** 9:20 12:22
35:23,23,24 36:1
**weekly (1)** 39:20
**weeks (7)** 48:1,2,3,7
48:13 52:7 53:19
**weight (1)** 47:9
**weird (1)** 50:24
**went (23)** 7:6,20 8:3
14:25 18:12 21:11
21:13 22:16 23:7
27:9,19 33:16,17
33:21,24 34:3,5
34:16,20 43:14
53:21,22 54:21

**Whichever (1)**
35:18
**Whitacker (2)**
53:11,13
**Whitaker (1)** 54:5
**wife (2)** 44:18,19
**wife's (2)** 4:9 8:14
**William (2)** 1:17,18
**Willie (2)** 14:18
23:1
**wise (1)** 41:16
**witness (9)** 3:5,20
13:4 28:18 29:4
47:17 51:11 58:7
61:2
**wondering (2)** 6:10
21:22
**work (41)** 9:21
10:22 11:24 15:13
15:14,16 17:4,22
18:2,23 19:21
21:11,13 22:16,22
22:25 26:9,13,16
27:9,19 31:24
33:10 34:10 35:17
35:22,24 36:16,22
39:19 42:1 44:4,5
45:16 46:2,14
53:2,3,5,21,22
**worked (22)** 7:3
10:23 11:25 12:10
13:8,13 14:4,15
14:17 17:2,6,20
17:24 18:11 22:13
23:1 25:2,19
27:20 30:19 36:20
43:18
**working (14)** 7:1
11:15 15:5 18:16
22:9 23:18 25:10
25:25 26:2,11
27:10 35:13 53:7
58:19
**works (1)** 53:25
**wouldn't (1)** 56:22
**write (1)** 55:18
**written (4)** 6:8
31:20,22 32:10
**wrong (2)** 6:9 17:19

_____

**X**

**X (2)** 2:9 58:20

_____

**Y**

**year (4)** 8:13 12:11
19:23 23:5
**years (4)** 7:25 14:18

57:6,6
**you-all (9)** 16:12
38:16 41:9 43:14
46:12,25 48:15
51:22 53:20

_____

**Z**

_____

**0**

**009114943 (1)** 5:6

_____

**1**

**1 (1)** 1:5
**10 (1)** 54:7
**101 (4)** 1:11,20 4:1
4:21
**102 (1)** 20:10
**107 (2)** 1:11 4:2
**1077 (1)** 14:8
**10th (1)** 1:14
**114 (1)** 1:20
**11th (1)** 35:21
**12:45 (1)** 1:13
**1434 (1)** 62:15
**14th (1)** 5:4
**167 (1)** 44:15
**17 (1)** 11:19
**176 (1)** 24:4
**1990 (1)** 1:13,24

_____

**2**

**2 (1)** 13:24
**2:17-CV-03465 (1)**
1:4
**20 (1)** 35:6
**2000 (1)** 11:18
**201 (1)** 1:19
**2013 (1)** 16:25
**2016 (3)** 5:4 57:17
58:6
**2018 (1)** 1:14
**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 (2)**
5:24,25
**229-8412 (1)** 7:8
**278-8668 (1)** 8:20
**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 (1)**
5:21
**295 (1)** 8:10
**295-1409 (1)** 8:11

_____

**3**

**3/21/88 (1)** 6:3
**3/22/88 (1)** 6:2
**300 (1)** 56:15
**345 (1)** 40:25
**354 (1)** 40:25
**357 (1)** 41:5

**36 (1)** 9:22
**37:2554 (1)** 62:6

_____

**4**

**4 (2)** 2:6,11
**40 (2)** 38:12 45:9
**400 (5)** 1:12,24 7:19
8:1 56:11
**400-4139 (1)** 7:19
**401(k) (1)** 10:14
**42 (1)** 9:22
**45 (2)** 35:11 38:12

_____

**5**

**504 (4)** 2:7 7:6,8,20

_____

**6**

**60 (1)** 62:7
**63 (1)** 7:20
**635 (1)** 7:14
**635-8559 (1)** 8:24
**635-8561 (2)** 6:19
7:17

_____

**7**

**70005 (1)** 2:7
**70130 (2)** 1:13,25
**70170 (1)** 1:20
**749 (1)** 2:6
**7th (3)** 1:11 4:1,21

_____

**8**

**8:00 (1)** 42:2
**8:30 (1)** 41:23
**833-3330 (1)** 2:7
**85635 (3)** 1:12 4:2
4:22
**87112 (1)** 62:23

_____

**9**

**985 (3)** 6:19 8:10,20
**9th (1)** 11:16