UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ,   )  <br>                                                    )  <br>         Plaintiffs,             )  <br>     v.                                            )  <br>                                                    )  <br> SUREWAY SUPERMARKET, WALTER H.  )  <br> MAPLES, INC., SHELLY JAMBON, SHH   )  <br> PROPERTIES, L.L.C., DOES 1 – 10, ABC   )  <br> INSURANCE COMPANIES 1 – 10,        )  <br>                                                    )  <br>         Defendants.            )  | Civil Action No.: 2:17-cv-03465 <br><br> Judge Susie Morgan <br><br> Magistrate Janis Van Meerveld |

### NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, please take notice that Plaintiffs' *Motion in Limine Regarding Plaintiff Michael Patz's Criminal Record* is hereby set for submission before District Judge Susie Morgan on January 9, 2019.

VIVIAN BLACKLEDGE and MICHAEL PATZ, by and through their counsel,

/s/ *William Most*
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

And

Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503