UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) <br> ) <br>         Plaintiffs, ) <br> v.                           ) <br> ) <br> WALTER H. MAPLES, INC., *et al.* ) <br> ) <br>         Defendants. ) <br> ) | Civil Action No.: 2:17-cv-03465 <br><br> Judge Susie Morgan <br> Magistrate Janis van Meerveld |

## **ORDER**

    Having duly considered the *Motion in Limine Regarding Plaintiff's Criminal Record* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED.

    The Court orders that during trial, Defendants shall not put on any evidence, references to evidence, or argument relating to Plaintiff Michael Patz's criminal record.

    New Orleans, Louisiana, this _____ day of _____, 20__.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    EASTERN DISTRICT OF LOUISIANA