UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, <br><br> Plaintiffs, <br> v. <br><br> SUREWAY SUPERMARKET, WALTER H. MAPLES, INC., SHELLY JAMBON, SHH PROPERTIES, L.L.C., DOES 1 – 10, ABC INSURANCE COMPANIES 1 – 10, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No.: 2:17-cv-03465 <br> ) <br> ) <br> ) Judge Susie Morgan <br> ) <br> ) Magistrate Janis van Meerveld <br> ) <br> ) <br> ) |

## MOTION IN LIMINE REGARDING PLAINTIFF'S ALLEGED DRUG USE

COME NOW, the Plaintiffs, Vivian Blackledge and Michael Patz, by and through undersigned counsel and requests this Court to rule that any and all evidence, references to evidence, or argument relating to any alleged drug use by Vivian prior to or following their employment by Defendants be excluded from use at trial, for the reasons set forth in the attached memorandum.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion *in limine* and exclude any and all evidence, argument, or references relating to any alleged drug use by Vivian.

                         VIVIAN BLACKLEDGE and MICHAEL PATZ, by and through their counsel,

                         /s/ *William Most*
                         WILLIAM MOST
                         La. Bar No. 36914
                         201 St. Charles Ave., Ste. 114, # 101
                         New Orleans, LA 70170
                         T: (504) 509-5023
                         Email: williammost@gmail.com

                         And

Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503