# In the Matter of:

*Vivian Patz and Michael Patz*

*vs.*

*Sureway Supermarket, Walter H. Maples, Inc., et al*

_____

## Vivian Patz

July 10, 2018

_____



**504-833-3330**
www.currenland.com

PATZ 079

Vivian Patz
7/10/2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
VIVIAN PATZ and        ) CIVIL ACTION
MICHAEL PATZ           ) NO. 2:17-CV-03465
                       )
VERSUS                 ) SECTION "E" (1)
                       )
SUREWAY SUPERMARKET,    ) JUDGE SUSIE MORGAN
WALTER H. MAPLES, INC.,)
SHELLY JAMBON and SHH  ) MAG. JANIS VAN MEERVELD
PROPERTIES, LLC        )
```

Deposition of VIVIAN PATZ, 101
North 7th Street, Apartment 107, Sierra Vista,
Arizona, 85635, taken at the law offices of
Stephenson, Chavarri & Lambert, LLC, 400 Poydras
Street, Suite 1990, New Orleans, Louisiana,
70130, commencing at 10:00 a.m. on Tuesday, the
10th day of July, 2018.


APPEARANCES:

        LAW OFFICES OF WILLIAM MOST
        Attorneys at Law
        By:  William Most, Esquire
             Meghsha Barner, Esquire
             201 St. Charles Avenue
             Suite 114, No. 101
             New Orleans, Louisiana  70170
              (Attorneys for the Plaintiffs)
        STEPHENSON, CHAVARRI & LAMBERT, L.L.C.
        Attorneys at Law
        By:  Kathleen Lambert, Esquire
             Sean R. Dawson, Esquire
             400 Poydras Street
             Suite 1990
             New Orleans, Louisiana  70130

Vivian Patz
7/10/2018

1   ALSO PRESENT:

2        Michael Patz
         Shelly Jambon
3        Denise Esponge

4   REPORTED BY:

5        SHELLEY CALLAWAY EXSTERSTEIN, C.C.R.
         Certified Court Reporter
6        Curren-Landrieu, L.L.C.
         749 Aurora Avenue, Suite 4
7        Metairie, Louisiana  70005
         (504) 833-3330

8

9                    I N D E X

10                                        PAGE

11

    EXAMINATION BY MS. LAMBERT:              4

12

13               E X H I B I T S

14  "Exhibit No. 1":                         5
         (Document entitled, "Notice of
15        Deposition.")

16

17

18

19

20

21

22

23

24

25

PATZ 081

Vivian Patz
7/10/2018

```
 1              S T I P U L A T I O N
 2              It is stipulated and agreed by and
 3      among counsel for the parties hereto
 4      that the deposition of the aforementioned
 5      witness is hereby being taken under the
 6      Federal Rules of Civil Procedure for all
 7      purposes, in accordance with law;
 8              That the formalities of filing,
 9      reading, signing, sealing, and certification are
10      specifically not waived;
11              That all objections, save those as to
12      the form of the question and responsiveness of
13      the answers, are hereby reserved until such time
14      as this deposition, or any part thereof, may be
15      used or sought to be used in evidence.
16                        * * * * *
17              SHELLEY CALLAWAY EXSTERSTEIN,
18      Certified Court Reporter, in and for the Parish
19      of Orleans, State of Louisiana, officiated in
20      administering the oath to the witness.
21
22
23
24
25
```

Vivian Patz
7/10/2018

```
 1              VIVIAN PATZ, 101 North 7th Street,
 2    Apartment 107, Sierra Vista, Arizona, 85635,
 3    after having been first duly sworn by the
 4    above-mentioned Certified Court Reporter, did
 5    testify as follows:
 6        MS. LAMBERT:
 7                Okay.  Usual stipulations?
 8        MR. MOST:
 9                Well, let's talk about that
10        afterwards.
11        MS. LAMBERT:
12                Well, let's not.  Let's do it now.
13        MR. MOST:
14                What do you want to stipulate to?
15        MS. LAMBERT:
16                The usual stipulations that you
17        reserve all your objections except for form,
18        and that the deposition is properly noticed,
19        and the court reporter is duly qualified.
20        MR. MOST:
21                Yes, I'll stipulate to all that.
22        MS. LAMBERT:
23                Okay.
24        MS. DAWSON:
25                Yes.  The read and sign can hold
```

Vivian Patz
7/10/2018

```
 1      up.
 2      MR. MOST:
 3              Yes, right.
 4      MS. LAMBERT:
 5              Yes.  That's not what I'm talking
 6      about.
 7      MR. MOST:
 8              Yes.
 9      MS. LAMBERT:
10              Okay.  And you do have the notice
11      of deposition?
12      COURT REPORTER:
13              Yes, I do, but I wrote all over
14      it.  Do you need it?
15      MS. LAMBERT:
16              No, I don't, but what I will do is
17      I will give you a clean one and put that as
18      Exhibit 1.  Okay?
19      COURT REPORTER:
20              Thank you.
21   EXAMINATION BY MS. LAMBERT:
22      Q.  Okay.  All righty.  Okay.  Mrs. Patz?
23      A.  Yes, ma'am.
24      Q.  Kathy Lambert.  I'm here to take your
25   deposition.  Can you give us your name -- your
```

Vivian Patz
7/10/2018

1    full name and address?

2         A.   Sure.   My full name is Vivian Patricia

3    Patz, and my address is 101 North 7th Street,

4    Apartment 107, Sierra Vista, Arizona, 85635.

5         Q.   Okay.   And were you previously known as

6    Vivian Patricia Blackledge?

7         A.   Yes, ma'am.

8         Q.   Okay.   So Blackledge is your maiden

9    name?

10        A.   Yes, ma'am.

11        Q.   Okay.   Have you ever given a deposition

12   before?

13        A.   No, ma'am.

14        Q.   Okay.   Well, let me explain the process

15   to you then.   Okay.   I'm going to ask you some

16   questions.   I need you to verbalize your

17   answers.   You're shaking your head in agreement,

18   but --

19        A.   Yes, ma'am.   Sorry.

20        Q.   No, that's all right.   The court

21   reporter cannot write down head motions.

22        A.   Uh-huh.

23        Q.   Okay.   So she also can't -- may not

24   properly be able to get your uh-huhs or

25   unh-unhs.

Vivian Patz
7/10/2018

1        A.  Okay.

2        Q.  Okay.  We have to use our -- as I told

3   my children when they were younger, we have to

4   use our words because the court reporter is

5   going to record everything, and there's going to

6   be a transcript of everything we say.  So we

7   don't want there to be any misunderstandings.

8   All right?

9        A.  Okay.  Yes, ma'am.

10       Q.  Okay.  If you do not understand a

11  question, please ask me to repeat it or to

12  rephrase it.

13       A.  Okay.

14       Q.  And I will do so.  I am not here to

15  trick you.  I am just trying to get some

16  information.  All right?

17       A.  Yes, ma'am.

18       Q.  All right.  Okay.  Have you -- I

19  believe in your discovery, you indicated that

20  you had been a member of a class action.  Is

21  that the only lawsuit that you have ever been

22  involved in?

23       A.  I don't know how to answer that

24  question really.

25       Q.  Well, have you ever been sued, or have

Vivian Patz
7/10/2018

```
 1    you ever sued someone other than this case?
 2         A.  No, neither.  No.
 3         Q.  Okay.  So what was the class action
 4    that was mentioned in your discovery?
 5         A.  Someone else did a lawsuit, and because
 6    I fell underneath it for whatever happened with
 7    that lawsuit, it happened to me as well.
 8         Q.  Okay.  And what was the nature of that
 9    suit?
10         A.  I applied for a job, and they did not
11    send me reason why I'm rejecting it.
12         Q.  Okay.  And who was that against?
13         A.  Honestly I don't remember.
14         Q.  You don't remember.  Okay.  Do you
15    recall the attorneys who handled it?
16         A.  No.
17         Q.  Okay.  Do you remember when it was?
18         A.  No, not exactly.
19         Q.  Okay.  Was it before 2015?
20         A.  Yes.
21         Q.  Okay.  Was it after 2010?
22         A.  After, yes.
23         Q.  Okay.  So we nailed that down.  Okay.
24    All right.  Do you know where the suit was
25    filed?  Was that --
```

Vivian Patz
7/10/2018

```
 1       A.  No, ma'am.
 2       Q.  You don't know where it was.  Do you
 3  know where it is that you applied for this job
 4  that you were not properly informed of the
 5  notification reason why you were rejected?  I
 6  mean, that's what I understood you to say.
 7       A.  I'm sorry.  I didn't get the question.
 8       Q.  Well, the nature of the lawsuit, you
 9  indicated that it was because somebody or some
10  company that you applied to for employment had
11  not properly rejected you or --
12       A.  They weren't doing that for a lot of
13  other people and did a lawsuit, and I followed
14  underneath it because they were doing the same
15  thing to me.
16       Q.  Okay.  Who -- you don't remember who
17  the employer was?
18       A.  No, because I didn't work for them.
19       Q.  But you applied to them; right?
20       A.  Correct.
21       Q.  But you don't remember who that was?
22       A.  Correct.
23       Q.  Okay.  All right.  Do you recall where
24  the lawsuit was filed?  Was it in Louisiana?
25       A.  I do not recall.
```

PATZ 088

Vivian Patz
7/10/2018

```
 1        Q.  Okay.
 2        MS. LAMBERT:
 3               William, I'm going to ask you to
 4        see if you can produce some information,
 5        additional information about that.
 6        MR. MOST:
 7               Sure.
 8   EXAMINATION BY MS. LAMBERT:
 9        Q.  Okay.  Are you currently taking any
10   medications?
11        A.  No.
12        Q.  No.  Okay.  So then that would not
13   affect your ability to answer my questions.  All
14   right.  And your date of birth?
15        A.  9/17/90.
16        Q.  And where were you born?
17        A.  Amarillo, Texas.
18        Q.  Okay.  What's the name of your parents?
19        A.  My dad, Vernon Blackledge.  My mom,
20   Sherry Romero.
21        Q.  Okay.  And where does your dad live?
22        A.  Covington.
23        Q.  Okay.  And your mom?
24        A.  Same.
25        Q.  Okay.  All right.  And your Social
```

PATZ 089

Vivian Patz
7/10/2018

```
 1    Security Number?
 2         A.  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.
 3         Q.  Okay.  Your current marital status?
 4         A.  Married.
 5         Q.  How many times have you been married?
 6         A.  Once.
 7         Q.  Okay.  How many children do you have?
 8         A.  Two.
 9         Q.  Okay.  What is the name of your eldest
10    child?
11         A.  Landon.
12         Q.  Okay.  What is Landon's date of birth?
13         A.  His 3/19/10.
14         Q.  Okay.  And what is Landon's last name?
15         A.  It's Singlely.
16         Q.  Singlely.  Okay.  And your other child?
17         A.  Kylie.
18         Q.  K-Y-L-I-E?
19         A.  Yes, ma'am.
20         Q.  Okay.  Last name?
21         A.  Patz.
22         Q.  All right.  And her date of birth?
23         A.  11/14/16.
24         Q.  Okay.  Do you currently have a cell
25    phone?
```

PATZ 090

Vivian Patz
7/10/2018

```
 1        A.   Yes, ma'am.

 2        Q.   Okay.  What is that number?

 3        A.   (985) 295-1409.

 4        Q.   Okay.  How long have you had that

 5   particular number?

 6        A.   I do not remember how long.

 7        Q.   Well, has it been since you moved to

 8   Arizona, or did you have it when you worked in

 9   Grand Isle?

10        A.   It's about a year.

11        Q.   All right.  And do you know what

12   provider that is?

13        A.   Verizon.

14        Q.   Okay.  All right.  Did you have --

15   well, if you only had this number for a year,

16   what was your previous number?

17        MR. MOST:

18                 Objection, mischaracterizes the

19        witness' prior testimony.

20   EXAMINATION BY MS. LAMBERT:

21        Q.   Well, what was your testimony?  What

22   was your testimony?

23        A.   For what?

24        MR. MOST:

25                 Objection.  It's a vague question.
```

Vivian Patz
7/10/2018

```
 1        MS. LAMBERT:
 2                 It's a vague question.
 3    EXAMINATION BY MS. LAMBERT:
 4        Q.  What was your prior phone number?
 5        A.  I'm trying to remember it.  I can
 6    remember the first three.  I can't -- I'm not
 7    100 percent sure on the last four.
 8        Q.  Okay.  What are the first three?
 9        A.  So it would be area code (985) 635.
10        Q.  Okay.  And you think you changed from
11    that number, whatever it was, to this 1409
12    number about a year ago?
13        A.  Correct.
14        Q.  Okay.  I have a list of question -- a
15    list of phone numbers.  I'd like to see if you
16    can tell me if you recognize them, and if you
17    do, if you can tell me who they belong to, if
18    you know.  All right.  The first one is (985)
19    635-8561.
20        A.  Yes, I recognize that number.
21        Q.  Okay.  And what is that number?
22        A.  That one is either me or Michael's.
23        Q.  Okay.  Do you recall what cell provider
24    that was?
25        A.  Yes, I think so.  That would have been
```

Vivian Patz
7/10/2018

```
 1    Boost.
 2        Q.  Boost.  Okay.  All right.  The next one
 3    is your current one.  And that's (985) 295-1409;
 4    correct?
 5        A.  Correct.
 6        Q.  Okay.  All right.  (504) 229-8412?
 7        A.  Sounds familiar.
 8        Q.  Okay.  All right.  But you can't place
 9    it?
10        A.  Yes, ma'am.
11        Q.  Okay.  (985) 278-8668?
12        A.  I'm sorry.  Could you repeat it?
13        Q.  Sure.  (985) 278-8668.
14        A.  Okay.  Yes, I do recognize that number.
15    That was a number that I had, but I cannot
16    remember when.
17        Q.  Okay.  Do you -- would you recall who
18    your provider, cell provider service provider
19    was?
20        A.  I'm not sure.
21    MR. MOST:
22              Objection, ambiguous.
23    EXAMINATION BY MS. LAMBERT:
24        Q.  Okay.  Who did you pay for that phone,
25    for that phone service?
```

Vivian Patz
7/10/2018

1        A.   I'm sorry.

2        Q.   Who did you -- do you recall who you

3    paid for that phone service?

4        A.   I do not recall.

5        Q.   Okay.  (985) 635-8559?

6        A.   Yes, I do recognize that number.

7        Q.   Okay.  What is that?

8        A.   That one would have been mine.

9        Q.   Okay.  Do you recall when you got that,

10   or when you used that one?

11       A.   No, not specifically.

12       Q.   Okay.  All right.  Do you recall who

13   the service provider was?

14       A.   No, ma'am.

15       Q.   Okay.  What about this one, (985)

16   400-4139?

17       A.   That sounds familiar.

18       Q.   Okay.  But you don't recall whose that

19   phone number was?

20       A.   I believe that was Michael's.

21       Q.   Okay.  And do you recall, if you know,

22   who the cell, the service provider was for that?

23       A.   I don't know.

24       Q.   Okay.  All right.  Do you have your

25   Arizona license, driver's license with you?

Vivian Patz
7/10/2018

```
1        A.  Yes, ma'am.
2        Q.  Do you know off the top of your head
3   what that number is?
4        A.  No, ma'am.
5        Q.  Okay.  I think we already have a copy
6   of that.  All right.  Next question is have you
7   ever been arrested?
8        A.  Yes, ma'am.
9        Q.  Okay.  When was that?
10       A.  I believe 2017.  No.  Wait.  That would
11  not be right.  I'm sorry.  No.  I mean, '07.
12       Q.  Okay.  And where was that?
13       A.  St. Tammany.
14       Q.  Okay.  And what was that for?
15       A.  It was for removing my stuff from my
16  mom's house.
17       Q.  Okay.  Do you recall what the charge
18  was itself?
19       A.  No, I do not.
20       Q.  Okay.
21       A.  And no.
22       Q.  Did that result in any sort of
23  prosecution?
24       A.  No.
25       Q.  So you were not convicted.  All right.
```

Vivian Patz
7/10/2018

```
 1   Have you ever received welfare?
 2        A.   No.
 3        Q.   Okay.   What about food stamps?
 4        A.   Yes.
 5        Q.   Okay.   When did you receive food
 6   stamps?
 7        A.   When I was pregnant.
 8        Q.   Which time?
 9        A.   Both.
10        Q.   Okay.   Okay.   So both times when you
11   were pregnant was in Louisiana; correct?
12        A.   Yes.
13        Q.   Okay.   Where did -- I'll ask you a
14   little bit about your education.   Did you
15   graduate high school?
16        A.   Yes.
17        Q.   Where did you graduate from?
18        A.   Covington High.
19        Q.   What year was that?
20        A.   '08.
21        Q.   Okay.   Did you have any suspensions or
22   expulsions when you were there?
23        A.   No.
24        Q.   Okay.   All right.   Let's talk about
25   your addresses.   I think we've already got your
```

Vivian Patz
7/10/2018

```
 1   first -- your current address, which is Sierra
 2   Vista.
 3         A.   Correct.
 4         Q.   Okay.  When did you move there?
 5         A.   About a year ago.
 6         Q.   About a year ago?
 7         A.   Uh-huh.
 8         Q.   Okay.  All right.  Was that the first
 9   place that you moved to in Arizona?  Was that
10   the first residence?
11         A.   That we moved to -- we stayed with his
12   mom.
13         Q.   All right.  And so let me just verify.
14   You said that your current address is North 7th
15   Street?
16         A.   Correct.
17         Q.   Apartment 107?
18         A.   Correct.
19         Q.   Okay.  You moved there about a year
20   ago?
21         A.   Correct.
22         Q.   Okay.  All right.  Where -- you said
23   you lived with Michael's mother?
24         A.   Uh-huh.
25         Q.   Was that on Elsinore Road?
```

PATZ 097

Vivian Patz
7/10/2018

1       A.   Correct.

2       Q.   And when did you move there?

3       A.   It's roughly about a year.

4       Q.   Okay.

5       A.   We didn't stay there too long.

6       Q.   Okay.  Do you recall?

7       A.   No.

8       Q.   Okay.  All right.  Okay.  And prior to

9    moving to Arizona -- well, let me ask you.  Why

10   did you move to Arizona?

11      A.   Because we had nowhere -- place to stay

12   here.

13      Q.   Okay.  Now, you did say both of your

14   parents live in Covington, though?

15      A.   Correct.

16      Q.   So where did you -- where were you

17   living before you moved to the Elsinore Road in

18   Sierra Vista?

19      A.   Before we moved there, we had, we had a

20   trailer in Ponchatoula before that.

21      Q.   Okay.  And do you recall the street

22   address for that?

23      A.   Yes.

24      Q.   What is that?

25      A.   Sisters Road.

Vivian Patz
7/10/2018

```
 1        Q.   Okay.  Would that be 19330 Sisters
 2    Road?
 3        A.   Yes.
 4        Q.   No. 2?
 5        A.   Uh-huh.
 6        Q.   So you had a trailer for that.  Who did
 7    you live with?
 8        A.   We rented that place.
 9        Q.   You rented it?
10        A.   Uh-huh.
11        Q.   Okay.  Who did you live with, though?
12    Who was living there at that address?
13        A.   Michael and Kylie.
14        Q.   Okay.  Who do you live with now at your
15    apartment?
16        A.   Michael and Kylie.
17        Q.   Okay.  And the Elsinore Road, that
18    would have been Michael, Kylie, and your mother
19    in law.  Was there anyone else?
20        A.   No.
21        Q.   All right.  Okay.  Prior to the Sisters
22    Road address, where did you live?
23        A.   I believe the last place before that
24    would be when we lived in Grand Isle.
25        Q.   Okay.  And so when did you leave Grand
```

Vivian Patz
7/10/2018

```
 1    Isle?
 2         A.   I don't remember the exact day.  I know
 3    it was in 2016.
 4         Q.   Do you know what month it was?
 5         A.   Not, not exactly, no.
 6         Q.   Okay.  Was it before or after your
 7    child was born?
 8         A.   It was before.
 9         Q.   Okay.  All right.  So let's go back to
10    -- well, at that time I think it says here that
11    you had some time after you were told to vacate
12    the premises from Nacari, you lived with a
13    friend; is that correct?
14         A.   Yes.
15         Q.   And who was that?
16         A.   All I can remember is his first name is
17    Joseph.
18         Q.   Joseph.  And do you recall where?
19         A.   No, I don't.  I just know how to get
20    there.
21         Q.   Just know how to get there.  Well, why
22    don't you tell us how to get there?
23         A.   You go down the Grand Isle Road, and
24    then you turn -- I can't remember the street.
25    You pass up Sureway.  You pass up all that, and
```

Vivian Patz
7/10/2018

