**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 2:17-cv-03465 |
| v. ) | |
| ) | |
| SUREWAY SUPERMARKET, WALTER H. ) | Judge Susie Morgan |
| MAPLES, INC., SHELLY JAMBON, SHH ) | |
| PROPERTIES, L.L.C., DOES 1 – 10, ABC ) | Magistrate Janis Van Meerveld |
| INSURANCE COMPANIES 1 – 10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUBMISSION**

Pursuant to Local Rule 7.2, please take notice that Plaintiffs' *Motion in Limine Regarding Plaintiff's Alleged Drug Use* is hereby set for submission before District Judge Susie Morgan on January 9, 2019.

VIVIAN PATZ and MICHAEL PATZ, by and through their counsel,

VIVIAN BLACKLEDGE and MICHAEL PATZ, by and through their counsel,

/s/ *William Most*_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

And

Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503