UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, | ) |
| Plaintiffs, | ) Civil Action No.: 2:17-cv-03465 |
| v. | ) |
| WALTER H. MAPLES, INC., *et al.* | ) Judge Susie Morgan |
| | ) Magistrate Janis van Meerveld |
| Defendants. | ) |

## **ORDER**

Having duly considered the *Motion in Limine Regarding Plaintiff's Alleged Drug Use* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court orders that during trial, Defendants shall not put on any evidence, references to evidence, or argument relating to Plaintiff Vivian Patz's drug use.

New Orleans, Louisiana, this _____ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA