UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ, ET AL.<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 17-3465 |
| | SEC. E (MORGAN) |
| SUREWAY SUPERMARKET, ET AL.<br>    Defendants | DIV. 1 (VAN MEERVELD) |

**<u>PARTIES' JOINT MEMORANDUM REGARDING JURY VERDICT FORM</u>**

Plaintiffs, Vivian Patz and Michael Patz, and Defendants, Sureway Supermarket, SHH Properties, and Shelly Jambon, respectfully submit the following joint memorandum regarding the disagreements between the parties as to the proposed jury verdict form. At this time, the parties are filing separate proposals for the jury verdict form. However, the parties continue to work towards a joint jury verdict form.

With respect to Defendants' proposed verdict form, Plaintiffs' concerns were as follows:

1) Defendants combined the Title VII / Pregnancy Discrimination Act and Louisiana Pregnancy Discrimination Act claim into one section of the verdict form (Section I), which Plaintiffs believe makes that instruction unwieldy and difficult to follow. Plaintiffs included separate sections of the verdict form for each claim in an effort to make the form clearer and more readable. Plaintiffs also included a breakdown of the types of compensatory damages available, as provided in the Fifth Circuit Pattern jury question for Title VII and the ADA, but those questions are missing from Defendants' proposed form. Plaintiffs also were concerned with Question 9 which falls under Defendants' Louisiana Pregnancy Act instruction, references Title VII, but seems to relate to the ADA claim.

1

2) In the ADA instruction, Plaintiffs attempted to follow the applicable Fifth Circuit pattern jury questions and keep the instruction as clear and comprehensible as possible; Defendants' ADA instruction is lengthier and Plaintiffs found it more confusing. Plaintiffs also object to Question 8 without seeing legal support for the "would have made the same decision" piece.

3) With respect to Section III of Defendants' proposed verdict form, Plaintiffs object to this approach because it merges the Fair Housing claim, the breach of contract claim, and the trespass claim into one long set of questions. This makes this section of the form very difficult to follow and fails to afford the jury a separate opportunity to adequately consider each of these claims.

4) With respect to the LUTPA section of Defendants' form, that section is substantially similar to Plaintiffs' proposed section, except that Defendants' added two mitigation of damages questions (Questions 5 and 6). Plaintiffs object to the inclusion of Questions 5 and 6 as Defendants have not provided any legal support for the proposition that mitigation of damages is required under LUTPA.

The Defendants object to the Plaintiffs' proposed verdict form on grounds that Defendants' form more-closely follows the Jury Questions suggested by the by the Fifth Circuit Pattern Civil Jury Instructions and this Court's findings of law in Docket Documents Nos 148 and 150.

Respectfully submitted,

   */s/ Kerry A. Murphy*
Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503

WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Suite 114
New Orleans, LA 70170
T: (504) 509-5023

*Counsel for Plaintiffs*

and

   */s/ Sean R. Dawson*
Sean R. Dawson, T.A. (LSBA# 19542)
William B. Gordon III (LSBA#28065)
STEPHENSON, CHÁVARRI & DAWSON, L.L.C.
400 Poydras Street, Suite 1990
New Orleans, Louisiana 70130
Tel. No. (504) 523-6496

*Counsel for Defendants*

3