UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIVIAN PATZ, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3465** |
| **SUREWAY SUPERMARKET, ET AL.,**<br>    Defendants | **SECTION: "E" (1)** |

## ORDER ON OBJECTIONS TO EXHIBITS

Plaintiffs Vivian Patz and Michael Patz object to certain exhibits Defendants seek to introduce.[1] Defendants oppose these objections.[2] The Court rules on the objections as follows:

| Exhibit | Ruling |
|---|---|
| 22 | **SUSTAINED.**[3] |
| 23 | **SUSTAINED.**[4] |
| 24 | **SUSTAINED.** Jessica Starr was terminated by Defendant Walter H. Maples, Inc., on February 29, 2012,[5] and Vivian Patz was terminated in April 2016.[6] Starr's personnel file is not relevant to this case, and its probative value is substantially outweighed by the risk of unfair prejudice to Plaintiffs.[7] |
| 25 | **SUSTAINED.**[8] |
| 26 | **SUSTAINED.**[9] |

---

[1] R. Doc. 157.
[2] R. Doc. 167.
[3] R. Doc. 172.
[4] *Id.*
[5] EX24-000004.
[6] R. Doc. 133 at 7.
[7] The parties contest whether Walter H. Maples, Inc., "had a rule that employees with medical issues would be sent home, and had to come back with a doctor's note in two to three days or else would be fired." R. Doc. 133 at 8, ¶ 8(l). The information in Starr's personnel file does not have a tendency to make this disputed fact any more or less likely.
[8] R. Doc. 173.
[9] *Id.*

1

| | |
|---|---|
| 27 | **SUSTAINED** as to Exhibit 27, pages 000007–000025. Provided, if Plaintiff Vivian Patz denies that she has used Medicaid benefits in the past, the Court will determine whether Exhibit 27, pages 000018–000025, the spreadsheet the Defendants reference,[10] may be used to impeach her credibility. |
| 28 | **SUSTAINED** as to Exhibit 28, page 000009.[11] <br> **SUSTAINED** as to Exhibit 28, pages 000011, 000014, and 000027 without objection.[12] |
| 29 | **SUSTAINED** as to Exhibit 29, pages 000257, 000322, 000327, and 000604.[13] <br> **SUSTAINED** as to Exhibit 29, page 000324 without objection.[14] <br> **SUSTAINED** as to Exhibit 29, pages 000008–000254 and 000631–000668. |
| 30 | Plaintiffs have **WITHDRAWN** their objection to Trial Exhibit 30.[15] |

**New Orleans, Louisiana, this 28th day of January, 2019.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[10] R. Doc. 167 at 6.
[11] R. Doc. 173.
[12] R. Doc. 167 at 6.
[13] R. Doc. 173.
[14] R. Doc. 167 at 6.
[15] R. Doc. 164.