MINUTE ENTRY
MORGAN, J.
JANUARY 28, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ, ET AL. | CIVIL ACTION |
| VERSUS | NO. 17-3465 |
| SUREWAY SUPERMARKET, ET AL. | SECTION "E" (1) |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, JANUARY 28, 2019 (9:15 a.m. – 5:01 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell/Cherie Charles |
| COURT REPORTER: | Cathy Pepper |
| APPEARANCES: | William Most, Amanda Hass, Katie Lasky, and Kerry Murphy for the Plaintiff |
| | Sean Dawson, William Gordon, and Maria Stephenson for the Defendants |

**JURY TRIAL**

Present and ready.

Sequestration order given by the Court.

Exhibits 1-21, Page 8 of Exhibit 25, Page 27 of Exhibit 26, Pages 256, 258, 323, 332 of Exhibits 29, and Exhibit 30 were admitted into evidence by the Court.

The jury panel was called and sworn at which time the Court conducted the voir dire examination.

Following the voir dire examination, the parties exercised their three peremptory challenges. Prospective jurors 2, 3, 5, 7, 10, 12, 13, and 14 were selected and sworn to truly try case.

Preliminary instructions given to the jury.

The Court imposed a time clock for the presentation of evidence by the parties. The Plaintiffs were given 595 minutes. The Defendants were given 575 minutes.

Opening statements made by counsel.

Court recessed at 11:51 a.m. and resumed at 1:18 p.m.

Jury returned to the courtroom.

> Witnesses called by the plaintiff and placed under oath:
> Vivian Patz;
> Shelly Jambon;

Jury recessed at 5:00 p.m. until January 29, 2019 at 9:00 a.m.

Court adjourned at 5:01 p.m.

JS-10: 07:17