# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WALTER H. MAPLES, INC., SHELLY ) <br> JAMBON, SHH PROPERTIES, L.L.C., DOES 1 – ) <br> 10, ABC INSURANCE COMPANIES 1 – 10, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 2:17-cv-03465 <br><br> Judge Susie Morgan <br><br> Magistrate Judge Janis Van Meerveld |

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come the plaintiffs, Vivian Patz and Michael Patz ("Plaintiffs"), who respectfully move this Court pursuant to Local Rule 83.2.12 to enter an order permitting Amanda Hass (LA Bar # 37718), of the Law Office of William Most, to enroll as additional counsel of record on behalf of Plaintiffs in the above-captioned matter. William Most, who has consented to this motion, will remain as counsel for Plaintiffs.

Respectfully submitted,

  */s/ Kerry A. Murphy*
Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, a copy of Plaintiffs' Motion to Enroll Additional Counsel was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

> _/s/ Kerry Murphy_
> Kerry Murphy