UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, | ) |
| Plaintiffs, | ) Civil Action No.: 2:17-cv-03465 |
| v. | ) |
| WALTER H. MAPLES, INC., SHELLY JAMBON, SHH PROPERTIES, L.L.C., DOES 1 – 10, ABC INSURANCE COMPANIES 1 – 10, | ) Judge Susie Morgan ) Magistrate Judge Janis Van Meerveld |
| Defendants. | ) |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record by Plaintiffs Vivian Patz and Michael Patz, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Enroll Additional Counsel of Record by Plaintiffs is hereby GRANTED. Amanda Hass, of the Law Office of William Most, shall be and is hereby enrolled as additional counsel of record for Vivian Patz and Michael Patz in the above-captioned matter.

New Orleans, Louisiana on this _____ day of January, 2019.

_____
JUDGE SUSIE MORGAN