## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO.  17-3465 |
| SUREWAY SUPERMARKET, ET AL.,<br>    Defendants | SECTION: "E" (1) |

## JUDGMENT

Considering the Court's Order and Reasons dated August 27, 2018;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants Walter H. Maples, Inc., Shelly Jambon, and SHH Properties, L.L.C., and against Plaintiffs Vivian Patz and Michael Patz, on Plaintiffs' claims under the Residential Lead-Based Paint Hazard Reduction Act, 42 U.S. Code § 4851 *et seq.*

Considering the Court's Order and Reasons dated December 26, 2018;[2]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Shelly Jambon, and against Plaintiff Vivian Patz, on her claims under Title VII, as amended by the Pregnancy Discrimination Act, 42 U.S.C. § 2000e; the Louisiana Employment Discrimination Law, LA. REV. STAT. 23:301 *et seq.*; and the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and against Plaintiffs Vivian Patz and Michael Patz on their claims for breach of contract, LA. CIV. CODE art. 1994; trespass, LA. CIV. CODE art. 2315; and violation of the Louisiana Unfair Trade Practices Act, LA. REV. STAT. 51:1401 *et seq.*

---

[1] R. Doc. 97.
[2] R. Doc. 150.

Considering the Court's order on Defendant SHH Properties, L.L.C.'s motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure;[3]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant SHH Properties, L.L.C., and against Plaintiffs Vivian Patz and Michael Patz, on Plaintiffs' claims for violation of the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*; breach of contract, LA. CIV. CODE art. 1994; trespass, LA. CIV. CODE art. 2315; and violation of the Louisiana Unfair Trade Practices Act, LA. REV. STAT. 51:1401 *et seq.*

Considering the verdict rendered by the jury on January 31, 2019;[4]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Walter H. Maples, Inc., and against Plaintiff Vivian Patz, on her claims under Title VII, as amended by the Pregnancy Discrimination Act, 42 U.S.C. § 2000e; the Louisiana Employment Discrimination Law, LA. REV. STAT. 23:301 *et seq.*; and the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and against Plaintiffs Vivian Patz and Michael Patz, on their claims under the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, and the Louisiana Unfair Trade Practices Act, LA. REV. STAT. 51:1401 *et seq.*

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Shelly Jambon and against Plaintiffs Vivian Patz and Michael Patz, on Plaintiffs' claims under the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*

---

[3] R. Doc. 178 at 2.
[4] R. Doc. 185.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiffs Vivian Patz and Michael Patz, and against Defendant Walter H. Maples, Inc., on Plaintiffs Vivian Patz and Michael Patz's claims for breach of contract, LA. CIV. CODE art. 1994, and trespass, LA. CIV. CODE art. 2315, in the amount of $15,000.00.

**New Orleans, Louisiana, this 1st day of February, 2019.**

_Susie Morgan_

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**