# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN PATZ and MICHAEL PATZ, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 2:17-cv-03465 |
| SUREWAY SUPERMARKET, *et al.*, | ) Judge Susie Morgan |
| Defendants. | ) Magistrate Janis Van Meerveld |

## Plaintiff's *Ex Parte* Motion to Strike

NOW INTO COURT, comes Plaintiff Vivian Patz to request that this Court strike R. Doc. 195.

In R. Doc. 195, Plaintiff filed only her memorandum in support of her Motion for Judgment as a Matter of Law or New Trial, without the motion itself or notice of submission.

Plaintiff correctly filed those documents all together as R. Doc. 196, and so asks that this Court strike R. Doc. 195.

Respectfully Submitted,

VIVIAN PATZ, by and through counsel,

/s/ *William Most*
William Most (La. Bar No. 36914)
Amanda Hass (La. Bar No. 37718)
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

And

Kerry A. Murphy (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503