UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIVIAN PATZ and MICHAEL PATZ, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 2:17-cv-03465 |
| v. | ) | |
| | ) | Judge Susie Morgan |
| SUREWAY SUPERMARKET, *et al.*, | ) | Magistrate Janis Van Meerveld |
| | ) | |
| Defendants. | ) | |

## ORDER

Having duly considered the *Plaintiff's Ex Parte Motion to Strike*,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff's Renewed Motion for Judgment as a Matter of Law or a New Trial (R. Doc. 195) shall be stricken from the record.

**New Orleans, Louisiana, this 6th day of March, 2019.**

_____
UNITED STATES DISTRICT JUDGE