```
 1   then they have -- I don't remember the street
 2   name, but it's on the left hand side.  It's
 3   after Sureway a little ways, and then you take a
 4   left.  And then you make another left at the end
 5   of that road, and then it's right there on the
 6   right.
 7        Q.  Okay.  And how did you meet Joseph?
 8        A.  Through Michael.
 9        Q.  Okay.  And you don't recall his last
10   name?
11        A.  Correct.
12        Q.  All right.  And how long did you stay
13   there?
14        A.  About a month.
15        Q.  Okay.  And so how long do you think it
16   was after you left Joseph's place that you left
17   Grand Isle?
18        A.  It was about two weeks before we left
19   Grand Isle, but we -- we left Grand Isle, but we
20   still had no place to stay.
21        Q.  Well, where did you go after you left
22   Grand Isle?
23        A.  We went back into Covington.
24        Q.  Okay.  And where did you stay when you
25   got back to Covington?
```

Vivian Patz
7/10/2018

1        A.   In the car.

2        Q.   Okay.  And where did you -- where was

3   the car parked?

4        A.   We parked anywhere we could find where

5   there wasn't traffic or where we felt safe.

6        Q.   Okay.  All right.  So what was the name

7   -- what was the street address that you lived at

8   before you lost your job?  Do you recall the

9   street address?

10       A.   Before I lost my job, so I would have

11  been staying on Nacari.

12       Q.   Okay.  That's all right.  I'm just

13  trying to verify.  And do you recall how long

14  you lived there?

15       A.   About four months.

16       Q.   Okay.  Okay.  Where did you live before

17  that?

18       A.   Before.

19       Q.   Before you --

20       A.   I was at my dad's, the Highway 1077.

21       Q.   Okay.  That's 72692 Highway 1077?

22       A.   Correct.

23       Q.   Okay.  All right.  And then it appears

24  you went -- you had come back -- I mean, you had

25  to -- before you went there, that would have

Vivian Patz
7/10/2018

 1   been, what, around July 2015 or so?
 2        A.   I'm sorry.  I don't understand.
 3        Q.   Okay.  When did you -- do you recall
 4   when you moved to Grand Isle the second time?
 5        A.   Yes.
 6        Q.   Okay.  And when was that?
 7        A.   It was about the end of December.
 8        Q.   Okay.  Prior to that, you said you
 9   lived with your dad.  How long did you live with
10   your dad before you moved to Grand Isle?
11        A.   I'm sorry.  I'm not understanding.
12        Q.   Before you moved to Grand Isle in
13   December 2015 or January 2016, you lived with
14   your dad?
15        A.   Uh-huh.
16        Q.   How long had you been living with your
17   dad before you moved to Grand Isle in December
18   or January?
19        A.   I can't, I can't recall exactly how
20   long.
21        Q.   Okay.  Can you give me an estimate?
22        A.   About a year.
23        Q.   Okay.  Let me ask you, at the Nacari
24   address, from January 2016 to April 2016, who
25   lived with you there?

Vivian Patz
7/10/2018

1      A.   I'm sorry.   At the Nacari address?

2      Q.   Yes.

3      A.   Michael.

4      Q.   Okay.   Anyone else?

5      A.   No.

6      Q.   All right.   When you lived with your

7   dad, who did -- who other than your father, who

8   lived there?

9      A.   I'm sorry.   Before we moved to Nacari?

10     Q.   Yes.

11     A.   I believe it was just me and my dad at

12  that time.

13     Q.   Okay.   Okay.   So it appears that you

14  were -- before you moved back to Covington with

15  your dad, you lived on the Nacari Lane again; is

16  that correct, before the first time?

17     A.   Yes.

18     Q.   Okay.   How long did you live there; do

19  you recall?

20     A.   I don't recall exactly how long.

21     Q.   Okay.   Was it a year?   Was it --

22     A.   Not exactly.

23     Q.   Not exactly.   Okay.

24     A.   Under.

25     Q.   Okay.   All right.   Well, why did you

Vivian Patz
7/10/2018

```
 1    move from Grand Isle to Covington?
 2         A.  Personal issues.
 3         Q.  Okay.  Who did you live with at the
 4    Nacari --
 5         A.  Michael.
 6         Q.  Okay.  All right.  It appears that
 7    before you moved down to Grand Isle, you lived
 8    on Stephanie Lane; is that correct?
 9         A.  Yes.
10         Q.  Do you recall how long you lived there?
11         A.  It's not -- not exactly, no, but under
12    a year.
13         Q.  Okay.  And who did you live with there?
14         A.  Michael.
15         Q.  Did you live with anybody else?
16         A.  No.
17         Q.  Okay.  All right.  Prior to the
18    Stephanie Lane, it appears that you lived with
19    your father; is that correct?
20         A.  Yes.
21         Q.  Okay.  And who lived with you there?
22         A.  At that time it would have been my dad
23    and my brother.
24         Q.  Okay.  What is your brother's name?
25         A.  Same as my dad, Vernon Blackledge, Jr.
```

Vivian Patz
7/10/2018

```
 1        Q.   Okay.  All right.  So before that, I
 2   have you on Hunt Road?
 3        A.   Yes, ma'am.
 4        Q.   Okay.  And who was -- who did you live
 5   with there?
 6        A.   That's my mom's.
 7        Q.   Okay.  And who did you live with -- I
 8   mean, it was you, your mother, and anyone else?
 9        A.   Yes, it would be, let's see, me, my
10   mom, my step dad, my sister, and then Landon.
11        Q.   Okay.  All right.  And then we have you
12   back at your dad's house before that?
13        A.   Correct.
14        Q.   Okay.  So -- and that would be you,
15   your father, and your brother?
16        A.   My brother, yes.
17        Q.   Okay.  And it looks to be before Landon
18   was born; is that right?
19        A.   Correct.
20        Q.   Okay.  Why did you move to Grand Isle
21   the first time?
22        A.   The first time, that time we moved
23   there because we, we talked to Ms. Shelly about
24   getting, you know, an apartment with her and
25   both of us working.
```

Vivian Patz
7/10/2018

```
 1        Q.   Okay.  So you had a job opportunity?
 2        A.   Yes.
 3        Q.   Okay.  Can you describe to me the
 4   structure at 176 Nacari?  I mean, was it a
 5   single family home, a duplex, a four-plex?
 6        A.   I'm not sure what you mean like single
 7   family home.
 8        Q.   Well, did more than one person live in
 9   separate units?
10        A.   That one, I guess you would call it a
11   duplex, I guess.
12        Q.   Okay.
13        A.   One house split into two apartments.
14        Q.   All right.  Okay.  Did you sign a lease
15   --
16        A.   No.
17        Q.   -- the first time you went?
18        A.   No.
19        Q.   Okay.  Did you put a deposit down for
20   that property?
21        A.   No.
22        Q.   Okay.  Did you put a deposit down the
23   second time?
24        A.   No.
25        Q.   Okay.  All right.  Did you understand
```

Vivian Patz
7/10/2018

```
 1   that your right to live in the apartments were
 2   based upon your employment with Sureway?
 3       MR. MOST:
 4               Objection, calls for a legal
 5       conclusion.
 6   EXAMINATION BY MS. LAMBERT:
 7       Q.  You can answer.
 8       A.  Oh, okay.  Sorry.
 9       MR. MOST:
10               Yes.
11       THE WITNESS:
12               I'm sorry.  Can you repeat the
13       question?  I'm sorry.
14   EXAMINATION BY MS. LAMBERT:
15       Q.  Your right to live in the apartment at
16   Nacari, was that based upon your employment with
17   Sureway?
18       A.  That's how I got it, yes.
19       Q.  Okay.  Did you understand that if you
20   no longer worked there at Sureway that you
21   couldn't live there?
22       MR. MOST:
23               Objection, calls for speculation,
24       but you can keep talking.
25       MS. LAMBERT:
```

Vivian Patz
7/10/2018

Page 30

1                    It's what her understanding is.
2          THE WITNESS:
3                       So, I mean, I know that she rents
4          out to employees.
5    EXAMINATION BY MS. LAMBERT:
6          Q.   Uh-huh.
7          A.   But like I didn't know that, you know,
8    okay, you're fired, and then get out.
9          Q.   Are you talking about the timing or
10   your right to continue living in the property
11   that you didn't know that you'd have to leave if
12   you didn't work for her work or for Sureway?
13         A.   I didn't know that if I would have to
14   leave immediately.
15         Q.   Okay.  So you're talking about the
16   timing.  But you did, if I understand you
17   correctly, you did understand that your right to
18   continue living there was based upon your
19   employment with Sureway?
20         MR. MOST:
21                    Objection, mischaracterizes
22         witness' prior testimony.
23   EXAMINATION BY MS. LAMBERT:
24         Q.   You can answer.
25         A.   I still answer?

Vivian Patz
7/10/2018

```
 1      MR. MOST:
 2                  You can answer, yes.  I'll tell
 3      you if you can't.
 4      THE WITNESS:
 5                  Okay.  I don't know how to answer
 6      this.  I understand that they have housing
 7      for employees --
 8  EXAMINATION BY MS. LAMBERT:
 9      Q.  Uh-huh.
10      A.  -- that no longer working there.  So,
11  yes, I can understand that.  You're talking
12  about the timing.
13      Q.  No.  I'm asking you.  Do you under --
14      A.  Right.
15      Q.  Were you aware that your right to
16  continue to live in that housing was dependent
17  upon your continued employment with Sureway?
18      A.  Yes.
19      Q.  Okay.  Was the apartment furnished when
20  you moved in?
21      A.  Yes.
22      Q.  Okay.  What did you pay per month to
23  live?
24      A.  I do not remember the exact dollar
25  amount.
```

Vivian Patz
7/10/2018

```
 1        Q.  Okay.  Did you pay -- have to pay for
 2   your electricity --
 3        A.  No.
 4        Q.  -- separately?  No.  Okay.  What about
 5   water?  Did you pay that separately?
 6        A.  No.
 7        Q.  What about cable?
 8        A.  No cable.
 9        Q.  No cable?
10        A.  (Witness shakes head.)
11        Q.  Okay.  So if you wanted that, you would
12   have had to pay for it if it would have been
13   available?
14        A.  Yes.
15        Q.  I mean, that's kind of obsolete.
16   Sorry.  All right.  When you left the apartment
17   -- I'm sorry.  When you left your friend's
18   apartment, Joseph, where did you stay?
19        A.  We stayed in the car for a little
20   while.
21        Q.  Okay.  Where was -- do you recall where
22   your car was parked?
23        MR. MOST:
24               Objection, asked and answered.
25        MS. LAMBERT:
```

Vivian Patz
7/10/2018

1              I think that was in Covington, not
2      in Grand Isle.
3      MR. MOST:
4              Okay.
5      THE WITNESS:
6              Yes, I remember where we parked.
7      EXAMINATION BY MS. LAMBERT:
8      Q.  Okay.  Where was that?
9      A.  I think they called it The Landing.  It
10  is back by the handicap pier.
11     Q.  Okay.
12     A.  And, again, isolated, feeling safe.
13     Q.  And how long was that?  How long were
14  you in the car?
15     A.  How long were we in the car?
16     Q.  Yes.  How long did you stay in the car?
17     A.  About two months.
18     Q.  Okay.  And how long did -- I mean, I'm
19  a little confused.  How long did you stay with
20  Joseph?
21     A.  We were with -- about a month.
22     Q.  Okay.  I thought earlier you said you
23  were in the car for two weeks.  Okay.  Thank you
24  for clarifying that.  What made you finally
25  leave Grand Isle?

Vivian Patz
7/10/2018

Page 34

```
 1        A.   Nothing, nothing there.
 2        Q.   Okay.  Why didn't you leave sooner?
 3        A.   We didn't have gas to get anywhere --
 4        Q.   Okay.
 5        A.   -- or money.
 6        Q.   Okay.  Kylie lives with you right now.
 7   Where does Landon live?
 8        A.   With my mom.
 9        Q.   Okay.  And just to verify, neither of
10   them lived at the Nacari Lane apartment; did
11   they?
12        A.   Live, no.
13        Q.   Okay.  All right.  Now, I want to go
14   over your employment history.  I want to start
15   with -- I'm going to start with your most
16   recent.  Okay?  But then we are going to jump
17   back, and I want to go from your first and
18   conclude with the Grand Isle.  Okay?
19        A.   Okay.
20        Q.   Just to give you an idea of how I am
21   handling it.  All right.  Okay.  So your current
22   job, where are you working?
23        A.   Home Depot.
24        Q.   Okay.  What do you do there?
25        A.   Customer service.
```

Vivian Patz
7/10/2018

1      Q.   All right.  What are your hours there?

2      A.   That I work?

3      Q.   Uh-huh.

4      A.   It varies.  I'm sorry.  You're asking

5   me hours in a week --

6      Q.   Yes.

7      A.   -- or hours in a day?

8      Q.   No.  Hours in a week.  What are the --

9      A.   I average 31 hours.

10      Q.   Okay.  And what is your salary?

11      A.   Eleven an hour.

12      Q.   Okay.  Do you get any benefits with

13   that?

14      A.   Yes.

15      Q.   What are those?

16      A.   I have dental, 401(k) retirement plan.

17      Q.   Okay.  Do you have medical insurance?

18      A.   No, not yet.

19      Q.   Okay.  Is it available to you?

20      A.   Yes.

21      Q.   Okay.  Have you chosen not to get the

22   medical insurance?

23      A.   When I had the time to sign up for it,

24   I chose not to, correct.

25      Q.   Okay.  And why would you do that?

PATZ 114

Vivian Patz
7/10/2018

1      A.   Because I had other insurance at that
2   time.
3      Q.   Okay.  What was that other insurance?
4      A.   It was -- they call it Achess, and it's
5   A-C-H-E-S-S.
6      Q.   What's that?  Is that something in
7   Arizona?
8      A.   It's Arizona's Medicaid.
9      Q.   Okay.  And when did you start working
10  at Home Depot?
11     A.   I started September 5th, '17.
12     Q.   Okay.  I'm going to go back now.
13     A.   Okay.
14     Q.   Winn-Dixie, when did you work there?
15  Estimate?
16     A.   About 2010 to about 2012.
17     Q.   Okay.  What did you do there?
18     A.   Customer service.
19     Q.   Okay.
20     A.   And CSL, customer service lady.
21     Q.   Okay.  I'm sorry.  Did you say how long
22  you -- you said you were two years there; is
23  that right?  Is that what you said?
24     A.   About.
25     Q.   Okay.  All right.  Sorry, I just kind

Vivian Patz
7/10/2018

```
 1   of phased out there and couldn't remember what
 2   you said.
 3       A.  That's okay.
 4       Q.  Okay.  All right.  And why did you
 5   leave Winn-Dixie?
 6       A.  My position was no longer being in the
 7   company.  The company got bought out by a
 8   different company.
 9       Q.  Okay.  Where did you go after that; do
10   you recall?
11       A.  Let's see.  After Winn-Dixie --
12       Q.  Does Swifty Chevron sound familiar?
13       A.  Yes.
14       Q.  Do you remember how long you were
15   there?
16       A.  A few months.
17       Q.  Okay.  All right.  What did you do
18   there?
19       A.  I was overnight clerk.
20       Q.  Okay.  Where did you go after that?
21       A.  Let's see.  After Swifty's, I'm not
22   sure if I'm missing one, but I know shortly
23   after that, Office Depot.
24       Q.  Okay.  All right.  How long were you
25   there?
```

PATZ 116

Vivian Patz
7/10/2018

```
 1        A.   At Office Depot, I was there about two
 2    years.
 3        Q.   And what did you do?
 4        A.   Pretty much everything.
 5        Q.   Okay.
 6        A.   I was copy and print, cashier, stock,
 7    sales.
 8        Q.   Okay.
 9        A.   Cashier.
10        Q.   Okay.  And why did you leave?
11        A.   I moved.
12        Q.   You moved?
13        A.   Uh-huh.
14        Q.   Okay.  Where did you move to?
15        A.   Grand Isle.
16        Q.   Okay.  All right.  So that's the first
17    time you moved to Grand Isle; correct?
18        A.   Yes.
19        Q.   And that's the first time you started
20    work for Sureway; correct?
21        A.   Correct.
22        Q.   All right.  Okay.  So how long did you
23    work for Sureway at that time?
24        A.   The first time?
25        Q.   Uh-huh.
```

Vivian Patz
7/10/2018

```
 1        A.  Okay.  First time was about a year.

 2        Q.  First time.  Okay.  And what was your

 3   job there?

 4        A.  I did cashier and stocking.

 5        Q.  Okay.  All right.  So it appears,

 6   according to your answers in your discovery,

 7   that you left there in July of 2015.  Does that

 8   sound right?

 9        A.  I don't remember.

10        Q.  You don't remember.  Do you recall what

11   time of year it was?

12        A.  Not exactly, no.

13        Q.  Okay.  But you said that you left there

14   for personal reasons; right?

15        A.  Yes.

16        Q.  Okay.  All right.  And where did you

17   go?  I believe you went back to Covington to

18   your dad's house?

19        A.  So the first time?

20        Q.  Yes.

21        A.  Yes.

22        Q.  Okay.  All right.  Did you work when

23   you were in Covington?

24        A.  No.

25        Q.  Okay.  So then you returned to Sureway;
```

Vivian Patz
7/10/2018

1    correct, in December, January?

2        A.   Yes.

3        Q.   Okay.  And I think you were there this

4    time, what, four months, around about?

5        A.   Employed?

6        Q.   Yes.

7        A.   Yes, uh-huh.

8        Q.   Okay.  All right.  And your job there

9    was, again, the same as before?

10       A.   Yes, ma'am.

11       Q.   All right.  Why didn't you work when

12   you returned to Covington between your stints at

13   Sureway?

14       A.   Had trouble finding a job.

15       Q.   Okay.  What sort of benefits were there

16   as far as your employment with Sureway?  I mean,

17   did you -- clarify that.  Did you have health

18   insurance?

19       A.   No.

20       Q.   So was that offered to you?

21       A.   No.

22       Q.   Okay.  Did you have a 401(k)?

23       A.   No.

24       Q.   All right.  Did you have dental?

25       A.   No.

Vivian Patz
7/10/2018

1      Q.   Okay.  But you did have the
2    availability of housing; is that correct?
3      A.   Yes.
4      Q.   Okay.  I understand it was not free,
5    but it was -- but that it was available to you
6    as part of your employment.  Okay.
7      MR. MOST:
8              Objection, mischaracterizes
9         witness' prior testimony.
10     MS. LAMBERT:
11             Okay.
12     MR. MOST:
13             I don't even know if that was a
14        question really.
15   EXAMINATION BY MS. LAMBERT:
16     Q.   When you worked at Sureway, do you
17   recall the name or how were you paid at Sureway?
18   Was it by check or cash?
19     A.   It was a check.
20     Q.   Okay.  Do you recall the name on the
21   check or the payor?
22     A.   I'm not sure what you mean.
23     Q.   Okay.  Who was the -- the name on the
24   check, the check, the account belonged to whom?
25   Do you know?

Vivian Patz
7/10/2018

1      A.   No, I do not.

2      Q.   Okay.  Let me ask you this.  Was Shelly

3   Jambon's name on there as being the owner of the

4   account?  You know how checks are.  You have the

5   name and address?

6      A.   I know what you're talking about --

7      Q.   Okay.

8      A.   -- but I have no idea.

9      Q.   You have no idea.  Okay.  Okay.  After

10   you were fired from Sureway, did you apply with

11   any other job, any other businesses for jobs

12   down in Grand Isle?

13      A.   In Grand Isle, no.

14      Q.   Why not?

15      A.   They don't have any really jobs down

16   there.

17      Q.   After you left Grand Isle, did you

18   apply for any jobs?

19      A.   Yes.

20      Q.   Okay.  And where did you apply?

21      A.   Whole Foods Market, I believe it's

22   called.  I remember putting in a few others, but

23   cannot recall the business names.

24      Q.   Okay.  All right.  So when you were in

25   Covington after leaving Grand Isle, you said you

Vivian Patz
7/10/2018

```
 1    know you applied at Whole Foods.  Did you apply
 2    for unemployment benefits at that time?
 3         A.   Yes.
 4         Q.   You did.  Okay.  And what day did you
 5    apply for unemployment benefits?
 6         A.   I do not remember the date.
 7         Q.   Okay.  So you didn't apply for that
 8    immediately after you were fired?
 9         A.   No, not immediately.
10         Q.   Why not?
11         A.   I didn't have no paperwork on my
12    firing.  Once I got that paperwork, then I put
13    in.
14         Q.   Okay.  When did you receive that
15    paperwork?
16         A.   I don't remember the exact date.
17         Q.   Okay.  Do you recall where you received
18    the paperwork, what address it went to?
19         A.   Yes, that would be my dad's, the
20    Highway 1077.
21         Q.   Okay.  Did you ever receive those
22    unemployment benefits?
23         A.   No.
24         Q.   No.  Why not?  Do you know?
25         A.   No, I do not.
```

PATZ 122

Vivian Patz
7/10/2018

```
 1        Q.  Why did you -- after you returned to
 2    Covington, why do you think you didn't get a
 3    job?  I mean, you said you applied at different
 4    places, but you did not get a job?
 5        A.  Correct.
 6        Q.  Okay.  Do you have any idea why that
 7    was?
 8        A.  I do not know why, no.
 9        Q.  Okay.  All right.  And when was the
10    last time you applied for a job when you were in
11    Covington?
12        A.  I'm sorry.  Can you repeat?
13        Q.  When was the last time you applied for
14    a job while you were still living in Covington?
15        A.  Last time I applied for a job still in
16    Covington, I don't remember the exact time.
17        Q.  Let me ask you this.  Was it before or
18    after the birth of your child?
19        A.  I was about halfway through my
20    pregnancy.
21        Q.  Okay.
22        A.  So six months.
23        Q.  So it was before.  It was before.
24    Okay.
25        A.  Correct.
```

Vivian Patz
7/10/2018

1      Q.   Okay.  And so when you left Covington,
2   according to your answers in the
3   interrogatories, you left there in July/August
4   of 2017; is that correct?  And moved to Arizona?
5      A.   Yes.
6      Q.   Okay.  So you did not apply for
7   employment after you gave birth and before you
8   moved to Arizona; is that correct?
9      A.   I believe so.
10      Q.   Okay.
11      MS. LAMBERT:
12              William, I'm going to ask Mrs.
13      Patz obviously with your consent to sign a
14      request for the Social Security earnings
15      information.  Let's make sure that's
16      correct.  Obviously I will provide any
17      documentation --
18      MR. MOST:
19              Let me just take a look.  Can we
20      just take five?
21      MS. LAMBERT:
22              No.  No, no.
23      MR. MOST:
24              Okay.
25      THE WITNESS:

Vivian Patz
7/10/2018

```
 1                    Can we take a break?
 2        MR. MOST:
 3                    Do you want to take five minutes?
 4        THE WITNESS:
 5                    Yes, I'd like to.
 6        MR. MOST:
 7                    Okay.  We'll just stretch our
 8        legs.
 9        MS. LAMBERT:
10                    All right.
11        MR. MOST:
12                    Yes, and then we'll come back.  I
13        don't see any problem with signing this.
14        Just step outside and stretch our legs and
15        come back and sign this.
16        MS. LAMBERT:
17                    Okay.
18        (Whereupon a brief recess was taken at this
19     time.)
20        MS. LAMBERT:
21                    Thank you, Mrs. Patz, for signing
22        this.  Obviously, William, we will provide
23        you with a copy of anything that we get.
24        MR. MOST:
25                    Thank you.
```

Vivian Patz
7/10/2018

```
 1    EXAMINATION BY MS. LAMBERT:
 2        Q.  All right.  Now, let me ask you about
 3    Michael.  Did Michael work for Sureway?
 4        A.  Yes.
 5        Q.  Okay.  Do you know how many times he
 6    worked for them?  Was it more than once?
 7        A.  Yes, more than once.
 8        Q.  Okay.  Do you know how many times?
 9        A.  No, I do not.
10        Q.  Okay.  All right.  When -- do you know
11    when the last time he worked for them was?
12        A.  I know it was in April.
13        Q.  2016?
14        A.  Yes, ma'am.
15        Q.  Okay.  Let me go back real quick and
16    ask you about the first time you lived and
17    worked in Grand Isle.  Are you sure that you
18    lived at 176 Nacari Lane?
19        A.  I'm sorry.  The first time?
20        Q.  The first time.
21        A.  The first time it was, it was the same
22    duplex that was off of Nacari, but it was the
23    back half.
24        Q.  Okay.  Do you think it had -- do you
25    know what the street address was?
```

Vivian Patz
7/10/2018

```
 1        A.  I do not know it, no.

 2        Q.  Okay.  So does 102 Community Lane, does

 3   that sound familiar?

 4        A.  Yes.

 5        Q.  Okay.  But you think it was the 176

 6   Nacari Lane that you lived in the first time?

 7        A.  No, not the first time.

 8        Q.  Okay.  So where did you stay the first

 9   time?

10        A.  The first time it was the -- in the

11   same house, same duplex, but it was the back

12   half.

13        Q.  Okay.  But, I mean, was the street

14   address for the first time also 176 Nacari?

15        A.  Not the first time, no.

16        Q.  Okay.  Do you recall the street

17   address?  And I understand it's the same

18   building, different units.

19        A.  Uh-huh.

20        Q.  Is that right?

21        A.  Same building, different units, yes.

22        Q.  Okay.  But the street address was the

23   same for both of those?

24        MR. MOST:

25                  Objection, asked and answered.
```

Vivian Patz
7/10/2018

```
 1        THE WITNESS:
 2                   So I still answer?
 3        MR. MOST:
 4                   Yes.
 5        THE WITNESS:
 6                   Okay.
 7        MR. MOST:
 8                   To the best of your knowledge.
 9        THE WITNESS:
10                   No.  They have different
11        addresses.
12   EXAMINATION BY MS. LAMBERT:
13        Q.  Okay.  All right.  That's what I'm
14   trying to figure out.  Okay.  And do you recall
15   the street address for the first apartment that
16   you lived in?
17        A.  I don't exactly remember the street
18   address.
19        Q.  Okay.  All right.  And when you lived
20   there the first time, did you say it was you and
21   Michael lived there together?
22        A.  Correct.
23        Q.  Okay.  Do you recall somebody by the
24   name of Larry?
25        A.  Yes.
```

Vivian Patz
7/10/2018

```
 1        Q.   Could you tell me who Larry is?
 2        A.   He is -- he was a friend and then an
 3   ex-boyfriend.
 4        Q.   Okay.  All right.  Did he have anything
 5   to do with your leaving Grand Isle the first
 6   time?
 7        A.   No.
 8        Q.   No.  Okay.  Did he live with you in
 9   Covington when --
10        A.   No.
11        Q.   -- you left Grand Isle?  Okay.  All
12   right.  When -- the second time you worked at
13   Sureway, how much did you earn?  What was your
14   salary or wage?
15        A.   I'm sorry.  The second time?
16        Q.   The second time.
17        A.   The second time, I believe $9.
18        Q.   Okay.  All right.  And how many hours
19   did you work on average, of course?
20        A.   I honestly don't remember.  If I had to
21   guess, I'd say about 25.
22        Q.   So you'd only work part time?
23        A.   Correct.
24        Q.   Okay.  According to your answers to the
25   interrogatories, you currently have insurance
```

Vivian Patz
7/10/2018

```
 1   with Met Life; is that correct?
 2        A.   That's my dental.
 3        Q.   That's your dental?
 4        A.   Okay.  Correct.
 5        Q.   Okay.  Just need to clarify that.  All
 6   right.  But do you have insurance through -- you
 7   have the insurance through Achess?  Is that what
 8   you --
 9        A.   Not currently.
10        Q.   Not currently?
11        A.   Correct.
12        Q.   Okay.  Do you have health insurance at
13   this time?
14        A.   No, not at this time.
15        Q.   Okay.  All right.  Have you ever been
16   under the care of a doctor or a therapist?
17        A.   I'm sorry.  I don't know what you mean
18   by care, under the care.
19        Q.   Do you have any sort of chronic
20   illnesses or medical conditions?
21        A.   Not that I know of.
22        Q.   Okay.  And I think you said that you
23   were not currently taking any medications?
24        A.   Correct.
25        Q.   Okay.  Let me ask you.  Have you ever
```

Vivian Patz
7/10/2018

```
 1   suffered with or been diagnosed with high blood
 2   pressure?
 3        A.   No.
 4        Q.   Joint or muscle pain?
 5        A.   I can't recall on if I was -- I went to
 6   a doctor for pains and stuff.
 7        Q.   Okay.
 8        A.   But I don't know if it's -- oh, what's
 9   the word?  It was a one-time thing.
10        Q.   Okay.  Okay.  Do you recall when that
11   was, I mean?
12        A.   Not exactly, no.
13        Q.   Has it been since 2016, or was it
14   before 2016?
15        A.   Way before.
16        Q.   Okay.  Do you have difficulties with
17   your memory or concentration?
18        A.   No, not necessarily.
19        Q.   Okay.  What about headaches?  Do you
20   get chronic headaches or anything of that sort?
21        A.   Sometimes.
22        Q.   Okay.  Do you have any idea what may
23   have caused those headaches?
24        A.   No.
25        Q.   Abdominal pain?
```

Vivian Patz
7/10/2018

Page 53

```
 1        A.   Uh-huh, yes.
 2        Q.   Okay.  And what is that related to; do
 3   you know?
 4        A.   I know like gastritis.  I got a lot of
 5   inflammation.
 6        Q.   Inflammation?
 7        A.   Uh-huh.
 8        Q.   Do you know what that's from?
 9        A.   No, ma'am.
10        Q.   Are you being treated for that?
11        A.   No, ma'am.
12        Q.   Okay.  And how long have you suffered
13   with gastritis and --
14        A.   Years.
15        Q.   Years.  So pre-2016?
16        A.   Oh, yes.
17        Q.   Okay.  All right.  What about mood
18   disorders?  Have you ever --
19        A.   I'm sorry?
20        Q.   Mood disorders, have you ever been
21   diagnosed with anything like that?
22        A.   No, not diagnosed.
23        Q.   Okay.  All right.  Let me ask you about
24   your use of drugs or alcohol.  Do you use
25   alcohol?
```

Vivian Patz
7/10/2018

```
 1        A.   Sometimes.
 2        Q.   Okay.   What's your drink of favor?
 3        A.   Usually just have a beer.
 4        Q.   Okay.   How often do you drink beer?
 5        A.   Not often.
 6        Q.   Okay.   What about marijuana?
 7        A.   No.
 8        Q.   Have you ever used marijuana?
 9        A.   I have.
10        Q.   Okay.  All right.  When did you stop?
11        MR. MOST:
12                  Objection.  I mean, at some point
13        I might counsel my client to take the fifth.
14        Do we really need to get into stuff like
15        this?
16        MS. LAMBERT:
17                  Yes.
18        MR. MOST:
19                  What's the relevance?
20        MS. LAMBERT:
21                  Well, the relevance is I have the
22        right to know if she's using any sort of
23        drugs --
24        MR. MOST:
25                  For what reason?
```

Vivian Patz
7/10/2018

```
 1      MS. LAMBERT:
 2              -- and how it may relate to her
 3      ability to answer questions and --
 4      MR. MOST:
 5              Okay.  Do you want to ask her if
 6      she's under the influence of any drugs?
 7      MS. LAMBERT:
 8              I've already asked her that, but I
 9      still have the right to know if she has used
10      drugs and find out, you know.
11      MR. MOST:
12              Because I don't see how it's
13      relevant.
14      MS. LAMBERT:
15              Well, you can make that objection
16      if we try to use it at trial, use the
17      deposition at trial, but right now I'm just
18      -- it's a discovery deposition, and I have
19      the right to ask her these questions.
20      MR. MOST:
21              Okay.  I'm going to counsel her to
22      take the fifth on that because --
23      MS. LAMBERT:
24              Well, I'll let you know this, that
25      if you tell her not to answer a question,
```

Vivian Patz
7/10/2018

```
 1        and since this is a civil proceeding and not
 2        a criminal proceeding, taking the fifth is
 3        not applicable.  All right.  I will seek to
 4        have her redeposed, and I will -- when I do
 5        that motion to compel, I am going to have
 6        and seek sanctions against you to have you
 7        pay for everybody's time.  So it's your
 8        decision to --
 9        MR. MOST:
10                Can you articulate how this is
11        relevant at all?
12        MS. LAMBERT:
13                How this is relevant?  Yes.  I'm
14        trying to find out, she's claiming that she
15        had all these injuries, and I'm trying to
16        find out what injuries she had, what could
17        have been the cause by other sources.  It's
18        that simple.
19        MR. MOST:
20                Why does the cause of an injury
21        have anything -- this is not a personal
22        injury case.  She isn't claiming there's --
23        MS. LAMBERT:
24                You know --
25        MR. MOST:
```

Vivian Patz
7/10/2018

```
 1                    -- there's any injuries caused by
 2        anything.
 3        MS. LAMBERT:
 4                    So you're telling me that she has
 5        no personal injuries?
 6        MR. MOST:
 7                    Why don't you ask her if she has
 8        any personal injury?
 9        MS. LAMBERT:
10                    I'm asking you.  Are you -- well,
11        you're telling her not to answer a question.
12        Are you saying she has no --
13        MR. MOST:
14                    Why don't we step outside and talk
15        about this?
16        MS. LAMBERT:
17                    -- personal injuries?  No, we're
18        going to finish this now.  Okay.  Are you
19        telling her not to answer the question?
20        MR. MOST:
21                    I'm trying to find out if there is
22        any relevance to whether she smoked weed
23        when she was younger.  Like why are --
24        MS. LAMBERT:
25                    Well, that's fine.
```

**Vivian Patz**
**7/10/2018**

```
 1        MR. MOST:

 2                  -- you asking about that?

 3        MS. LAMBERT:

 4                  Because I have the right to.

 5        MR. MOST:

 6                  You don't have the right to if

 7        it's not relevant to this proceeding.

 8        MS. LAMBERT:

 9                  I have the right to know if she

10        has used drugs.

11        MR. MOST:

12                  Why?  I still don't understand how

13        it's -- what claim or defense is that

14        relevant to?

15        MS. LAMBERT:

16                  What claim or defense?

17        MR. MOST:

18                  Sure.

19        MS. LAMBERT:

20                  Okay.  She's claiming that she was

21        pregnant.  She had a high risk pregnancy.  I

22        want know if she used marijuana while she

23        was pregnant.

24        MR. MOST:

25                  Why?  What claim or defense does
```

Vivian Patz
7/10/2018

```
 1        that relate to?
 2        MS. LAMBERT:
 3                  It relates to her personal
 4        injuries and/or mental anguish while she had
 5        this high risk pregnancy.  I have the right
 6        to know.  And if you continue this
 7        obstructionist behavior, we can shut it
 8        down, and I'll go move in for my sanctions.
 9        Now, what do you want to do?
10        MR. MOST:
11                  This obstructionist behavior that
12        you're talking about, we're both talking in
13        a calm tone of voice.  We're talking about
14        the relevancy of these questions.
15        MS. LAMBERT:
16                  And I have told you what the
17        relevancy is.
18        MR. MOST:
19                  So if I am understanding you
20        correctly, you're saying that her mental
21        anguish that may have been affected by
22        whether or not she was smoking marijuana at
23        some point?
24        MS. LAMBERT:
25                  Yes.
```

Vivian Patz
7/10/2018

```
 1        MR. MOST:

 2               Okay.  That's stretch, but --

 3        MS. LAMBERT:

 4               Okay.

 5   EXAMINATION BY MS. LAMBERT:

 6      Q.  So when was the last time you used

 7   marijuana?

 8        MR. MOST:

 9               I'm going to object as to

10        relevancy, but --

11        MS. LAMBERT:

12               Your objection is noted.

13   EXAMINATION BY MS. LAMBERT:

14      Q.  Please answer.

15        MR. MOST:

16               You can go ahead, yes.

17        THE WITNESS:

18               It's been awhile.  I'm not sure.

19   EXAMINATION BY MS. LAMBERT:

20      Q.  Did you use marijuana while you were

21   pregnant?

22      A.  At the beginning, yes.

23      Q.  At the beginning.  Okay.  How often did

24   you use it?

25      A.  Once or twice with doctor's
```

Vivian Patz
7/10/2018

1    recommendation.

2        Q.  What doctor recommended that you use

3    marijuana?

4        A.  I don't remember his exact name.  It

5    was the one from Ochsner.

6        Q.  And what was that for?

7        A.  Nausea.

8        Q.  Okay.  Did you have any other use of

9    any other drug or unprescribed drug?

10       A.  No, ma'am.

11       Q.  Just marijuana?  Okay.  All right.  Let

12   me ask you about your ownership of vehicles.

13   You -- did you own a vehicle at the time that

14   you worked for Sureway?

15       A.  No, I did not own it.

16       Q.  You did not own it.  Okay.  Did you

17   have use of a vehicle?

18       A.  Yes.

19       Q.  Who did the vehicle belong to?

20       A.  It was in my name, but it was not paid

21   off.

22       Q.  Okay.  So it did belong to you.  What

23   kind of vehicle is it or was it?

24       A.  That was a Saturn ION.

25       Q.  Do you know what year it was?

Vivian Patz
7/10/2018

```
 1        A.   '04.
 2        Q.   Okay.  And when did you get this
 3   vehicle?
 4        A.   I think it was early 2015.
 5        Q.   Okay.  And I take it from your answer
 6   that it was indeed financed; correct?  You said
 7   you were paying it off?
 8        A.   Yes.
 9        Q.   Okay.  Where did you -- well, how much
10   were you paying on that?
11        A.   All in all or monthly?
12        Q.   Monthly?
13        A.   Monthly, it was $300.
14        Q.   Okay.  Did you have auto insurance on
15   it?
16        A.   Yes.
17        Q.   Okay.  During this time, did you keep
18   any sort of personal diary from January 2016
19   through --
20        A.   No, ma'am.
21        Q.   -- the present?  No.  Okay.  All right.
22   When did you become pregnant the second time?
23        A.   I do not know the exact date.  It was
24   end of February, beginning of April.
25        Q.   End of February, beginning of April?
```

Vivian Patz
7/10/2018

1     A.   About, yes.  About that time is
2  whenever I found out.
3     Q.   Okay.  But -- okay.
4     A.   Because I don't know the exact date.
5     Q.   All right.  So how did you find out you
6  were pregnant?
7     A.   Pregnancy test.
8     Q.   Okay.  Was that a home test?
9     A.   Yes.  And then I followed up with a
10 doctor.
11    Q.   Okay.  What doctor was that?
12    A.   First one, I don't remember his name.
13 I only seen him a few times, but that was the
14 one at Ochsner.
15    Q.   Okay.  So when did you get a
16 confirmation of your pregnancy; do you recall?
17    A.   I do not remember.
18    Q.   Okay.  When did you take the home
19 pregnancy test?
20    A.   I do not remember.
21    Q.   Okay.  Did you have any insurance,
22 medical insurance, at this time?
23    A.   No.
24    Q.   Okay.  I think in your answers to
25 interrogatories, you indicated that previously

Vivian Patz
7/10/2018

1    you'd used -- that you had had Medicaid; is that

2    correct?

3         A.  With my first son, I had it then.

4         Q.  Okay.  Was it for your son, or was it

5    for you?

6         A.  It was for me while I was pregnant with

7    him.

8         Q.  Okay.  Did you ever apply for it while

9    on your own individually?

10        A.  I cannot remember if after my

11   pregnancies if I applied for it or not.

12        Q.  Okay.  All right.  When did -- okay.

13   According to this, you -- eventually you got

14   Medicaid, again; is that right, when you were

15   pregnant?

16        A.  Correct.

17        Q.  When did you get that?

18        A.  I do not remember the exact date.  It

19   would be -- I applied in, I applied in April.

20        Q.  Okay.  April 2016?

21        A.  Correct.

22        Q.  Okay.  When did you tell anyone at

23   Sureway that you were pregnant?

24        A.  I do not remember exact dates.  After I

25   found out and then I told my manager.  Whenever

Vivian Patz
7/10/2018

```
 1    I worked after I found out, I told my managers
 2    that were working whenever I would, you know, go
 3    to work.
 4        Q.  Okay.  And, well, how long do you think
 5    it was between the time you took the home
 6    pregnancy and you told them you were pregnant?
 7        A.  Maybe about a week.
 8        Q.  Okay.  And you don't recall when you
 9    took that home pregnancy?  I mean, was it in
10    March, or was it in April, I mean?
11        MR. MOST:
12              Objection, asked and answered.
13        You can answer it.
14        THE WITNESS:
15              Yes, I'm just trying to think.  I
16        believe it was late February, but I do not
17        remember exactly when.
18    EXAMINATION BY MS. LAMBERT:
19        Q.  Okay.  Who did you tell, in late
20    February, early March, if you will, who did you
21    tell you were pregnant at that time?
22        A.  At that time I told obviously Michael,
23    and then as I went into work, I told Ms. Denise.
24    What's her name?  I can't think of it.  I know I
25    told Leo.  I know I told the managers all in the
```

Vivian Patz
7/10/2018

```
 1   office that, my cashier, managers, and I
 2   probably told like friends, maybe other cashiers
 3   or --
 4        Q.  And so let me get it straight.  You
 5   think that was in late February, early March
 6   when you told them that, that you were pregnant?
 7        A.  I told them late February.
 8        Q.  Okay.  Did a time come when you asked
 9   for any sort of accommodation for your pregnancy
10   or any sort of alteration of your job duties?
11        MR. MOST:
12                  Objection, calls for a legal
13        conclusion.
14   EXAMINATION BY MS. LAMBERT:
15        Q.  You can answer.
16        A.  No, I did not ask for any
17   accommodations until it became a problem.
18        Q.  Okay.  And when did that happen?
19        A.  Whenever I wasn't lifting up anything
20   heavy.
21        Q.  And when was that?
22        A.  I do not recall the exact date.  It was
23   in April.
24        Q.  Okay.  And how was it a problem?
25        A.  I'm not sure how it was a problem.
```

Vivian Patz
7/10/2018

1       Q.  Well, you said you didn't ask for any

2   alteration -- well, let me ask you this.  How is

3   it that lifting weight became any sort of issue?

4   I mean, how did that become an issue?

5       A.  Because I couldn't lift up anything

6   heavy, and I was having pains.

7       Q.  Okay.  Did you -- who did you tell that

8   you could not lift anything heavy?  Did you tell

9   anyone that?

10      A.  I cannot recall.

11      Q.  When you say you could not lift it,

12  were you physically unable to lift it?

13      A.  I don't exactly know how to answer

14  this.  I was able to lift it, but I was in a lot

15  of pain.

16      Q.  Okay.  All right.  And where was the

17  pain?  What was -- describe the pain.

18      A.  It was a stabbing feeling in my

19  stomach.

20      Q.  And what items caused you to get this

21  stabbing feeling in your stomach?

22      A.  Well, if I was lifting up anything

23  heavy, cases of water, cases of beer, just heavy

24  items.

25      Q.  And so you didn't tell anybody that you

Vivian Patz
7/10/2018

1    were having this issue?

2         A.  I know I told, I know I told one

3    person.

4         Q.  Who was that?

5         A.  It was a manager.  I want to -- I

6    cannot recall.

7         Q.  Did you ask anyone for any way to

8    relieve you of the responsibility of lifting

9    heavy objects, heavy items?

10        A.  I'm sorry.  I don't understand.

11        Q.  Who did you -- you have this issue of

12   the pain whenever you lift something heavy.

13   Okay.  What was your solution to that issue?

14        A.  My solution, it depends on what I was

15   doing.  For instance, if I was stocking

16   something, instead of lifting up a whole case of

17   something to stock, I would open up the box

18   right there.  Get a buggy.  Put, you know, the

19   items in the buggy, or ask somebody else would

20   you mind putting the box in the buggy.  Push the

21   buggy where I need to stock it.  Open it up and

22   then stock the shelf.

23        Q.  Okay.  And then what about when you

24   were working as a cashier?

25        A.  As a cashier, again, it depends.  One

Vivian Patz
7/10/2018

 1    incident, a customer had a case of beer, and I

 2    went and scanned it, rung them up and

 3    everything.  And I let them know that I cannot

 4    lift up the beer, and it's not a problem.  I got

 5    it.  So the customer would put it in the buggy.

 6         Q.  Okay.  And how often did this happen?

 7         A.  I'm sorry.  How often did what happen?

 8         Q.  When you would have the customers lift

 9    up the cases or the heavy items?

10         A.  I'm not sure on how many times.

11         Q.  Okay.  But you never requested any

12    assistance or told your managers that lifting

13    heavy items was a problem for you?

14         A.  Yes.  I did eventually tell them that

15    lifting up heavy items over ten pounds was an

16    issue.

17         Q.  And who did you tell?

18         A.  I told Ms. Shelly.

19         Q.  Uh-huh.

20         A.  Mr. Walter.

21         Q.  Do you recall when you told them this?

22         A.  The day that she asked me to get a

23    doctor's note to return to work.

24         Q.  Okay.  Do you recall what day that was?

25         A.  No, I do not.

Vivian Patz
7/10/2018

1       Q.   Okay.   The ten pounds, where did you
2    come up with that restriction?
3       A.   From doctors.
4       Q.   What doctors?
5       A.   From my first pregnancy.
6       Q.   Okay.   Do you know how much a 12 pack
7    of beer weighs?
8       A.   Not exactly, no.
9       Q.   Okay.   All right.   So at some point --
10   was this in April when you were told that they
11   wanted you to get a doctor's note for the
12   restriction?
13      A.   Yes.
14      Q.   Okay.   During this time from the first
15   time -- from the home pregnancy to the time that
16   you were told to get a doctor's note, had you
17   had any medical treatment?
18      A.   I'm sorry.   I don't understand.
19      Q.   From the time that you took the
20   pregnancy test, okay, until the time that you
21   were told that you needed a doctor's note --
22      A.   Uh-huh.
23      Q.   -- for them to accommodate your
24   request, had you received any medical treatment?
25      A.   No.

Vivian Patz
7/10/2018

1      Q.   When was -- all right.  So if I tell
2   you April 11th is the date that you were told to
3   get the doctor's note concerning the
4   restrictions, does that sound reasonable?
5      A.   Sounds right.
6      Q.   Okay.  All right.  What was the first
7   date that you actually contacted any doctor or
8   medical provider for that note?
9      A.   The same day.
10      Q.   The same day.  Who was that?
11      A.   Our Lady of the Sea.  Our Lady of the
12   Sea.
13      Q.   Okay.  And how did you contact them?
14      A.   I went there.
15      Q.   You went there.  Okay.  And what
16   happened?
17      A.   They turned me away because they
18   couldn't just give me a doctor's note.  It's
19   your primary physician.
20      Q.   Okay.  They -- did you show -- did you
21   have an appointment?
22      A.   No.
23      Q.   Okay.  Do you need an appointment to go
24   to that physician?
25      A.   No.  That was on the hospital.

Vivian Patz
7/10/2018

```
 1         Q.   That was the hospital?

 2         A.   Yes.

 3         Q.   Okay.   Was this at the ER for Our Lady

 4    of the Sea?

 5         A.   Yes.

 6         Q.   Okay.   And they told you that they --

 7    why did they tell you that they couldn't give

 8    you the note?

 9         A.   They told me that my primary physician,

10    someone who sees me on a regular basis that

11    knows my medical history or that would be --

12    have to give me a note that if there was

13    something, an emergency wrong with me, that they

14    could take me in.

15         Q.   Okay.

16         A.   But nothing was.

17         Q.   Okay.   Okay.   Okay.   So they referred

18    you to primary.   Okay.   So who was the next

19    medical provider or clinic that you contacted?

20         A.   Let's see.   After that, I called a

21    couple of doctors.   I looked online and called

22    to see how much an office visit would be without

23    insurance and everything, and I called Ochsner.

24    They had a few of their own practices for the

25    doctors.   I do not recall their names.   And then
```

Vivian Patz
7/10/2018

1    I also -- what was it called?  I went to another
2    hospital as well to see about getting the note.
3         Q.  And what hospital was that?
4         A.  I'm trying to remember the name.  It
5    was in Raceland, I know.  I know that.  It's
6    where I actually got the doctor's note from.
7         Q.  Okay.  When was that?
8         A.  Sometime in April.
9         Q.  Okay.  Do you recall when?
10        A.  No, not the exact date.
11        Q.  Okay.  All right.  I'm going to ask you
12   do you recall the doctor who gave you the note
13   to return to give to your -- to Sureway?
14        A.  I do not remember his name, no.
15        Q.  Okay.  Did you ever see him again?
16        A.  No.
17        Q.  Okay.  All right.  Do you recall what
18   time of day it was or which day of the week it
19   -- first, do you recall what day of the week it
20   was when you finally -- when you went to this
21   hospital in Raceland?
22        A.  Yes.
23        Q.  What day was it?
24        A.  Friday.
25        Q.  Okay.  All right.  Do you recall what

Vivian Patz
7/10/2018

1    time of day?

2         A.  No, I do not.

3         Q.  Okay.  Was it -- do you think it was

4    first thing in the morning?

5         A.  I don't believe so.

6         Q.  Okay.  How did you pay for that, that

7    doctor's visit?

8         A.  My insurance picked it up.  Once I got

9    insurance, they back paid.

10        Q.  Okay.  And that would be Medicaid?

11        A.  Correct.

12        Q.  Okay.  When did you give this doctor's

13   note to anyone at Sureway?

14        A.  I believe it was the next day.

15        Q.  Okay.  And how did you deliver it?

16        A.  By hand.

17        Q.  Okay.  Do you know if there were any

18   doctors or medical clinics on Grand Isle at that

19   time?

20        A.  No, I do not know.

21        Q.  How did you end up at the hospital in

22   Raceland?

23        A.  Because that was the only one that I

24   could get to see me and to get a note, too, so I

25   could go back to work.

**Vivian Patz**
**7/10/2018**

```
 1        Q.   Okay.  Did you keep the managers at
 2   Sureway informed of your efforts?
 3        A.   Yes.
 4        Q.   Okay.  And how did you do that?
 5        A.   Text message, phone calls.
 6        Q.   Okay.  Do you recall what your number
 7   was that you used to contact managers at
 8   Sureway?
 9        A.   I do not remember the whole number on
10   top my head.  It would be the one that ended in,
11   I believe it was, 8559.
12        Q.   Okay.
13        A.   Then I believe that Michael had a cell
14   number at that time, too, that we also used to
15   make phone calls.
16        Q.   Okay.  The 8559, do you recall who the
17   service provider was for that?
18        A.   I believe that was Boost.
19        Q.   Okay.  Did you -- do you recall
20   specifically who you spoke to at Sureway?
21        MR. MOST:
22              Objection, ambiguous.
23        THE WITNESS:
24              I spoke with a few different
25        people.
```

Vivian Patz
7/10/2018

```
 1    EXAMINATION BY MS. LAMBERT:
 2        Q.   Okay.
 3        A.   Miss Denise, Miss Peanut, Miss Mona.
 4        Q.   Okay.  And who did you text?
 5        A.   Miss Denise.
 6        Q.   Okay.  How far was your apartment at on
 7    Nacari to Sureway store?
 8        A.   I'm not sure of the exact distance.  It
 9    would be about a five-minute walk.
10        Q.   Okay.  Did you ever walk over there to
11    tell them the difficulties you were having?
12        A.   I drove over there.
13        Q.   Okay.
14        A.   Yes.
15        Q.   Okay.
16        A.   And let them know everything.  I was
17    trying to get the note and everything.
18        Q.   So you personally went there in
19    addition to the phone calls?
20        A.   Correct.
21        Q.   Okay.  All right.  And the reason, if I
22    am correct -- and if I am not, please correct
23    me.  The reason you did not get -- I mean, it
24    took you until about Friday.  Was that because
25    you could not locate a place to give you the
```

**Vivian Patz**
**7/10/2018**

```
 1   note?
 2         A.   Well, there's many factors into it.
 3         Q.   Okay.   What are those factors?
 4         A.   No insurance.
 5         Q.   Uh-huh.
 6         A.   And then being able to see somebody
 7   without having to come up with money upfront for
 8   the visit and everything.  So money was an
 9   issue.
10         Q.   Was transportation an issue?  I mean,
11   you had a car at the time; right?
12         A.   Well, yes, we had a car, but the issue
13   was money for gas to get there.
14         Q.   Okay.   And did you ever ask anyone for
15   gas money?
16         A.   I did not ask, but someone did offer
17   and give me a few dollars for gas, yes.
18         Q.   And who was that?
19         A.   Miss Denise.
20         Q.   Okay.   And when was that?
21         A.   I believe that was about two days after
22   sending me home to get the note --
23         Q.   Okay.
24         A.   -- on one of the times I had went up
25   there to let them know what was going on, and
```

Vivian Patz
7/10/2018

```
 1   she lent me $20.
 2        Q.  Okay.  Let me ask you.  What was
 3   Michael's job at Sureway again.  What did he do?
 4        A.  He was a driver, a stocker.
 5        Q.  Okay.  And when he drove, did he drive
 6   his own vehicle?
 7        A.  No.
 8        Q.  Or shared vehicle?
 9        A.  I'm sorry.  He drove for Sureway.
10        Q.  Uh-huh.
11        A.  So he would drive their delivery
12   trucks.
13        Q.  Okay.  Okay.  Do you know or do you
14   recall if he ever was able -- if he ever used
15   any of those delivery trucks for personal
16   errands?
17        A.  I do not know.
18        Q.  Okay.  Had you ever been in one of
19   those delivery trucks?
20        A.  I've been in them.
21        Q.  Was it for personal reasons?
22        A.  No.
23        Q.  Was it for business?
24        A.  Business.
25        Q.  Okay.  Do you know of anyone who ever
```

Vivian Patz
7/10/2018

```
 1  used those vehicles for any sort of personal
 2  reasons?
 3       A.  I do not know.
 4       Q.  Okay.  After you got the note, did you
 5  start getting medical treatment or prenatal care
 6  after you got the note, after --
 7       A.  After I got the note, no, I did not
 8  have my insurance yet.
 9       Q.  Okay.  And do you recall when you got
10  your insurance?
11       A.  I do not remember exactly.  I know it
12  was roughly a few weeks after.
13       Q.  Okay.  All right.  And when was the
14  next time you got prenatal care?
15       A.  I'm sorry.  When was the next time I
16  got --
17       Q.  Yes.  You -- in April, okay, your
18  insurance goes into effect.  When is the next
19  time you got prenatal care?
20       A.  Once I got approved for the insurance,
21  I went ahead and called the doctor.  They seen
22  me within a few weeks.
23       Q.  Okay.  And who was that?
24       A.  The doctor I seen at Ochsner.
25       Q.  And that was in Raceland?
```

Vivian Patz
7/10/2018

1      A.   No.   That's in Galliano.

2      Q.   Galliano.   But was this the doctor you

3   saw in Raceland?

4      A.   No.

5      Q.   No.   Okay.   Let me ask you about that

6   note.   What other -- what did you tell the

7   doctor about what you needed?

8      A.   I told him that I needed to be checked

9   and okay to go back to work.

10      Q.   Okay.   Did you tell him that you needed

11   any sort of note indicating that you could not

12   lift over a certain amount?

13      A.   No, I did not specifically tell him

14   that.   I told him I did need a note to return to

15   work and that if I had any restrictions or if

16   anything, that I need the note to state

17   everything.

18      Q.   Did he have any other restrictions?

19      A.   Not that I recall.

20      Q.   Okay.   Do you know what Ortho-Novum is?

21      A.   No.

22      Q.   Okay.   Were you ever -- did you ever

23   take birth control?

24      A.   Yes.

25      Q.   Okay.   When did you stop taking birth

Vivian Patz
7/10/2018

1    control?

2         A.  I honestly don't remember.

3         Q.  All right.  Okay.  Prior to getting the

4    note, were you -- in April, did you take

5    prenatal vitamins or anything like that?

6         A.  Prior to the note, I do not recall if

7    it's prior or not.

8         Q.  Did you eventually start taking

9    prenatal --

10        A.  Yes.

11        Q.  Okay.  And where did you get those

12   vitamins?

13        A.  From the doctor.

14        Q.  Which doctor was that?

15        A.  The one that I seen at Ochsner.

16        Q.  Okay.  Does the name Herbert Muncie

17   sound familiar?

18        A.  I honestly do not know.

19        Q.  All right.  How often did you see the

20   doctor at Ochsner?

21        A.  At Ochsner, I seen him, I seen him

22   about once a month.

23        Q.  And where did you see him?

24        A.  At his office.

25        Q.  And where was that office?

Vivian Patz
7/10/2018

```
 1      A.  Galliano.
 2      Q.  Okay.  Do you recall where in Galliano
 3  that was?  Because I don't see any doctor's
 4  office on your answers to interrogatories, and I
 5  would be glad to show it to you.  I don't see an
 6  address in Galliano.
 7      A.  I don't see it on here.
 8  MR. MOST:
 9              Would you like us to update the
10      interrogatories?
11  MS. LAMBERT:
12              Huh?
13  MR. MOST:
14              Would you like us to update the
15      interrogatories, if she recalls more?
16  MS. LAMBERT:
17              Yes, sure.  Absolutely.
18  MR. MOST:
19              How do you spell Galliano?  Is
20      that G-A-L-L-I-A-N-O?
21  THE WITNESS:
22              I don't know.  Something like
23      that.
24  MR. MOST:
25              Something like that.  Okay.  We'll
```

Vivian Patz
7/10/2018

1      figure it out.

2    EXAMINATION BY MS. LAMBERT:

3      Q.  Okay.  So before you were fired, you

4    were not taking the prenatal vitamins, if I

5    understand you correctly?

6      A.  Correct.

7      Q.  You started taking them after,

8    afterward; correct, when your insurance took

9    effect?

10      A.  Correct.

11      Q.  Okay.  All right.  Let me ask you when

12    were you told that you were fired?

13      A.  I do not remember the exact date.  It

14    was roughly about two weeks after the note.

15      Q.  What were you doing during that time

16    frame that two weeks?

17      A.  I was keeping up to see when I could go

18    back to work, if anybody has heard anything.

19      Q.  Okay.  And how did you make those

20    inquiries?

21      A.  I called the store, went up there.

22      Q.  Okay.  Well, who told you that you were

23    fired?

24      A.  Ms. Shelly.

25      Q.  Okay.  And how did she do that?  Did

Vivian Patz
7/10/2018

```
 1   she do that in person?

 2        A.  No.

 3        Q.  Okay.  So she did it over the phone?

 4        A.  Yes.

 5        Q.  Okay.  Did she tell you why you were

 6   fired?

 7        A.  Yes.

 8        Q.  Okay.  What did she tell you?

 9        A.  She told me if you can't lift over ten

10   pounds, what do I need you for.

11        Q.  Okay.  So prior to that conversation

12   with Shelly, you had no idea that you were

13   fired?

14        A.  Correct.

15   MS. LAMBERT:

16              Okay.  Can we take a break real

17        quick?

18   MR. MOST:

19              Sure.

20        (Whereupon a brief recess was taken at this

21   time.)

22   EXAMINATION BY MS. LAMBERT:

23        Q.  Just to recap, so you were told on

24   April 28th, is that the date, that you no longer

25   had a job?
```

Vivian Patz
7/10/2018

```
 1      A.  I do not remember if that's the exact
 2  date, but that sounds about right.
 3      Q.  Okay.  All right.  And is that what --
 4  when were you told to vacate the apartment?
 5      A.  On the day that I was told that I was
 6  fired.
 7      Q.  Okay.  All right.  Was Michael still
 8  working for Sureway at that time?
 9      A.  We got fired on the same day.
10      Q.  Okay.  Why was Michael fired?
11      A.  He was a little late for work.
12      Q.  Who told you on that day to leave the
13  apartment?
14      A.  Mr. David.
15      Q.  What is David's last name?
16      A.  I do not remember.
17      Q.  Okay.  Did he call?  Did he come by?
18      A.  He came to the door.
19      Q.  Okay.  What time -- do you recall what
20  time of day it was?
21      A.  I don't remember the exact time.  It
22  was early.
23      Q.  Okay.  All right.  Did Mr. David tell
24  you to vacate the apartment?
25      A.  Yes.
```

Vivian Patz
7/10/2018

Page 86

1      Q.  Okay.  And do you recall what he told
2  you when he said to leave?
3      A.  I do not remember the exact words, no.
4      Q.  Okay.  So when did you talk to Ms.
5  Shelly?
6      A.  I'm sorry.  For?
7      Q.  When did you talk to Ms. Shelly?  You
8  said that you found out that you were fired the
9  same day that you were told to vacate the
10  apartment.
11      A.  Yes.
12      Q.  And that you said that Ms. Shelly is
13  the one who told you, you were fired.
14      A.  Correct.  Whenever Mr. David came to
15  the door and asked us to vacate, so I told him I
16  don't understand because I'm supposed to -- I'm
17  waiting to return to work, and then I went ahead
18  and called Ms. Shelly.  And then that's when she
19  told me.
20      Q.  Okay.  So you called her?
21      A.  Yes, ma'am.
22      Q.  Did you call her at the store or on her
23  cell phone?
24      A.  On her cell phone.
25      Q.  Okay.  Were you given any reason for

Vivian Patz
7/10/2018

```
 1   why you had to leave the apartment?
 2        A.  No, we weren't given a reason.
 3        Q.  Do you -- what was your -- what is your
 4   belief why you were told to leave?
 5        A.  Because we got fired.
 6        Q.  Okay.  What day did you actually leave
 7   the apartment?
 8        A.  It was that same day.
 9        Q.  Okay.  What -- I mean, I think we
10   already established that you did not -- that you
11   did not furnish this apartment.  So you did --
12   am I correct that you did not have to move any
13   furniture when you moved out?
14        A.  Correct.
15        Q.  All right.  So what did moving out
16   entail?  How did -- what did you do?
17        A.  We had to pack up all of our stuff,
18   find boxes.  And I talked to one of the managers
19   about getting boxes from Sureway, and they
20   allowed me to do that.
21        Q.  Okay.
22        A.  And then just cleaning up.
23        Q.  All right.  I believe in one of your
24   affidavits or one of your affidavits, you
25   indicate, if I can find it, that you called a
```

Vivian Patz
7/10/2018

```
 1   justice of the peace; is that correct?
 2       A.  Yes.
 3       Q.  Do you recall the name of that justice
 4   of the peace?
 5       A.  I don't know the name, no.
 6       Q.  Where did you find the justice of the
 7   peace name and phone number?
 8       A.  The internet.
 9       Q.  The internet.  Okay.  How did you
10   access the internet?  I think you said earlier
11   you didn't have cable or anything like that.
12   Did you have -- you had internet?
13       A.  From my phone.
14       Q.  Okay.  So you don't remember the name
15   of the justice of the peace.  Did you speak to
16   the justice of the peace, him or herself?
17       A.  I did not speak to him, Michael did.
18       Q.  Michael did.  Okay.  Well, what did
19   Michael tell you was the substance of his
20   conversation with the justice of the peace?
21       A.  Basically that it's illegal, but there
22   was nothing that he can do.
23       Q.  Okay.  So around what time did you
24   leave the apartment that day?
25       A.  I don't remember the exact time.  I
```

Vivian Patz
7/10/2018

 1   remember it was late.

 2        Q.   Okay.  So it was dark?

 3        A.   Yes, ma'am.

 4        Q.   Okay.  And where did you go?

 5        A.   That's when we went to the friends.

 6        Q.   Okay.  All right.  And when you were

 7   there with Joseph, did you have your own room,

 8   or what were your accommodations like?

 9        A.   We had our own little area.  We stayed

10   in what was supposed to be the bathroom, but it

11   was not renovated to having all the bathroom

12   stuff in it.  But we stayed in the little room.

13   We put a bed in there.

14        Q.   Okay.  Did it have a tub in there?

15        A.   It had a stand-up shower.

16        Q.   All right.  What size bed were you able

17   to fit in there?

18        A.   Single.

19        Q.   And so you and Michael stayed there two

20   months; correct?

21        A.   Around about.

22   MR. MOST:

23             Mischaracterizes the witness'

24        prior testimony.

25        THE WITNESS:

Vivian Patz
7/10/2018

1              It was about.

2  EXAMINATION BY MS. LAMBERT:

3      Q.  Okay.  About?

4      A.  About that time.

5      Q.  All right.  Now, on various documents

6  you indicated that you had to sell personal

7  items after your employment was terminated.

8  What items were they?

9      A.  Let's see.  We sold a fishing reel.  I

10  had sunglasses with a video camera in it.  What

11  else?  I can't remember all of the exact items,

12  but anything that we had that would be money

13  valued, we --

14      Q.  Okay.  Also, indicated in your

15  pleadings, interrogatories, I think, perhaps and

16  certainly in the settlement demand, you

17  indicated that you had to furnish a new home.

18  What address was that where you had to furnish

19  that home?

20      A.  The one on Sisters Road.

21      Q.  Did you purchase anything for that?

22      A.  Yes.

23      Q.  What did you purchase?

24      A.  We purchased a bed, a frame for it,

25  dishes and garbage cans and curtains, a table,

Vivian Patz
7/10/2018

```
 1   TV stand, night stand.  At that time Kylie was
 2   born.  So we had to get a crib, that kind of
 3   stuff.
 4        Q.  Do you have receipts for any of those
 5   purchases?
 6        A.  I don't believe I still have any.  I
 7   would have to look.  I'm not sure.
 8        Q.  How did you purchase them?  Was it
 9   cash, credit card, check?
10        A.  Cash and card.
11        Q.  Okay.  When you say card, it was not a
12   gift card; was it?
13        A.  No.
14        Q.  Okay.  All right.  You also indicated
15   that you had to pay a deposit?
16        A.  Uh-huh.
17        Q.  Where was that?
18        A.  At the trailer.
19        Q.  Okay.  And that's, again, Sisters Road?
20        A.  Yes.
21        Q.  Okay.  All right.  And do you have a
22   receipt for that?
23        A.  I would have to look in my files.  I'm
24   unsure.
25        Q.  Okay.  All right.  And how much was
```

Vivian Patz
7/10/2018

```
 1    that deposit?
 2         A.   That one was 200.
 3         Q.   Okay.  And did you have to pay a
 4    deposit anywhere else?
 5         A.   I don't remember.  I'm sorry.  When you
 6    say anywhere else, like anyplace else or like
 7    for like electricity or --
 8         Q.   Yes.
 9         A.   Because I don't remember if we had to
10    put a deposit down to get the electricity
11    started in the trailer and stuff like that, but,
12    yes, whenever we moved, also, to Arizona, we had
13    to put down a deposit for rent, gas,
14    electricity, and water.
15         Q.   Okay.  Did you -- the items that you
16    purchased for the Sisters Road trailer, did you
17    bring those to Arizona with you?
18         A.   Not all of it.  We brought some, and
19    then we're still working on getting the rest
20    over there.
21         Q.   Let me ask you real quick.  Let me go
22    back and just clarify something.  Home Depot,
23    you started in September 2017.
24         A.   Uh-huh.
25         Q.   Do you recall what your starting salary
```

Vivian Patz
7/10/2018

1   was or starting wage?

2        A.   Started was nine.

3        Q.   And do you recall what -- how many

4   hours you were working at the time?

5        A.   I'm sorry.  When I started?

6        Q.   Yes, uh-huh.

7        A.   When I started, it was about, I want to

8   say, about 25.

9        Q.   Okay.  You said that you are currently

10  making $11 an hour?

11       A.   Correct.

12       Q.   Okay.  When did you start making $11 an

13  hour?

14       A.   I don't remember the exact date.

15  Minimum wage went up at the beginning of the

16  year, and then shortly after I got a raise.

17       Q.   Okay.  All right.  So did you go from

18  $9 directly to $11, or --

19       A.   No, ma'am.

20       Q.   -- was there --

21       A.   I went from nine, and then minimum wage

22  went up in January to ten fifty.

23       Q.   Okay.

24       A.   And then roughly about a month, month

25  and a half or so, then I got my 50 cent raise.

Vivian Patz
7/10/2018

1       Q.   Okay.   All right.   Now, you told me
2    that your daughter was born in November?
3       A.   Yes, ma'am.
4       Q.   Okay.   Where was she born?
5       A.   She was born at St. Tammany Parish
6    Hospital.
7       Q.   Okay.   Do you recall the name of the
8    doctor?
9       A.   Yes, my doctor, Dr. Plaisance.
10      Q.   Okay.   And you were using Medicaid --
11      A.   Yes, ma'am.
12      Q.   -- for that?   Okay.   All right.   Do you
13   have a birth certificate for Kylie?
14      A.   Yes, I do.
15   MS. LAMBERT:
16             Okay.   I'm going to ask that that
17      be produced.
18   MR. MOST:
19             Sure.
20   EXAMINATION BY MS. LAMBERT:
21      Q.   Okay.   All right.   Did you have any
22   complications during this pregnancy?
23      A.   Yes.
24      Q.   What were they?
25      A.   I had hypertension.

Vivian Patz
7/10/2018

```
 1        Q.  Okay.  Anything else?
 2        A.  I think that's all throughout this
 3   pregnancy.
 4        Q.  Okay.  Was your daughter premature?
 5   Was she born premature?
 6        A.  No, ma'am.  There was complications at
 7   birth, though.
 8        Q.  Okay.  And what were they?
 9        A.  She had the cord around her neck, and
10   when she was born, she was very dark.  And all I
11   could remember is that they patted her on the
12   back, just, "Come on, come on," saying that kind
13   of stuff.  So it took me a long time to realize
14   that she was probably dead when she was born or
15   not taking in that first breath.
16        Q.  How much did she weigh?
17        A.  She weighed six pounds, 13 ounces.
18        Q.  Okay.  I'm just curious because my kids
19   were -- my daughter was eight pounds,
20   three-and-a-half ounces, and my son was nine
21   pounds, three-and-a-half ounces.
22        A.  Oh, wow.  Big babies.
23        Q.  He continues to grow.  He is 15 and
24   six, six and 300 pounds.  So --
25        A.  They can do that.
```

Vivian Patz
7/10/2018

1    Q.  Okay.  Has your daughter continued to

2  -- has she suffered any additional complications

3  because of this?

4    A.  I don't think so, no.

5    Q.  Does she have any medical conditions?

6    A.  Unh-unh, no.

7    Q.  All right.  Let me ask you something

8  about the lead disclosure.  I understand you

9  believe that Shelly and Sureway and all of them

10  were supposed to disclose to you the possibility

11  of lead-based hazards.

12  MR. MOST:

13          Objection, calls for a legal

14      conclusion.

15  EXAMINATION BY MS. LAMBERT:

16    Q.  When did you learn that you were

17  supposed to be informed or advised of this

18  information?

19    A.  I'm sorry.  I don't understand.  When

20  was I told about?

21    Q.  Yes.  When were you told?

22  MR. MOST:

23          Objection.  Also, calls for on the

24      basis of attorney/client privilege.

25  EXAMINATION BY MS. LAMBERT:

Vivian Patz
7/10/2018

Page 97

```
 1      Q.  So --
 2      A.  Do I answer?
 3   MR. MOST:
 4            You can answer.
 5   MS. LAMBERT:
 6            Yes.
 7   THE WITNESS:
 8            I found out about that whenever
 9      all this started.
10   EXAMINATION BY MS. LAMBERT:
11      Q.  So you did not know anything about that
12   until after you consulted an attorney?
13      A.  Correct.
14      Q.  Have you ever received any kind of
15   information from any of your landlords like that
16   about lead-based hazards?
17      A.  Yes.  Whenever we -- like when we moved
18   into our apartment for Arizona, through our
19   lease we had paperwork that we had to sign.
20      Q.  Okay.  What about the trailer?
21      A.  No, they didn't have us sign there or
22   told us anything.
23      Q.  Okay.  So tell me if I am correct that
24   you didn't leave the property, the Nacari Lane
25   property, because you weren't informed of the
```

Vivian Patz
7/10/2018

```
 1   potential of lead-based paint, lead-based
 2   hazards?
 3        A.  I'm sorry.  I didn't understand.
 4        Q.  The failure to provide you with this
 5   information about possible lead hazards, had no
 6   role in your leaving the apartment?
 7        A.  Uh-huh.
 8        Q.  Is that correct?
 9        A.  Correct.
10        Q.  What damages have you sustained as a
11   result of that failure --
12        MR. MOST:
13                   Objection, calls for a -- I'm
14        sorry.  You can finish.
15   EXAMINATION BY MS. LAMBERT:
16        Q.  What damages have you suffered as a
17   result of the failure to provide you with that
18   disclosure?
19        MR. MOST:
20                   Objection, calls for a legal
21        conclusion.
22        THE WITNESS:
23                   I'm not sure.
24   EXAMINATION BY MS. LAMBERT:
25        Q.  Okay.  So you've never had a doctor
```

Vivian Patz
7/10/2018

1    tell you that you have suffered any sort of
2    physical ailment?
3         A.  No, not that I know of.
4         Q.  Have you ever sought any sort of mental
5    health?
6         A.  No, ma'am.
7         Q.  Okay.  Did you have a bank account when
8    you lived in Grand Isle?
9         A.  Yes, ma'am.
10        Q.  You did.  Okay.  What bank was that
11   with?
12        A.  USAA.
13        Q.  USAA.  Okay.  Did they have a local
14   branch?
15        A.  No, ma'am.
16        Q.  Where would you -- where was the
17   closest USAA?
18        A.  I honestly don't know.
19        Q.  Okay.
20        A.  I believe Texas for the branch.
21        Q.  Okay.  Well, what services did you
22   have, or did you have a checking account with
23   them?
24        A.  Yes, ma'am, I had a checking, and I had
25   a savings.

Vivian Patz
7/10/2018

```
 1        Q.   Okay.  How did you make deposits with
 2    them?
 3        A.   Well, with Sureway I was unable to, but
 4    like for Office Depot, I would have my checks
 5    direct deposited.
 6        Q.   Okay.  All right.  Now, there's an
 7    allegation that Sureway and the other defendants
 8    have a history of discriminating against
 9    pregnant employees.  Do you know who these
10    employees or former employees are?
11        A.   I know of a incident for one other
12    person.
13        Q.   Okay.  Who was that?
14        A.   Victoria.
15        Q.   Okay.  Victoria?
16        A.   Spell.
17        Q.   And what was the situation with her?
18        A.   I don't know exactly.  I know that she
19    got pregnant, and that shortly after, she was
20    having trouble with housing and having a place
21    to stay and stuff like that from getting fired
22    and evicted.
23        Q.   Okay.  And who told you this?
24        A.   Victoria.
25        Q.   Victoria told you?
```

Vivian Patz
7/10/2018

```
 1        A.   Uh-huh.
 2        Q.   When is the last time you spoke to
 3   Victoria?
 4        A.   It's been awhile.  I don't remember
 5   exactly when.
 6        Q.   Has it been since April of 2016?
 7        A.   Around about, if not before.
 8        Q.   Okay.  How did you get in touch with
 9   Victoria?
10        A.   I had her phone number.  Once she was
11   able to get into a place, I knew where she
12   lived.
13        Q.   Where did she live?
14        A.   I don't remember the exact address.
15   Again, I just know how to get there.
16        Q.   Was it on Grand Isle?
17        A.   Yes, ma'am.
18        Q.   Do you recall what her phone number
19   was?
20        A.   No, ma'am.
21        Q.   Did Victoria go to work anywhere else
22   on the island; do you know?
23        A.   Yes, ma'am.
24        Q.   Where did she go to work?
25        A.   I know she worked at Sureway, and then
```

Vivian Patz
7/10/2018

Page 102

1    I know she worked at -- it was like a
2    restaurant.  I can't remember the name.
3        Q.  Just so I understand, let me be clear.
4    Did she go back to Sureway?
5        A.  I'm not sure.
6        Q.  Okay.  All right.  You just know that
7    she had worked there?
8        A.  Correct.
9        Q.  And then you think that she worked at a
10   restaurant on Grand Isle?
11       A.  I know she worked at a restaurant.  I
12   can't remember the name.
13       Q.  Okay.  All right.  Do you know if she's
14   still in Grand Isle?
15       A.  I have no idea.
16       Q.  Okay.  Do you -- and I apologize.  You
17   don't recall the phone number; right?
18       A.  No, ma'am.
19       Q.  Okay.  Do you have any contact
20   information for her or anything else?
21       A.  No, ma'am.
22       Q.  Okay.  Have you spoken to anyone else
23   about your case other than your lawyers?
24       A.  No, ma'am.
25       Q.  Okay.  Who is Cher Polkey?

Vivian Patz
7/10/2018

```
 1      A.   I'm sorry?

 2      Q.   Cher Polkey?

 3      A.   Oh, yes, ma'am.

 4      Q.   Who is that?

 5      A.   She used to work for Ms. Shelly.

 6      Q.   And what did she do?

 7      A.   I know she did a lot.  I don't recall

 8  her exact title.  I know she did produce.

 9      Q.   Okay.  All right.  Do you know anyone

10  else who may have information or knowledge about

11  the facts of this case?

12      A.   I wouldn't know.

13      Q.   Okay.  Do you know if you're going to

14  have any expert witnesses?

15      A.   I don't know.

16  MS. LAMBERT:

17            Can we have a minute?  I might be

18      finished.

19  MR. MOST:

20            Sure.

21      (Whereupon a brief recess was taken at this

22  time.)

23  EXAMINATION BY MS. LAMBERT:

24      Q.   Just a couple more questions.

25      A.   Yes, ma'am.
```

Vivian Patz
7/10/2018

Page 104

```
 1        Q.   Your automobile, do you still have that
 2   same automobile?
 3        A.   No, ma'am.
 4        Q.   Okay.   What happened to it?
 5        A.   We -- the head gasket blew on it.
 6        Q.   Okay.   So you did not lose it because
 7   you were unable to make the payments; is that
 8   correct?
 9        A.   Correct.
10        Q.   Okay.  Was it paid off when it finally
11   broke down?
12        A.   No, ma'am.
13        Q.   And when did it break down?
14        A.   I don't remember the exact date.
15   Roughly six, seven months ago.
16        Q.   Okay.  All right.  The deposit that you
17   paid for Sisters Road, did you ever get that
18   back?
19        A.   No, ma'am.
20        Q.   Why not?
21        A.   Whenever we moved out, we had issues
22   with the electricity, and the understanding of
23   -- the electric company said that it was not a
24   house that it was tied to for that one.
25        Q.   Okay.  I'm sorry.  The deposit that you
```

Vivian Patz
7/10/2018

```
 1   paid for the trailer itself?
 2        A.   Right.   We had problems with the
 3   electricity because they didn't have -- the
 4   landlord did not have it set up correctly to our
 5   trailer.   They had it put in as something else,
 6   and --
 7        Q.   Okay.
 8        A.   So the electricity went out, and then
 9   we were trying to get it back on and everything.
10   And then it became an issue where we could not
11   get it back on.   So we had to leave.
12        Q.   Okay.   And so the landlord of the
13   trailer kept your deposit because you left?
14        A.   He said because we left -- I can't
15   remember if it was the first or second week of a
16   month, but that money factored out to that time.
17        Q.   Oh, okay.   So did -- the landlord took
18   your deposit and applied it to your rent?
19        A.   Correct.
20        Q.   Okay.
21   MR. MOST:
22              I spoke to him.   He was a jerk.
23   MS. LAMBERT:
24              Well, it sounds like it with the
25   electricity.
```

Vivian Patz
7/10/2018

Page 106

```
 1      MR. MOST:
 2              Yes.
 3   EXAMINATION BY MS. LAMBERT:
 4      Q.  Okay.  Now, let me ask you something.
 5   Are you aware of Chabert Hospital?
 6      A.  No.
 7      Q.  You are not aware of Chabert?  When you
 8   were doing your research and trying to find
 9   someplace to get a note, did anyone suggest that
10   you go to the -- well, for lack of a better
11   word, the Charity Hospital?
12      A.  No, I did not know about it.  No one
13   suggested that one to me, and I did not find it
14   in my research either.
15      MS. LAMBERT:
16              Okay.  So you were not aware.
17      Okay.  And so no one told you about Chabert.
18      Okay.  All right.  Anything else?  All
19      right.  I think that does it.
20      MR. MOST:
21              Great.  You are done.
22      MS. LAMBERT:
23              Okay.  Does she want to read and
24      sign?
25      MR. MOST:
```

**Vivian Patz**
**7/10/2018**

1          We would like to take look at it,

2     yes, and you can just send it to me

3     electronically.

4     (Whereupon the deposition was concluded at

5   this time.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Vivian Patz**
**7/10/2018**

1

2

3                         WITNESS CERTIFICATE

4

5           I, VIVIAN PATZ, have read or have had

6       the foregoing testimony read to me and hereby

7       certify that it is a true and correct

8       transcription of my testimony, with the

9       exception of any attached corrections or

10      changes.

11

12

13

14

15                            _____

16                            VIVIAN PATZ

17

18

19

20

21

22

23

24

25

**Vivian Patz**
**7/10/2018**

```
 1              C E R T I F I C A T E
 2              This certificate is valid only for
    the transcript accompanied by my original
 3  signature and original required seal on this
    page.
 4              I, SHELLEY C. EXSTERSTEIN, Certified
    Court Reporter, in and for the State of
 5  Louisiana, as the officer before whom this
    testimony was taken, do hereby certify that
 6  VIVIAN PATZ, after having been duly sworn by me
    upon authority of R.S. 37:2554, did testify as
 7  hereinbefore set forth in the foregoing 107
    pages;
 8              That this testimony was reported by me
    in the stenotype reporting method, was prepared
 9  and transcribed by me or under my personal
    direction and supervision, and is a true and
10  correct transcript to the best of my ability and
    understanding;
11              That the transcript has been
    prepared in compliance with transcript format
12  guidelines required by statute or by rules of
    the board, and that I am informed about the
13  complete arrangement, financial or otherwise,
    with the person or entity making arrangements
14  for deposition services; that I have acted in
    compliance with prohibition on contractual
15  relationships, as defined by Louisiana Civil
    Code of Procedure Article 1434 and in rules and
16  advisory options of the board;
                That I have no actual knowledge of
17  any prohibited employment or contractual
    relationship, direct or indirect, between a
18  court reporting firm and any party litigant in
    this matter nor is there any such relationship
19  between myself and a party litigant in this
    matter; and that I am not related to counsel
20  or to the parties herein, nor am I otherwise
    interested in the outcome of this matter.
21
22
                       _____
23                     SHELLEY C. EXSTERSTEIN
                       CERTIFIED COURT REPORTER
24                     (No. 87112)
25
```

**A**

**A-C-H-E-S-S (1)** 36:5
**a.m (1)** 1:13
**Abdominal (1)** 52:25
**ability (3)** 10:13 55:3 109:10
**able (6)** 6:24 67:14 77:6 78:14 89:16 101:11
**above-mentioned ...** 4:4
**Absolutely (1)** 82:17
**access (1)** 88:10
**accommodate (1)** 70:23
**accommodation (1)** 66:9
**accommodations ...** 66:17 89:8
**accompanied (1)** 109:2
**account (4)** 41:24 42:4 99:7,22
**Achess (2)** 36:4 51:7
**acted (1)** 109:14
**action (3)** 1:3 7:20 8:3
**actual (1)** 109:16
**addition (1)** 76:19
**additional (2)** 10:5 96:2
**address (22)** 6:1,3 18:1,14 19:22 20:12,22 23:7,9 24:24 25:1 42:5 43:18 47:25 48:14 48:17,22 49:15,18 82:6 90:18 101:14
**addresses (2)** 17:25 49:11
**administering (1)** 3:20
**advised (1)** 96:17
**advisory (1)** 109:16
**affect (1)** 10:13
**affidavits (2)** 87:24 87:24
**aforementioned (1)** 3:4
**afterward (1)** 83:8
**ago (5)** 13:12 18:5,6 18:20 104:15
**agreed (1)** 3:2

**agreement (1)** 6:17
**ahead (3)** 60:16 79:21 86:11
**ailment (1)** 99:2
**alcohol (2)** 53:24,25
**allegation (1)** 100:7
**allowed (1)** 87:20
**alteration (2)** 66:10 67:2
**Amarillo (1)** 10:17
**ambiguous (2)** 14:22 75:22
**amount (2)** 31:25 80:12
**and/or (1)** 59:4
**anguish (2)** 59:4,21
**answer (19)** 7:23 10:13 29:7 30:24 30:25 31:2,5 49:2 55:3,25 57:11,19 60:14 62:5 65:13 66:15 67:13 97:2 97:4
**answered (3)** 32:24 48:25 65:12
**answers (7)** 3:13 6:17 39:6 45:2 50:24 63:24 82:4
**anybody (3)** 26:15 67:25 83:18
**anyplace (1)** 92:6
**apartment (23)** 1:11 4:2 6:4 18:17 20:15 27:24 29:15 31:19 32:16,18 34:10 49:15 76:6 85:4,13,24 86:10 87:1,7,11 88:24 97:18 98:6
**apartments (2)** 28:13 29:1
**apologize (1)** 102:16
**APPEARANCES...** 1:16
**appears (5)** 23:23 25:13 26:6,18 39:5
**applicable (1)** 56:3
**applied (13)** 8:10 9:3,10,19 43:1 44:3,10,13,15 64:11,19,19 105:18
**apply (8)** 42:10,18 42:20 43:1,5,7 45:6 64:8

**appointment (2)** 71:21,23
**approved (1)** 79:20
**April (15)** 24:24 47:12 62:24,25 64:19,20 65:10 66:23 70:10 71:2 73:8 79:17 81:4 84:24 101:6
**area (2)** 13:9 89:9
**Arizona (14)** 1:12 4:2 6:4 12:8 15:25 18:9 19:9,10 36:7 45:4,8 92:12,17 97:18
**Arizona's (1)** 36:8
**arrangement (1)** 109:13
**arrangements (1)** 109:13
**arrested (1)** 16:7
**Article (1)** 109:15
**articulate (1)** 56:10
**asked (7)** 32:24 48:25 55:8 65:12 66:8 69:22 86:15
**asking (4)** 31:13 35:4 57:10 58:2
**assistance (1)** 69:12
**attached (1)** 108:9
**attorney (1)** 97:12
**attorney/client (1)** 96:24
**attorneys (4)** 1:18 1:21,22 8:15
**Aurora (1)** 2:6
**authority (1)** 109:6
**auto (1)** 62:14
**automobile (2)** 104:1,2
**availability (1)** 41:2
**available (3)** 32:13 35:19 41:5
**Avenue (2)** 1:19 2:6
**average (2)** 35:9 50:19
**aware (4)** 31:15 106:5,7,16
**awhile (2)** 60:18 101:4

**B**

**B (1)** 2:13
**babies (1)** 95:22
**back (25)** 21:9 22:23,25 23:24 25:14 27:12 33:10

34:17 36:12 39:17 46:12,15 47:15,23 48:11 74:9,25 80:9 83:18 92:22 95:12 102:4 104:18 105:9,11
**bank (2)** 99:7,10
**Barner (1)** 1:19
**based (3)** 29:2,16 30:18
**Basically (1)** 88:21
**basis (2)** 72:10 96:24
**bathroom (2)** 89:10 89:11
**bed (3)** 89:13,16 90:24
**beer (6)** 54:3,4 67:23 69:1,4 70:7
**beginning (5)** 60:22 60:23 62:24,25 93:15
**behavior (2)** 59:7 59:11
**belief (1)** 87:4
**believe (7)** 7:19 15:20 16:10 20:23 25:11 39:17 42:21 45:9 50:17 65:16 74:5,14 75:11,13 75:18 77:21 87:23 91:6 96:9 99:20
**belong (3)** 13:17 61:19,22
**belonged (1)** 41:24
**benefits (5)** 35:12 40:15 43:2,5,22
**best (2)** 49:8 109:10
**better (1)** 106:10
**Big (1)** 95:22
**birth (9)** 10:14 11:12,22 44:18 45:7 80:23,25 94:13 95:7
**bit (1)** 17:14
**Blackledge (4)** 6:6 6:8 10:19 26:25
**blew (1)** 104:5
**blood (1)** 52:1
**board (2)** 109:12,16
**Boost (3)** 14:1,2 75:18
**born (10)** 10:16 21:7 27:18 91:2 94:2,4,5 95:5,10 95:14
**bought (1)** 37:7

**box (2)** 68:17,20
**boxes (2)** 87:18,19
**branch (2)** 99:14,20
**break (3)** 46:1 84:16 104:13
**breath (1)** 95:15
**brief (3)** 46:18 84:20 103:21
**bring (1)** 92:17
**broke (1)** 104:11
**brother (3)** 26:23 27:15,16
**brother's (1)** 26:24
**brought (1)** 92:18
**buggy (5)** 68:18,19 68:20,21 69:5
**building (2)** 48:18 48:21
**business (3)** 42:23 78:23,24
**businesses (1)** 42:11

**C**

**C (4)** 109:1,1,4,23
**C.C.R (1)** 2:5
**cable (4)** 32:7,8,9 88:11
**call (4)** 28:10 36:4 85:17 86:22
**CALLAWAY (2)** 2:5 3:17
**called (11)** 33:9 42:22 72:20,21,23 73:1 79:21 83:21 86:18,20 87:25
**calls (10)** 29:4,23 66:12 75:5,15 76:19 96:13,23 98:13,20
**calm (1)** 59:13
**camera (1)** 90:10
**cans (1)** 90:25
**car (10)** 23:1,3 32:19,22 33:14,15 33:16,23 77:11,12
**card (4)** 91:9,10,11 91:12
**care (6)** 51:16,18,18 79:5,14,19
**case (6)** 8:1 56:22 68:16 69:1 102:23 103:11
**cases (3)** 67:23,23 69:9
**cash (3)** 41:18 91:9 91:10

cashier (6) 38:6,9
39:4 66:1 68:24
68:25
cashiers (1) 66:2
cause (2) 56:17,20
caused (3) 52:23
57:1 67:20
cell (7) 11:24 13:23
14:18 15:22 75:13
86:23,24
cent (1) 93:25
certain (1) 80:12
certainly (1) 90:16
certificate (3) 94:13
108:3 109:2
certification (1) 3:9
Certified (5) 2:5
3:18 4:14 109:4,23
certify (2) 108:7
109:5
Chabert (3) 106:5,7
106:17
changed (1) 13:10
changes (1) 108:10
charge (1) 16:17
Charity (1) 106:11
Charles (1) 1:19
Chavarri (2) 1:12
1:22
check (6) 41:18,19
41:21,24,24 91:9
checked (1) 80:8
checking (2) 99:22
99:24
checks (2) 42:4
100:4
Cher (2) 102:25
103:2
Chevron (1) 37:12
child (4) 11:10,16
21:7 44:18
children (2) 7:3
11:7
chose (1) 35:24
chosen (1) 35:21
chronic (2) 51:19
52:20
civil (4) 1:3 3:6 56:1
109:15
claim (3) 58:13,16
58:25
claiming (3) 56:14
56:22 58:20
clarify (3) 40:17
51:5 92:22
clarifying (1) 33:24
class (2) 7:20 8:3

clean (1) 5:17
cleaning (1) 87:22
clear (1) 102:3
clerk (1) 37:19
client (1) 54:13
clinic (1) 72:19
clinics (1) 74:18
closest (1) 99:17
code (2) 13:9
109:15
come (9) 23:24
46:12,15 66:8
70:2 77:7 85:17
95:12,12
commencing (1)
1:13
Community (1)
48:2
company (5) 9:10
37:7,7,8 104:23
compel (1) 56:5
complete (1) 109:13
compliance (2)
109:11,14
complications (3)
94:22 95:6 96:2
concentration (1)
52:17
concerning (1) 71:3
conclude (1) 34:18
concluded (1) 107:4
conclusion (4) 29:5
66:13 96:14 98:21
conditions (2) 51:20
96:5
confirmation (1)
63:16
confused (1) 33:19
consent (1) 45:13
consulted (1) 97:12
contact (3) 71:13
75:7 102:19
contacted (2) 71:7
72:19
continue (4) 30:10
30:18 31:16 59:6
continued (2) 31:17
96:1
continues (1) 95:23
contractual (2)
109:14,17
control (2) 80:23
81:1
conversation (2)
84:11 88:20
convicted (1) 16:25
copy (3) 16:5 38:6

46:23
cord (1) 95:9
correct (65) 9:20,22
13:13 14:4,5
17:11 18:3,16,18
18:21 19:1,15
21:13 22:11 23:22
25:16 26:8,19
27:13,19 35:24
38:17,20,21 40:1
41:2 44:5,25 45:4
45:8,16 49:22
50:23 51:1,4,11
51:24 62:6 64:2
64:16,21 74:11
76:20,22,22 83:6
83:8,10 84:14
86:14 87:12,14
88:1 89:20 93:11
97:13,23 98:8,9
102:8 104:8,9
105:19 108:7
109:10
corrections (1)
108:9
correctly (4) 30:17
59:20 83:5 105:4
counsel (4) 3:3
54:13 55:21
109:19
couple (2) 72:21
103:24
course (1) 50:19
court (12) 1:1 2:5
3:18 4:4,19 5:12
5:19 6:20 7:4
109:4,18,23
Covington (18)
10:22 17:18 19:14
22:23,25 25:14
26:1 33:1 39:17
39:23 40:12 42:25
44:2,11,14,16
45:1 50:9
credit (1) 91:9
crib (1) 91:2
criminal (1) 56:2
CSL (1) 36:20
curious (1) 95:18
Curren-Landrieu...
2:6
current (5) 11:3
14:3 18:1,14
34:21
currently (7) 10:9
11:24 50:25 51:9
51:10,23 93:9

curtains (1) 90:25
customer (5) 34:25
36:18,20 69:1,5
customers (1) 69:8

**D**

D (1) 2:9
dad (12) 10:19,21
24:9,10,14,17
25:7,11,15 26:22
26:25 27:10
dad's (4) 23:20
27:12 39:18 43:19
damages (2) 98:10
98:16
dark (2) 89:2 95:10
date (17) 10:14
11:12,22 43:16
62:23 63:4 64:18
66:22 71:2,7
73:10 83:13 84:24
85:2 93:14 104:14
dates (1) 64:24
daughter (4) 94:2
95:4,19 96:1
David (3) 85:14,23
86:14
David's (1) 85:15
Dawson (2) 1:23
4:24
day (22) 1:14 21:2
35:7 43:4 69:22
69:24 71:9,10
73:18,18,19,23
74:1,14 85:5,9,12
85:20 86:9 87:6,8
88:24
days (1) 77:21
dead (1) 95:14
December (4) 24:7
24:13,17 40:1
decision (1) 56:8
defendants (1)
100:7
defense (3) 58:13
58:16,25
defined (1) 109:15
deliver (1) 74:15
delivery (3) 78:11
78:15,19
demand (1) 90:16
Denise (5) 2:3 65:23
76:3,5 77:19
dental (4) 35:16
40:24 51:2,3
dependent (1)
31:16

depends (2) 68:14
68:25
deposit (11) 28:19
28:22 91:15 92:1
92:4,10,13 104:16
104:25 105:13,18
deposited (1) 100:5
deposition (12) 1:11
2:15 3:4,14 4:18
5:11,25 6:11
55:17,18 107:4
109:14
deposits (1) 100:1
Depot (6) 34:23
36:10 37:23 38:1
92:22 100:4
describe (2) 28:3
67:17
diagnosed (3) 52:1
53:21,22
diary (1) 62:18
different (6) 37:8
44:3 48:18,21
49:10 75:24
difficulties (2)
52:16 76:11
direct (1) 100:5
109:17
direction (1) 109:9
directly (1) 93:18
disclose (1) 96:10
disclosure (2) 96:8
98:18
discovery (2) 7:19
8:4 39:6 55:18
discriminating (1)
100:8
dishes (1) 90:25
disorders (2) 53:18
53:20
distance (1) 76:8
DISTRICT (2) 1:1
1:2
doctor (17) 51:16
52:6 61:2 63:10
63:11 71:7 73:12
79:21,24 80:2,7
81:13,14,20 94:8
94:9 98:25
doctor's (11) 60:25
69:23 70:11,16,21
71:3,18 73:6 74:7
74:12 82:3
doctors (5) 70:3,4
72:21,25 74:18
Document (1) 2:14
documentation (1)

45:17
**documents (1)** 90:5
**doing (5)** 9:12,14
  68:15 83:15 106:8
**dollar (1)** 31:24
**dollars (1)** 77:17
**door (2)** 85:18
  86:15
**Dr (1)** 94:9
**drink (2)** 54:2,4
**drive (2)** 78:5,11
**driver (1)** 78:4
**driver's (1)** 15:25
**drove (3)** 76:12
  78:5,9
**drug (2)** 61:9,9
**drugs (5)** 53:24
  54:23 55:6,10
  58:10
**duly (3)** 4:3,19
  109:6
**duplex (4)** 28:5,11
  47:22 48:11
**duties (1)** 66:10

— E —
**E (5)** 1:5 2:9,13
  109:1,1
**earlier (2)** 33:22
  88:10
**early (4)** 62:4 65:20
  66:5 85:22
**earn (1)** 50:13
**earnings (1)** 45:14
**EASTERN (1)** 1:2
**education (1)** 17:14
**effect (2)** 79:18 83:9
**efforts (1)** 75:2
**eight (1)** 95:19
**either (2)** 13:22
  106:14
**eldest (1)** 11:9
**electric (1)** 104:23
**electricity (8)** 32:2
  92:7,10,14 104:22
  105:3,8,25
**electronically (1)**
  107:3
**Eleven (1)** 35:11
**Elsinore (3)** 18:25
  19:17 20:17
**emergency (1)**
  72:13
**Employed (1)** 40:5
**employees (5)** 30:4
  31:7 100:9,10,10
**employer (1)** 9:17

**employment (11)**
  9:10 29:2,16
  30:19 31:17 34:14
  40:16 41:6 45:7
  90:7 109:17
**ended (1)** 75:10
**entail (1)** 87:16
**entitled (1)** 2:14
**entity (1)** 109:13
**ER (1)** 72:3
**errands (1)** 78:16
**Esponge (1)** 2:3
**Esquire (4)** 1:18,19
  1:23,23
**established (1)**
  87:10
**estimate (2)** 24:21
  36:15
**eventually (3)**
  64:13 69:14 81:8
**everybody's (1)**
  56:7
**evicted (1)** 100:22
**evidence (1)** 3:15
**ex-boyfriend (1)**
  50:3
**exact (22)** 21:2
  31:24 43:16 44:16
  61:4 62:23 63:4
  64:18,24 66:22
  73:10 76:8 83:13
  85:1,21 86:3
  88:25 90:11 93:14
  101:14 103:8
  104:14
**exactly (16)** 8:18
  21:5 24:19 25:20
  25:22,23 26:11
  39:12 49:17 52:12
  65:17 67:13 70:8
  79:11 100:18
  101:5
**EXAMINATION...**
  2:11 5:21 10:8
  12:20 13:3 14:23
  29:6,14 30:5,23
  31:8 33:7 41:15
  47:1 49:12 60:5
  60:13,19 65:18
  66:14 76:1 83:2
  84:22 90:2 94:20
  96:15,25 97:10
  98:15,24 103:23
  106:3
**exception (1)** 108:9
**Exhibit (2)** 2:14
  5:18

**expert (1)** 103:14
**explain (1)** 6:14
**expulsions (1)**
  17:22
**EXSTERSTEIN (...**
  2:5 3:17 109:4,23

— F —
**F (1)** 109:1
**factored (1)** 105:16
**factors (2)** 77:2,3
**facts (1)** 103:11
**failure (3)** 98:4,11
  98:17
**familiar (5)** 14:7
  15:17 37:12 48:3
  81:17
**family (2)** 28:5,7
**far (2)** 40:16 76:6
**father (3)** 25:7
  26:19 27:15
**favor (1)** 54:2
**February (6)** 62:24
  62:25 65:16,20
  66:5,7
**Federal (1)** 3:9
**feeling (3)** 33:12
  67:18,21
**fell (1)** 8:6
**felt (1)** 23:5
**fifth (3)** 54:13 55:22
  56:2
**fifty (1)** 93:22
**figure (2)** 49:14
  83:1
**filed (2)** 8:25 9:24
**files (1)** 91:23
**filing (1)** 3:8
**finally (3)** 33:24
  73:20 104:10
**financed (1)** 62:6
**financial (1)** 109:13
**find (11)** 23:4 55:10
  56:14,16 57:21
  63:5 87:18,25
  88:6 106:8,13
**finding (1)** 40:14
**fine (1)** 57:25
**finish (2)** 57:18
  98:14
**finished (1)** 103:18
**fired (15)** 30:8
  42:10 43:8 83:3
  83:12,23 84:6,13
  85:6,9,10 86:8,13
  87:5 100:21
**firing (1)** 43:12

**firm (1)** 109:18
**first (41)** 4:3 13:6,8
  13:18 18:1,8,10
  21:16 25:16 27:21
  27:22 28:17 34:17
  38:16,19,24 39:1
  39:2,19 47:16,19
  47:20,21 48:6,7,8
  48:10,14,15 49:15
  49:20 50:5 63:12
  64:3 70:5,14 71:6
  73:19 74:4 95:15
  105:15
**fishing (1)** 90:9
**fit (1)** 89:17
**five (2)** 45:20 46:3
**five-minute (1)** 76:9
**followed (2)** 9:13
  63:9
**follows (1)** 4:5
**food (2)** 17:3,5
**Foods (2)** 42:21
  43:1
**foregoing (2)** 108:6
  109:7
**form (2)** 3:12 4:17
**formalities (1)** 3:8
**format (1)** 109:11
**former (1)** 100:10
**forth (1)** 109:7
**found (5)** 63:2
  64:25 65:1 86:8
  97:8
**four (3)** 13:7 23:15
  40:4
**four-plex (1)** 28:5
**frame (2)** 83:16
  90:24
**free (1)** 41:4
**Friday (2)** 73:24
  76:24
**friend (2)** 21:13
  50:2
**friend's (1)** 32:17
**friends (2)** 66:2
  89:5
**full (2)** 6:1,2
**furnish (3)** 87:11
  90:17,18
**furnished (1)** 31:19
**furniture (1)** 87:13

— G —
**G-A-L-L-I-A-N-...**
  82:20
**Galliano (6)** 80:1,2
  82:1,2,6,19

**garbage (1)** 90:25
**gas (5)** 34:3 77:13
  77:15,17 92:13
**gasket (1)** 104:5
**gastritis (2)** 53:4,13
**getting (7)** 27:24
  73:2 79:5 81:3
  87:19 92:19
  100:21
**gift (1)** 91:12
**give (11)** 5:17,25
  24:21 34:20 71:18
  72:7,12 73:13
  74:12 76:25 77:17
**given (3)** 6:11 86:25
  87:2
**glad (1)** 82:5
**go (24)** 21:9,23
  22:21 34:13,17
  36:12 37:9,20
  39:17 47:15 59:8
  60:16 65:2 71:23
  74:25 80:9 83:17
  89:4 92:21 93:17
  101:21,24 102:4
  106:10
**goes (1)** 79:18
**going (16)** 6:15 7:5
  7:5 10:3 34:15,16
  36:12 45:12 55:21
  56:5 57:18 60:9
  73:11 77:25 94:16
  103:13
**graduate (2)** 17:15
  17:17
**Grand (32)** 12:9
  20:24,25 21:23
  22:17,19,19,22
  24:4,10,12,17
  26:1,7 27:20 33:2
  33:25 34:18 38:15
  38:17 42:12,13,17
  42:25 47:17 50:5
  50:11 74:18 99:8
  101:16 102:10,14
**Great (1)** 106:21
**grow (1)** 95:23
**guess (3)** 28:10,11
  50:21
**guidelines (1)**
  109:12

— H —
**H (2)** 1:6 2:13
**half (2)** 47:23 48:12
  93:25
**halfway (1)** 44:19

hand (2) 22:2 74:16
handicap (1) 33:10
handled (1) 8:15
handling (1) 34:21
happen (3) 66:18
69:6,7
happened (4) 8:6,7
71:16 104:4
hazards (4) 96:11
97:16 98:2,5
head (6) 6:17,21
16:2 32:10 75:10
104:5
headaches (3)
52:19,20,23
health (3) 40:17
51:12 99:5
heard (1) 83:18
heavy (11) 66:20
67:6,8,23,23 68:9
68:9,12 69:9,13
69:15
Herbert (1) 81:16
hereinbefore (1)
109:7
hereto (1) 3:3
high (5) 17:15,18
52:1 58:21 59:5
Highway (3) 23:20
23:21 43:20
history (3) 34:14
72:11 100:8
hold (1) 4:25
home (18) 28:5,7
34:23 36:10 63:8
63:18 65:5,9
70:15 77:22 90:17
90:19 92:22
honestly (5) 8:13
50:20 81:2,18
99:18
hospital (9) 71:25
72:1 73:2,3,21
74:21 94:6 106:5
106:11
hour (3) 35:11
93:10,13
hours (9) 35:1,5,7,8
35:9 50:18 93:4
house (6) 16:16
27:12 28:13 39:18
48:11 104:24
housing (4) 31:6,16
41:2 100:20
Huh (1) 82:12
Hunt (1) 27:2
hypertension (1)

94:25

**I**

idea (7) 34:20 42:8
42:9 44:6 52:22
84:12 102:15
illegal (1) 88:21
illnesses (1) 51:20
immediately (3)
30:14 43:8,9
incident (2) 69:1
100:11
indicate (1) 87:25
indicated (7) 7:19
9:9 63:25 90:6,14
90:17 91:14
indicating (1) 80:11
indirect (1) 109:17
individually (1)
64:9
inflammation (2)
53:5,6
influence (1) 55:6
information (9)
7:16 10:4,5 45:15
96:18 97:15 98:5
102:20 103:10
informed (5) 9:4
75:2 96:17 97:25
109:12
injuries (6) 56:15
56:16 57:1,5,17
59:4
injury (3) 56:20,22
57:8
inquiries (1) 83:20
instance (1) 68:15
insurance (21)
35:17,22 36:1,3
40:18 50:25 51:6
51:7,12 62:14
63:21,22 72:23
74:8,9 77:4 79:8
79:10,18,20 83:8
interested (1)
109:20
internet (4) 88:8,9
88:10,12
interrogatories (7)
45:3 50:25 63:25
82:4,10,15 90:15
involved (1) 7:22
ION (1) 61:24
island (1) 101:22
Isle (32) 12:9 20:24
21:1,23 22:17,19
22:19,22 24:4,10

24:12,17 26:1,7
27:20 33:2,25
34:18 38:15,17
42:12,13,17,25
47:17 50:5,11
74:18 99:8 101:16
102:10,14
isolated (1) 33:12
issue (10) 67:3,4
68:1,11,13 69:16
77:9,10,12 105:10
issues (2) 26:2
104:21
items (11) 67:20,24
68:9,19 69:9,13
69:15 90:7,8,11
92:15

**J**

Jambon (2) 1:7 2:2
Jambon's (1) 42:3
JANIS (1) 1:7
January (6) 24:13
24:18,24 40:1
62:18 93:22
jerk (1) 105:22
job (18) 8:10 9:3
23:8,10 28:1
34:22 39:3 40:8
40:14 42:11 44:3
44:4,10,14,15
66:10 78:3 84:25
jobs (3) 42:11,15,18
Joint (1) 52:4
Joseph (6) 21:17,18
22:7 32:18 33:20
89:7
Joseph's (1) 22:16
Jr (1) 26:25
JUDGE (1) 1:6
July (3) 1:14 24:1
39:7
July/August (1)
45:3
jump (1) 34:16
justice (6) 88:1,3,6
88:15,16,20

**K**

K-Y-L-I-E (1)
11:18
Kathleen (1) 1:23
Kathy (1) 5:24
keep (3) 29:24
62:17 75:1
keeping (1) 83:17
kept (1) 105:13

kids (1) 95:18
kind (6) 32:15
36:25 61:23 91:2
95:12 97:14
knew (1) 101:11
know (96) 7:23 8:24
9:2,3 12:11 13:18
15:21,23 16:2
21:2,4,19,21
27:24 30:3,7,7,11
30:13 31:5 37:22
41:13,25 42:4,6
43:1,24 44:8 47:5
47:8,10,12,25
48:1 51:17,21
52:8 53:3,4,8
54:22 55:9,10,24
56:24 58:9,22
59:6 61:25 62:23
63:4 65:2,24,25
67:13 68:2,2,18
69:3 70:6 73:5,5
74:17,20 76:16
77:25 78:13,17,25
79:3,11 80:20
81:18 82:22 88:5
97:11 99:3,18
100:9,11,18,18
101:15,22,25
102:1,6,11,13
103:7,8,9,12,13
103:15 106:12
knowledge (3) 49:8
103:10 109:16
known (1) 6:5
knows (1) 72:11
Kylie (7) 11:17
20:13,16,18 34:6
91:1 94:13

**L**

L (1) 3:1
L.L.C (2) 1:22 2:6
lack (1) 106:10
lady (4) 36:20
71:11,11 72:3
Lambert (83) 1:12
1:22,23 2:11 4:6
4:11,15,22 5:4,9
5:15,21,24 10:2,8
12:20 13:1,3
14:23 29:6,14,25
30:5,23 31:8
32:25 33:7 41:10
41:15 45:11,21
46:9,16,20 47:1
49:12 54:16,20

55:1,7,14,23
56:12,23 57:3,9
57:16,24 58:3,8
58:15,19 59:2,15
59:24 60:3,5,11
60:13,19 65:18
66:14 76:1 82:11
82:16 83:2 84:15
84:22 90:2 94:15
94:20 96:15,25
97:5,10 98:15,24
103:16,23 105:23
106:3,15,22
Landing (1) 33:9
landlord (3) 105:4
105:12,17
landlords (1) 97:15
Landon (4) 11:11
27:10,17 34:7
Landon's (2) 11:12
11:14
Lane (8) 25:15 26:8
26:18 34:10 47:18
48:2,6 97:24
Larry (2) 49:24
50:1
late (6) 65:16,19
66:5,7 85:11 89:1
law (6) 1:12,17,18
1:22 3:7 20:19
lawsuit (6) 7:21 8:5
8:7 9:8,13,24
lawyers (1) 102:23
lead (2) 96:8 98:5
lead-based (4)
96:11 97:16 98:1
98:1
learn (1) 96:16
lease (2) 28:14
97:19
leave (15) 20:25
30:11,14 33:25
34:2 37:5 38:10
85:12 86:2 87:1,4
87:6 88:24 97:24
105:11
leaving (3) 42:25
50:5 98:6
left (18) 22:2,4,4,16
22:16,18,19,21
32:16,17 39:7,13
42:17 45:1,3
50:11 105:13,14
legal (4) 29:4 66:12
96:13 98:20
legs (2) 46:8,14
lent (1) 78:1

**Leo (1)** 65:25
**let's (11)** 4:9,12,12
  17:24 21:9 27:9
  37:11,21 45:15
  72:20 90:9
**license (2)** 15:25,25
**Life (1)** 51:1
**lift (10)** 67:5,8,11
  67:12,14 68:12
  69:4,8 80:12 84:9
**lifting (7)** 66:19
  67:3,22 68:8,16
  69:12,15
**list (2)** 13:14,15
**litigant (2)** 109:18
  109:19
**little (7)** 17:14 22:3
  32:19 33:19 85:11
  89:9,12
**live (24)** 10:21
  19:14 20:7,11,14
  20:22 23:16 24:9
  25:18 26:3,13,15
  27:4,7 28:8 29:1
  29:15,21 31:16,23
  34:7,12 50:8
  101:13
**lived (24)** 18:23
  20:24 21:12 23:7
  23:14 24:9,13,25
  25:6,8,15 26:7,10
  26:18,21 34:10
  47:16,18 48:6
  49:16,19,21 99:8
  101:12
**lives (1)** 34:6
**living (6)** 19:17
  20:12 24:16 30:10
  30:18 44:14
**LLC (2)** 1:7,12
**local (1)** 99:13
**locate (1)** 76:25
**long (25)** 12:4,6
  19:5 22:12,15
  23:13 24:9,16,20
  25:18,20 26:10
  33:13,13,15,16,18
  33:19 36:21 37:14
  37:24 38:22 53:12
  65:4 95:13
**longer (4)** 29:20
  31:10 37:6 84:24
**look (4)** 45:19 91:7
  91:23 107:1
**looked (1)** 72:21
**looks (1)** 27:17
**lose (1)** 104:6

**lost (2)** 23:8,10
**lot (4)** 9:12 53:4
  67:14 103:7
**Louisiana (10)** 1:2
  1:13,20,25 2:7
  3:19 9:24 17:11
  109:5,15

_____

**M**

**ma'am (43)** 5:23
  6:7,10,13,19 7:9
  7:17 9:1 11:19
  12:1 14:10 15:14
  16:1,4,8 27:3
  40:10 47:14 53:9
  53:11 61:10 62:20
  86:21 89:3 93:19
  94:3,11 95:6 99:6
  99:9,15,24 101:17
  101:20,23 102:18
  102:21,24 103:3
  103:25 104:3,12
  104:19
**MAG (1)** 1:7
**maiden (1)** 6:8
**making (3)** 93:10
  93:12 109:13
**manager (2)** 64:25
  68:5
**managers (7)** 65:1
  65:25 66:1 69:12
  75:1,7 87:18
**MAPLES (1)** 1:6
**March (3)** 65:10,20
  66:5
**marijuana (8)** 54:6
  54:8 58:22 59:22
  60:7,20 61:3,11
**marital (1)** 11:3
**Market (1)** 42:21
**married (2)** 11:4,5
**matter (3)** 109:18
  109:19,20
**mean (22)** 9:6
  16:11 23:24 27:8
  28:4,6 30:3 32:15
  33:18 40:16 41:22
  44:3 48:13 51:17
  52:11 54:12 65:9
  65:10 67:4 76:23
  77:10 87:9
**Medicaid (5)** 36:8
  64:1,14 74:10
  94:10
**medical (12)** 35:17
  35:22 51:20 63:22
  70:17,24 71:8

**72:11,19 74:18
  79:5 96:5
**medications (2)**
  10:10 51:23
**MEERVELD (1)**
  1:7
**meet (1)** 22:7
**Meghsha (1)** 1:19
**member (1)** 7:20
**memory (1)** 52:17
**mental (3)** 59:4,20
  99:4
**mentioned (1)** 8:4
**message (1)** 75:5
**Met (1)** 51:1
**Metairie (1)** 2:7
**method (1)** 109:8
**Michael (20)** 1:4
  2:2 20:13,16,18
  22:8 25:3 26:5,14
  47:3,3 49:21
  65:22 75:13 85:7
  85:10 88:17,18,19
  89:19
**Michael's (4)** 13:22
  15:20 18:23 78:3
**mind (1)** 68:20
**mine (1)** 15:8
**minimum (2)** 93:15
  93:21
**minute (1)** 103:17
**minutes (1)** 46:3
**mischaracterizes ...**
  12:18 30:21 41:8
  89:23
**missing (1)** 37:22
**misunderstandin...**
  7:7
**mom (5)** 10:19,23
  18:12 27:10 34:8
**mom's (2)** 16:16
  27:6
**Mona (1)** 76:3
**money (7)** 34:5 77:7
  77:8,13,15 90:12
  105:16
**month (8)** 21:4
  22:14 31:22 33:21
  81:22 93:24,24
  105:16
**monthly (3)** 62:11
  62:12,13
**months (7)** 23:15
  33:17 37:16 40:4
  44:22 89:20
  104:15
**mood (2)** 53:17,20

**MORGAN (1)** 1:6
**morning (1)** 74:4
**mother (3)** 18:23
  20:18 27:8
**motion (1)** 56:5
**motions (1)** 6:21
**move (8)** 18:4 19:2
  19:10 26:1 27:20
  38:14 59:8 87:12
**moved (24)** 12:7
  18:9,11,19 19:17
  19:19 24:4,10,12
  24:17 25:9,14
  26:7 27:22 31:20
  38:11,12,17 45:4
  45:8 87:13 92:12
  97:17 104:21
**moving (2)** 19:9
  87:15
**Muncie (1)** 81:16
**muscle (1)** 52:4

_____

**N**

**N (2)** 2:9 3:1
**Nacari (16)** 21:12
  23:11 24:23 25:1
  25:9,15 26:4 28:4
  29:16 34:10 47:18
  47:22 48:6,14
  76:7 97:24
**nailed (1)** 8:23
**name (34)** 5:25 6:1
  6:2,9 10:18 11:9
  11:14,20 21:16
  22:2,10 23:6
  26:24 41:17,20,23
  42:3,5 49:24 61:4
  61:20 63:12 65:24
  73:4,14 81:16
  85:15 88:3,5,7,14
  94:7 102:2,12
**names (2)** 42:23
  72:25
**nature (2)** 8:8 9:8
**Nausea (1)** 61:7
**necessarily (1)**
  52:18
**neck (1)** 95:9
**need (9)** 5:14 6:16
  51:5 54:14 68:21
  71:23 80:14,16
  84:10
**needed (4)** 70:21
  80:7,8,10
**neither (2)** 8:2 34:9
**never (2)** 69:11
  98:25

**new (4)** 1:13,20,25
  90:17
**night (1)** 91:1
**nine (3)** 93:2,21
  95:20
**North (4)** 1:11 4:1
  6:3 18:14
**note (28)** 69:23
  70:11,16,21 71:3
  71:8,18 72:8,12
  73:2,6,12 74:13
  74:24 76:17 77:1
  77:22 79:4,6,7
  80:6,11,14,16
  81:4,6 83:14
  106:9
**noted (1)** 60:12
**notice (2)** 2:14 5:10
**noticed (1)** 4:18
**notification (1)** 9:5
**November (1)** 94:2
**number (22)** 11:1
  12:2,5,15,16 13:4
  13:11,12,20,21
  14:14,15 15:6,19
  16:3 75:6,9,14
  88:7 101:10,18
  102:17
**numbers (1)** 13:15

_____

**O**

**O (1)** 3:1
**oath (1)** 3:20
**object (1)** 60:9
**objection (19)**
  12:18,25 14:22
  29:4,23 30:21
  32:24 41:8 48:25
  54:12 55:15 60:12
  65:12 66:12 75:22
  96:13,23 98:13,20
**objections (2)** 3:11
  4:17
**objects (1)** 68:9
**obsolete (1)** 32:15
**obstructionist (2)**
  59:7,11
**obviously (4)** 45:13
  45:16 46:22 65:22
**Ochsner (7)** 61:5
  63:14 72:23 79:24
  81:15,20,21
**offer (1)** 77:16
**offered (1)** 40:20
**office (8)** 37:23 38:1
  66:1 72:22 81:24
  81:25 82:4 100:4

**officer (1)** 109:5
**offices (2)** 1:12,17
**officiated (1)** 3:19
**oh (6)** 29:8 52:8
53:16 95:22 103:3
105:17
**okay (477)** 4:7,23
5:10,18,22,22 6:5
6:8,11,14,15,23
7:1,2,9,10,13,18
8:3,8,12,14,17,19
8:21,23,23 9:16
9:23 10:1,9,12,18
10:21,23,25 11:3
11:7,9,12,14,16
11:20,24 12:2,4
12:14 13:8,10,14
13:21,23 14:2,6,8
14:11,14,17,24
15:5,7,9,12,15,18
15:21,24 16:5,9
16:12,14,17,20
17:3,5,10,10,13
17:21,24 18:4,8
18:19,22 19:4,6,8
19:8,13,21 20:1
20:11,14,17,21,25
21:6,9 22:7,9,15
22:24 23:2,6,12
23:16,16,21,23
24:3,6,8,21,23
25:4,13,13,18,21
25:23,25 26:3,6
26:13,17,21,24
27:1,4,7,11,14,17
27:20 28:1,3,12
28:14,19,22,25
29:8,19 30:8,15
31:5,19,22 32:1,4
32:11,21 33:4,8
33:11,18,22,23
34:2,4,6,9,13,16
34:18,19,21,24
35:10,12,17,19,21
35:25 36:3,9,12
36:13,17,19,21,25
37:3,4,9,17,20,24
38:5,8,10,14,16
38:22 39:1,2,5,13
39:16,22,25 40:3
40:8,15,22 41:1,4
41:6,11,20,23
42:2,7,9,9,20,24
43:4,7,14,17,21
44:6,9,21,24 45:1
45:6,10,24 46:7
46:17 47:5,8,10

47:15,24 48:2,5,8
48:13,16,22 49:6
49:13,14,19,23
50:4,8,11,18,24
51:4,5,12,15,22
51:25 52:7,10,10
52:16,19,22 53:2
53:12,17,23 54:2
54:4,6,10 55:5,21
57:18 58:20 60:2
60:4,23 61:8,11
61:16,22 62:2,5,9
62:14,17,21 63:3
63:3,8,11,15,18
63:21,24 64:4,8
64:12,12,20,22
65:4,8,19 66:8,18
66:24 67:7,16
68:13,23 69:6,11
69:24 70:1,6,9,14
70:20 71:6,13,15
71:20,23 72:3,6
72:15,17,17,17,18
73:7,9,11,15,17
73:25 74:3,6,10
74:12,15,17 75:1
75:4,6,12,16,19
76:2,4,6,10,13,15
76:21 77:3,14,20
77:23 78:2,5,13
78:13,18,25 79:4
79:9,13,17,23
80:5,9,10,20,22
80:25 81:3,11,16
82:2,25 83:3,11
83:19,22,25 84:3
84:5,8,11,16 85:3
85:7,10,17,19,23
86:1,4,20,25 87:6
87:9,21 88:9,14
88:18,23 89:2,4,6
89:14 90:3,14
91:11,14,19,21,25
92:3,15 93:9,12
93:17,23 94:1,4,7
94:10,12,16,21
95:1,4,8,18 96:1
97:20,23 98:25
99:7,10,13,19,21
100:1,6,13,15,23
101:8 102:6,13,16
102:19,22,25
103:9,13 104:4,6
104:10,16,25
105:7,12,17,20
106:4,16,17,18,23
**once (9)** 11:6 43:12

47:6,7 60:25 74:8
79:20 81:22
101:10
**one-time (1)** 52:9
**online (1)** 72:21
**open (2)** 68:17,21
**opportunity (1)**
28:1
**options (1)** 109:16
**original (2)** 109:2,3
**Orleans (4)** 1:13,20
1:25 3:19
**Ortho-Novum (1)**
80:20
**ounces (3)** 95:17,20
95:21
**outcome (1)** 109:20
**outside (2)** 46:14
57:14
**overnight (1)** 37:19
**owner (1)** 42:3
**ownership (1)**
61:12

---

## P

**P (1)** 3:1
**pack (2)** 70:6 87:17
**page (2)** 2:10 109:3
**pages (1)** 109:7
**paid (7)** 15:3 41:17
61:20 74:9 104:10
104:17 105:1
**pain (6)** 52:4,25
67:15,17,17 68:12
**pains (2)** 52:6 67:6
**paint (1)** 98:1
**paperwork (5)**
43:11,12,15,18
97:19
**parents (2)** 10:18
19:14
**Parish (2)** 3:18 94:5
**parked (4)** 23:3,4
32:22 33:6
**part (3)** 3:14 41:6
50:22
**particular (1)** 12:5
**parties (2)** 3:3
109:20
**party (2)** 109:18,19
**pass (2)** 21:25,25
**Patricia (2)** 6:2,6
**patted (1)** 95:11
**Patz (13)** 1:3,4,11
2:2 4:1 5:22 6:3
11:21 45:13 46:21
108:5,16 109:6

**pay (10)** 14:24
31:22 32:1,1,5,12
56:7 74:6 91:15
92:3
**paying (2)** 62:7,10
**payments (1)** 104:7
**payor (1)** 41:21
**peace (6)** 88:1,4,7
88:15,16,20
**Peanut (1)** 76:3
**people (2)** 9:13
75:25
**percent (1)** 13:7
**person (5)** 28:8
68:3 84:1 100:12
109:13
**personal (13)** 26:2
39:14 56:21 57:5
57:8,17 59:3
62:18 78:15,21
79:1 90:6 109:9
**personally (1)**
76:18
**phased (1)** 37:1
**phone (18)** 11:25
13:4,15 14:24,25
15:3,19 75:5,15
76:19 84:3 86:23
86:24 88:7,13
101:10,18 102:17
**physical (1)** 99:2
**physically (1)** 67:12
**physician (3)** 71:19
71:24 72:9
**picked (1)** 74:8
**pier (1)** 33:10
**place (10)** 14:8 18:9
19:11 20:8,23
22:16,20 76:25
100:20 101:11
**places (1)** 44:4
**Plaintiffs (1)** 1:21
**Plaisance (1)** 94:9
**plan (1)** 35:16
**pleadings (1)** 90:15
**please (3)** 7:11
60:14 76:22
**point (3)** 54:12
59:23 70:9
**Polkey (2)** 102:25
103:2
**Ponchatoula (1)**
19:20
**position (1)** 37:6
**possibility (1)** 96:10
**possible (1)** 98:5
**potential (1)** 98:1

**pounds (7)** 69:15
70:1 84:10 95:17
95:19,21,24
**Poydras (2)** 1:12,24
**practices (1)** 72:24
**pre-2016 (1)** 53:15
**pregnancies (1)**
64:11
**pregnancy (14)**
44:20 58:21 59:5
63:7,16,19 65:6,9
66:9 70:5,15,20
94:22 95:3
**pregnant (15)** 17:7
17:11 58:21,23
60:21 62:22 63:6
64:6,15,23 65:6
65:21 66:6 100:9
100:19
**premature (2)** 95:4
95:5
**premises (1)** 21:12
**prenatal (6)** 79:5
79:14,19 81:5,9
83:4
**prepared (2)** 109:8
109:11
**present (2)** 2:1
62:21
**pressure (1)** 52:2
**Pretty (1)** 38:4
**previous (1)** 12:16
**previously (2)** 6:5
63:25
**primary (3)** 71:19
72:9,18
**print (1)** 38:6
**prior (13)** 12:19
13:4 19:8 20:21
24:8 26:17 30:22
41:9 81:3,6,7
84:11 89:24
**privilege (1)** 96:24
**probably (2)** 66:2
95:14
**problem (6)** 46:13
66:17,24,25 69:4
69:13
**problems (1)** 105:2
**Procedure (2)** 3:6
109:15
**proceeding (3)** 56:1
56:2 58:7
**process (1)** 6:14
**produce (2)** 10:4
103:8
**produced (1)** 94:17

prohibited (1)
  109:17
prohibition (1)
  109:14
properly (4) 4:18
  6:24 9:4,11
PROPERTIES (1)
  1:7
property (4) 28:20
  30:10 97:24,25
prosecution (1)
  16:23
provide (4) 45:16
  46:22 98:4,17
provider (10) 12:12
  13:23 14:18,18,18
  15:13,22 71:8
  72:19 75:17
purchase (3) 90:21
  90:23 91:8
purchased (2)
  90:24 92:16
purchases (1) 91:5
purposes (1) 3:7
Push (1) 68:20
put (10) 5:17 28:19
  28:22 43:12 68:18
  69:5 89:13 92:10
  92:13 105:5
putting (2) 42:22
  68:20

_____ Q _____

qualified (1) 4:19
question (13) 3:12
  7:11,24 9:7 12:25
  13:2,14 16:6
  29:13 41:14 55:25
  57:11,19
questions (6) 6:16
  10:13 55:3,19
  59:14 103:24
quick (3) 47:15
  84:17 92:21

_____ R _____

R (2) 1:23 109:1
R.S (1) 109:6
Raceland (5) 73:5
  73:21 74:22 79:25
  80:3
raise (2) 93:16,25
read (4) 4:25
  106:23 108:5,6
reading (1) 3:9
real (3) 47:15 84:16
  92:21

realize (1) 95:13
really (4) 7:24
  41:14 42:15 54:14
reason (7) 8:11 9:5
  54:25 76:21,23
  86:25 87:2
reasonable (1) 71:4
reasons (3) 39:14
  78:21 79:2
recall (65) 8:15
  9:23,25 13:23
  14:17 15:2,4,9,12
  15:18,21 16:17
  19:6,21 21:18
  22:9 23:8,13 24:3
  24:19 25:19,20
  26:10 32:21 37:10
  39:10 41:17,20
  42:23 43:17 48:16
  49:14,23 52:5,10
  63:16 65:8 66:22
  67:10 68:6 69:21
  69:24 72:25 73:9
  73:12,17,19,25
  75:6,16,19 78:14
  79:9 80:19 81:6
  82:2 85:19 86:1
  88:3 92:25 93:3
  94:7 101:18
  102:17 103:7
recalls (1) 82:15
recap (1) 84:23
receipt (1) 91:22
receipts (1) 91:4
receive (3) 17:5
  43:14,21
received (4) 17:1
  43:17 70:24 97:14
recess (3) 46:18
  84:20 103:21
recognize (4) 13:16
  13:20 14:14 15:6
recommendation ...
  61:1
recommended (1)
  61:2
record (1) 7:5
redeposed (1) 56:4
reel (1) 90:9
referred (1) 72:10
regular (1) 72:10
rejected (2) 9:5,11
rejecting (1) 8:11
relate (2) 55:2 59:1
related (2) 53:2
  109:19
relates (1) 59:3

relationship (2)
  109:17,18
relationships (1)
  109:15
relevance (3) 54:19
  54:21 57:22
relevancy (3) 59:14
  59:17 60:10
relevant (5) 55:13
  56:11,13 58:7,14
relieve (1) 68:8
remember (57)
  8:13,14,17 9:16
  9:21 12:6 13:5,6
  14:16 21:2,16,24
  22:1 31:24 33:6
  37:1,14 39:9,10
  42:22 43:6,16
  44:16 49:17 50:20
  61:4 63:12,17,20
  64:10,18,24 65:17
  73:4,14 75:9
  79:11 81:2 83:13
  85:1,16,21 86:3
  88:14,25 89:1
  90:11 92:5,9
  93:14 95:11 101:4
  101:14 102:2,12
  104:14 105:15
removing (1) 16:15
renovated (1) 89:11
rent (2) 92:13
  105:18
rented (2) 20:8,9
rents (1) 30:3
repeat (4) 7:11
  14:12 29:12 44:12
rephrase (1) 7:12
reported (2) 2:4
  109:8
reporter (10) 2:5
  3:18 4:4,19 5:12
  5:19 6:21 7:4
  109:4,23
reporting (2) 109:8
  109:18
request (2) 45:14
  70:24
requested (1) 69:11
required (1) 109:3
  109:12
research (2) 106:8
  106:14
reserve (1) 4:17
reserved (1) 3:13
residence (1) 18:10
responsibility (1)

68:8
responsiveness (1)
  3:12
rest (1) 92:19
restaurant (3)
  102:2,10,11
restriction (2) 70:2
  70:12
restrictions (3) 71:4
  80:15,18
result (3) 16:22
  98:11,17
retirement (1)
  35:16
return (4) 69:23
  73:13 80:14 86:17
returned (3) 39:25
  40:12 44:1
right (141) 5:3 6:20
  7:8,16,18 8:24
  9:19,23 10:14,25
  11:22 12:11,14
  13:18 14:2,6,8
  15:12,24 16:6,11
  16:25 17:24 18:8
  18:13,22 19:8
  20:21 21:9 22:5,6
  22:12 23:6,12,23
  25:6,25 26:6,17
  27:1,11,18 28:14
  28:25 29:1,15
  30:10,17 31:14,15
  32:16 34:6,13,21
  35:1 36:23,25
  37:4,17,24 38:16
  38:22 39:5,8,14
  39:16,22 40:8,11
  40:24 42:24 44:9
  46:10 47:2,10
  48:20 49:13,19
  50:4,12,18 51:6
  51:15 53:17,23
  54:10,22 55:9,17
  55:19 56:3 58:4,6
  58:9 59:5 61:11
  62:21 63:5 64:12
  64:14 67:16 68:18
  70:9 71:1,5,6
  73:11,17,25 76:21
  77:11 79:13 81:3
  81:19 83:11 85:2
  85:3,7,23 87:15
  87:23 89:6,16
  90:5 91:14,21,25
  93:17 94:1,12,21
  96:7 100:6 102:6
  102:13,17 103:9

104:16 105:2
  106:18,19
righty (1) 5:22
risk (2) 58:21 59:5
road (13) 18:25
  19:17,25 20:2,17
  20:22 21:23 22:5
  27:2 90:20 91:19
  92:16 104:17
role (1) 98:6
Romero (1) 10:20
room (2) 89:7,12
roughly (5) 19:3
  79:12 83:14 93:24
  104:15
rules (3) 3:6 109:12
  109:15
rung (1) 69:2

_____ S _____

S (2) 2:13 3:1
safe (2) 23:5 33:12
salary (3) 35:10
  50:14 92:25
sales (1) 38:7
sanctions (2) 56:6
  59:8
Saturn (1) 61:24
save (1) 3:11
savings (1) 99:25
saw (1) 80:3
saying (3) 57:12
  59:20 95:12
says (1) 21:10
scanned (1) 69:2
school (1) 17:15
Sea (3) 71:11,12
  72:4
seal (1) 109:3
sealing (1) 3:9
Sean (1) 1:23
second (8) 24:4
  28:23 50:12,15,16
  50:17 62:22
  105:15
SECTION (1) 1:5
Security (2) 11:1
  45:14
see (20) 10:4 13:15
  27:9 37:11,21
  46:13 55:12 72:20
  72:22 73:2,15
  74:24 77:6 81:19
  81:23 82:3,5,7
  83:17 90:9
seek (2) 56:3,6
seen (6) 63:13

PATZ 195

79:21,24 81:15,21
81:21
**sees (1)** 72:10
**sell (1)** 90:6
**send (2)** 8:11 107:2
**sending (1)** 77:22
**separate (1)** 28:9
**separately (2)** 32:4
32:5
**September (2)**
36:11 92:23
**service (9)** 14:18,25
15:3,13,22 34:25
36:18,20 75:17
**services (2)** 99:21
109:14
**set (2)** 105:4 109:7
**settlement (1)**
90:16
**seven (1)** 104:15
**shakes (1)** 32:10
**shaking (1)** 6:17
**shared (1)** 78:8
**shelf (1)** 68:22
**SHELLEY (4)** 2:5
3:17 109:4,23
**Shelly (13)** 1:7 2:2
27:23 42:2 69:18
83:24 84:12 86:5
86:7,12,18 96:9
103:5
**Sherry (1)** 10:20
**SHH (1)** 1:7
**shortly (3)** 37:22
93:16 100:19
**show (2)** 71:20 82:5
**shower (1)** 89:15
**shut (1)** 59:7
**side (1)** 22:2
**Sierra (5)** 1:11 4:2
6:4 18:1 19:18
**sign (8)** 4:25 28:14
35:23 45:13 46:15
97:19,21 106:24
**signature (1)** 109:3
**signing (3)** 3:9
46:13,21
**simple (1)** 56:18
**single (3)** 28:5,6
89:18
**Singlely (2)** 11:15
11:16
**sister (1)** 27:10
**Sisters (7)** 19:25
20:1,21 90:20
91:19 92:16
104:17

**situation (1)** 100:17
**six (5)** 44:22 95:17
95:24,24 104:15
**size (1)** 89:16
**smoked (1)** 57:22
**smoking (1)** 59:22
**Social (2)** 10:25
45:14
**sold (1)** 90:9
**solution (2)** 68:13
68:14
**somebody (4)** 9:9
49:23 68:19 77:6
**someplace (1)** 106:9
**son (3)** 64:3,4 95:20
**sooner (1)** 34:2
**sorry (35)** 6:19 9:7
14:12 15:1 16:11
24:2,11 25:1,9
29:8,12,13 32:16
32:17 35:4 36:21
36:25 44:12 47:19
50:15 51:17 53:19
68:10 69:7 70:18
78:9 79:15 86:6
92:5 93:5 96:19
98:3,14 103:1
104:25
**sort (13)** 16:22
40:15 51:19 52:20
54:22 62:18 66:9
66:10 67:3 79:1
80:11 99:1,4
**sought (2)** 3:15
99:4
**sound (5)** 37:12
39:8 48:3 71:4
81:17
**sounds (5)** 14:7
15:17 71:5 85:2
105:24
**sources (1)** 56:17
**speak (2)** 88:15,17
**specifically (4)** 3:10
15:11 75:20 80:13
**speculation (1)**
29:23
**spell (2)** 82:19
100:16
**split (1)** 28:13
**spoke (4)** 75:20,24
101:2 105:22
**spoken (1)** 102:22
**St (3)** 1:19 16:13
94:5
**stabbing (2)** 67:18
67:21

**stamps (2)** 17:3,6
**stand (2)** 91:1,1
**stand-up (1)** 89:15
**start (6)** 34:14,15
36:9 79:5 81:8
93:12
**started (9)** 36:11
38:19 83:7 92:11
92:23 93:2,5,7
97:9
**starting (2)** 92:25
93:1
**state (3)** 3:19 80:16
109:4
**STATES (1)** 1:1
**status (1)** 11:3
**statute (1)** 109:12
**stay (10)** 19:5,11
22:12,20,24 32:18
33:16,19 48:8
100:21
**stayed (5)** 18:11
32:19 89:9,12,19
**staying (1)** 23:11
**stenotype (1)** 109:8
**step (3)** 27:10 46:14
57:14
**Stephanie (2)** 26:8
26:18
**Stephenson (2)**
1:12,22
**stints (1)** 40:12
**stipulate (2)** 4:14
4:21
**stipulated (1)** 3:2
**stipulations (2)** 4:7
4:16
**stock (4)** 38:6 68:17
68:21,22
**stocker (1)** 78:4
**stocking (2)** 39:4
68:15
**stomach (2)** 67:19
67:21
**stop (2)** 54:10 80:25
**store (3)** 76:7 83:21
86:22
**straight (1)** 66:4
**street (17)** 1:11,13
1:24 4:1 6:3 18:15
19:21 21:24 22:1
23:7,9 47:25
48:13,16,22 49:15
49:17
**stretch (3)** 46:7,14
60:2
**structure (1)** 28:4

**stuff (9)** 16:15 52:6
54:14 87:17 89:12
91:3 92:11 95:13
100:21
**substance (1)** 88:19
**sued (2)** 7:25 8:1
**suffered (5)** 52:1
53:12 96:2 98:16
99:1
**suggest (1)** 106:9
**suggested (1)**
106:13
**suit (2)** 8:9,24
**Suite (4)** 1:13,20,24
2:6
**sunglasses (1)**
90:10
**SUPERMARKE...**
1:6
**supervision (1)**
109:9
**supposed (4)** 86:16
89:10 96:10,17
**sure (22)** 6:2 10:7
13:7 14:13,20
28:6 37:22 41:22
45:15 47:17 58:18
60:18 66:25 69:10
76:8 82:17 84:19
91:7 94:19 98:23
102:5 103:20
**Sureway (36)** 1:6
21:25 22:3 29:2
29:17,20 30:12,19
31:17 38:20,23
39:25 40:13,16
41:16,17 42:10
47:3 50:13 61:14
64:23 73:13 74:13
75:2,8,20 76:7
78:3,9 85:8 87:19
96:9 100:3,7
101:25 102:4
**SUSIE (1)** 1:6
**suspensions (1)**
17:21
**sustained (1)** 98:10
**Swifty (1)** 37:12
**Swifty's (1)** 37:21
**sworn (2)** 4:3 109:6

---

**T**

**T (5)** 2:13 3:1,1
109:1,1
**table (1)** 90:25
**take (15)** 5:24 22:3
45:19,20 46:1,3

54:13 55:22 62:5
63:18 72:14 80:23
81:4 84:16 107:1
**taken (6)** 1:12 3:5
46:18 84:20
103:21 109:5
**talk (5)** 4:9 17:24
57:14 86:4,7
**talked (2)** 27:23
87:18
**talking (9)** 5:5
29:24 30:9,15
31:11 42:6 59:12
59:12,13
**Tammany (2)**
16:13 94:5
**tell (26)** 13:16,17
21:22 31:2 50:1
55:25 64:22 65:19
65:21 67:7,8,25
69:14,17 71:1
72:7 76:11 80:6
80:10,13 84:5,8
85:23 88:19 97:23
99:1
**telling (3)** 57:4,11
57:19
**ten (4)** 69:15 70:1
84:9 93:22
**terminated (1)** 90:7
**test (4)** 63:7,8,19
70:20
**testify (2)** 4:5 109:6
**testimony (10)**
12:19,21,22 30:22
41:9 89:24 108:6
108:8 109:5,8
**Texas (2)** 10:17
99:20
**text (2)** 75:5 76:4
**Thank (4)** 5:20
33:23 46:21,25
**therapist (1)** 51:16
**thereof (1)** 3:14
**thing (3)** 9:15 52:9
74:4
**think (27)** 13:10,25
16:5 17:25 21:10
22:15 33:1,9 40:3
44:2 47:24 48:5
51:22 62:4 63:24
65:4,15,24 66:5
74:3 87:9 88:10
90:15 95:2 96:4
102:9 106:19
**thought (1)** 33:22
**three (2)** 13:6,8

PATZ 196

**three-and-a-half ...**
95:20,21
**tied (1)** 104:24
**time (90)** 3:13 17:8
21:10,11 24:4
25:12,16 26:22
27:21,22,22 28:17
28:23 35:23 36:2
38:17,19,23,24
39:1,2,11,19 40:4
43:2 44:10,13,15
44:16 46:19 47:11
47:16,19,20,21
48:6,7,9,10,14,15
49:20 50:6,12,15
50:16,17,22 51:13
51:14 56:7 60:6
61:13 62:17,22
63:1,22 65:5,21
65:22 66:8 70:14
70:15,15,19,20
73:18 74:1,19
75:14 77:11 79:14
79:15,19 83:15
84:21 85:8,19,20
85:21 88:23,25
90:4 91:1 93:4
95:13 101:2
103:22 105:16
107:5
**times (7)** 11:5 17:10
47:5,8 63:13
69:10 77:24
**timing (3)** 30:9,16
31:12
**title (1)** 103:8
**told (46)** 7:2 21:11
59:16 64:25 65:1
65:6,22,23,25,25
66:2,6,7 68:2,2
69:12,18,21 70:10
70:16,21 71:2
72:6,9 80:8,14
83:12,22 84:9,23
85:4,5,12 86:1,9
86:13,15,19 87:4
94:1 96:20,21
97:22 100:23,25
106:17
**tone (1)** 59:13
**top (2)** 16:2 75:10
**touch (1)** 101:8
**traffic (1)** 23:5
**trailer (9)** 19:20
20:6 91:18 92:11
92:16 97:20 105:1
105:5,13

**transcribed (1)**
109:9
**transcript (5)** 7:6
109:2,10,11,11
**transcription (1)**
108:8
**transportation (1)**
77:10
**treated (1)** 53:10
**treatment (3)** 70:17
70:24 79:5
**trial (2)** 55:16,17
**trick (1)** 7:15
**trouble (2)** 40:14
100:20
**trucks (3)** 78:12,15
78:19
**true (2)** 108:7 109:9
**try (1)** 55:16
**trying (12)** 7:15
13:5 23:13 49:14
56:14,15 57:21
65:15 73:4 76:17
105:9 106:8
**tub (1)** 89:14
**Tuesday (1)** 1:13
**turn (1)** 21:24
**turned (1)** 71:17
**TV (1)** 91:1
**twice (1)** 60:25
**two (11)** 11:8 22:18
28:13 33:17,23
36:22 38:1 77:21
83:14,16 89:19

**U**

**U (1)** 3:1
**uh-huh (24)** 6:22
18:7,24 20:5,10
24:15 30:6 31:9
35:3 38:13,25
40:7 48:19 53:1,7
69:19 70:22 77:5
78:10 91:16 92:24
93:6 98:7 101:1
**uh-huhs (1)** 6:24
**unable (3)** 67:12
100:3 104:7
**underneath (2)** 8:6
9:14
**understand (19)**
7:10 24:2 28:25
29:19 30:16,17
31:6,11 41:4
48:17 58:12 68:10
70:18 83:5 86:16
96:8,19 98:3

102:3
**understanding (5)**
24:11 30:1 59:19
104:22 109:10
**understood (1)** 9:6
**unemployment (3)**
43:2,5,22
**Unh-unh (1)** 96:6
**unh-unhs (1)** 6:25
**UNITED (1)** 1:1
**units (3)** 28:9 48:18
48:21
**unprescribed (1)**
61:9
**unsure (1)** 91:24
**update (2)** 82:9,14
**upfront (1)** 77:7
**USAA (3)** 99:12,13
99:17
**use (11)** 7:2,4 53:24
53:24 55:16,16
60:20,24 61:2,8
61:17
**usual (2)** 4:7,16
**Usually (1)** 54:3

**V**

**vacate (5)** 21:11
85:4,24 86:9,15
**vague (2)** 12:25
13:2
**valid (1)** 109:2
**valued (1)** 90:13
**VAN (1)** 1:7
**varies (1)** 35:4
**various (1)** 90:5
**vehicle (7)** 61:13,17
61:19,23 62:3
78:6,8
**vehicles (2)** 61:12
79:1
**verbalize (1)** 6:16
**verify (3)** 18:13
23:13 34:9
**Verizon (1)** 12:13
**Vernon (2)** 10:19
26:25
**VERSUS (1)** 1:5
**Victoria (7)** 100:14
100:15,24,25
101:3,9,21
**video (1)** 90:10
**visit (3)** 72:22 74:7
77:8
**Vista (5)** 1:11 4:2
6:4 18:2 19:18
**vitamins (3)** 81:5

81:12 83:4
**Vivian (8)** 1:3,11
4:1 6:2,6 108:5,16
109:6
**voice (1)** 59:13

**W**

**wage (4)** 50:14 93:1
93:15,21
**Wait (1)** 16:10
**waiting (1)** 86:17
**waived (1)** 3:10
**walk (2)** 76:9,10
**Walter (2)** 1:6
69:20
**want (12)** 4:14 7:7
34:13,14,17 46:3
55:5 58:22 59:9
68:5 93:7 106:23
**wanted (2)** 32:11
70:11
**wasn't (2)** 23:5
66:19
**water (3)** 32:5
67:23 92:14
**way (2)** 52:15 68:7
**ways (1)** 22:3
**we'll (3)** 46:7,12
82:25
**we're (4)** 57:17
59:12,13 92:19
**we've (1)** 17:25
**weed (1)** 57:22
**week (6)** 35:5,8
65:7 73:18,19
105:15
**weeks (6)** 22:18
33:23 79:12,22
83:14,16
**weigh (1)** 95:16
**weighed (1)** 95:17
**weighs (1)** 70:7
**weight (1)** 67:3
**welfare (1)** 17:1
**went (23)** 22:23
23:24,25 28:17
39:17 43:18 52:5
65:23 69:2 71:14
71:15 73:1,20
76:18 77:24 79:21
83:21 86:17 89:5
93:15,21,22 105:8
**weren't (3)** 9:12
87:2 97:25
**William (5)** 1:17,18
10:3 45:12 46:22
**Winn-Dixie (3)**

36:14 37:5,11
**witness (20)** 3:5,20
29:11 30:2 31:4
32:10 33:5 45:25
46:4 49:1,5,9
60:17 65:14 75:23
82:21 89:25 97:7
98:22 108:3
**witness' (4)** 12:19
30:22 41:9 89:23
**witnesses (1)**
103:14
**word (2)** 52:9
106:11
**words (2)** 7:4 86:3
**work (24)** 9:18
30:12,12 35:2
36:14 38:20,23
39:22 40:11 47:3
50:19,22 65:3,23
69:23 74:25 80:9
80:15 83:18 85:11
86:17 101:21,24
103:5
**worked (14)** 12:8
29:20 41:16 47:6
47:11,17 50:12
61:14 65:1 101:25
102:1,7,9,11
**working (9)** 27:25
31:10 34:22 36:9
65:2 68:24 85:8
92:19 93:4
**wouldn't (1)** 103:12
**wow (1)** 95:22
**write (1)** 6:21
**wrong (1)** 72:13
**wrote (1)** 5:13

**X**

**X (2)** 2:9,13

**Y**

**year (15)** 12:10,15
13:12 17:19 18:5
18:6,19 19:3
24:22 25:21 26:12
39:1,11 61:25
93:16
**years (4)** 36:22 38:2
53:14,15
**younger (2)** 7:3
57:23

**Z**

**0**

**04 (1)** 62:1
**07 (1)** 16:11
**08 (1)** 17:20

### 1

**1 (3)** 1:5 2:14 5:18
**10:00 (1)** 1:13
**100 (1)** 13:7
**101 (4)** 1:11,20 4:1
  6:3
**102 (1)** 48:2
**107 (5)** 1:11 4:2 6:4
  18:17 109:7
**1077 (3)** 23:20,21
  43:20
**10th (1)** 1:14
**11 (3)** 93:10,12,18
**11/14/16 (1)** 11:23
**114 (1)** 1:20
**11th (1)** 71:2
**12 (1)** 70:6
**13 (1)** 95:17
**1409 (1)** 13:11
**1434 (1)** 109:15
**15 (1)** 95:23
**17 (1)** 36:11
**176 (4)** 28:4 47:18
  48:5,14
**19330 (1)** 20:1
**1990 (2)** 1:13,24

### 2

**2 (1)** 20:4
**2:17-CV-03465 (1)**
  1:4
**20 (1)** 78:1
**200 (1)** 92:2
**201 (1)** 1:19
**2010 (2)** 8:21 36:16
**2012 (1)** 36:16
**2015 (5)** 8:19 24:1
  24:13 39:7 62:4
**2016 (10)** 21:3
  24:13,24,24 47:13
  52:13,14 62:18
  64:20 101:6
**2017 (3)** 16:10 45:4
  92:23
**2018 (1)** 1:14
**229-8412 (1)** 14:6
**25 (2)** 50:21 93:8
**278-8668 (2)** 14:11
  14:13
**28th (1)** 84:24
**295-1409 (2)** 12:3
  14:3

### 3

**3/19/10 (1)** 11:13
**300 (2)** 62:13 95:24
**31 (1)** 35:9
**37:2554 (1)** 109:6

### 4

**4 (2)** 2:6,11
**400 (2)** 1:12,24
**400-4139 (1)** 15:16
**401(k) (2)** 35:16
  40:22

### 5

**5 (1)** 2:14
**50 (1)** 93:25
**504 (2)** 2:7 14:6
**5th (1)** 36:11

### 6

**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 (1)**
  11:2
**635 (1)** 13:9
**635-8559 (1)** 15:5
**635-8561 (1)** 13:19

### 7

**70005 (1)** 2:7
**70130 (2)** 1:13,25
**70170 (1)** 1:20
**72692 (1)** 23:21
**749 (1)** 2:6
**7th (4)** 1:11 4:1 6:3
  18:14

### 8

**833-3330 (1)** 2:7
**8559 (2)** 75:11,16
**85635 (3)** 1:12 4:2
  6:4
**87112 (1)** 109:24

### 9

**9 (2)** 50:17 93:18
**9/17/90 (1)** 10:15
**985 (8)** 12:3 13:9,18
  14:3,11,13 15:5
  15:15