✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | LOUISIANA |
|---|---|---|

| VIVIAN PATZ, et al. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SUREWAY SUPERMARKET, et al. | Case Number: 17-3465 "E" |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susie Morgan | Most, Hass, Lasky, and Murphy | Dawson, Gordon, and Stephenson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 27, 2019 - January 31, 2019 | Cathy Pepper | Brad Newell/Cherie Charles |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/28/2019 | X | X | Vivian Patz Paystubs |
| 2 | | 1/28/2019 | X | X | EATEL Phone Records |
| 3 | | 1/28/2019 | X | X | Kylie Patz Birth Documents |
| 4 | | 1/28/2019 | X | X | Vivian Personnel File |
| 5 | | 1/28/2019 | X | X | Vivian Payroll File |
| 6 | | 1/28/2019 | X | X | Mike Personnel File |
| 7 | | 1/28/2019 | X | X | Mike Payroll File |
| 8 | | 1/28/2019 | X | X | Shelly Jambon 2016 Tax Return |
| 9 | | 1/28/2019 | X | X | Sureway - SHH Financials |
| 10 | | 1/28/2019 | X | X | Victoria Spell Personnel File |
| 11 | | 1/28/2019 | X | X | Denise Esponge Personnel File |
| | 12 | 1/28/2019 | X | X | Personnel File of Brittany Willyard - WHM |
| | 13 | 1/28/2019 | X | X | Medical Record - Vivian Patz - Ochsner Patient Health Summary |
| | 14 | 1/28/2019 | X | X | Medical Record - Vivian Patz - Ochsner Visit 4/15/2016 |
| | 15 | 1/28/2019 | X | X | WHM Employee Schedules for January - April 2016 |
| | 16 | 1/28/2019 | X | X | WHM Employee Timecards |
| | 17 | 1/28/2019 | X | X | 2016 Michael Patz Tax Return |
| | 18 | 1/28/2019 | X | X | 2017 Patz Joint Tax Return |
| | 19 | 1/28/2019 | X | X | SSA Statement of Earnings - Vivian Blackledge |
| | 20 | 1/28/2019 | X | X | SSA Statement of Earnings - Michael Patz |
| | 21 | 1/28/2019 | X | X | Checks to Vivian Patz |
| | 25 | 1/28/2019 | X | X | Page 8 - Medical Record - Vivian Patz - Ochsner Visit 6/2/2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

≧AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | VIVIAN PATZ, et al. | VS. | SUREWAY SUPERMARKET, et al. | CASE NO. 17-3465 "E" |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 26 | 1/28/2019 | X | X | Page 27 - Medical Record - Vivian Patz - Ochsner Visit 4/15/2016 and 7/1/2016 |
| | 29 | 1/28/2019 | X | X | Pages 256, 258, 323, 332 - Meical Record - Vivian Patz - St. Tammany Parish Hospital |
| 30 | | 1/28/2019 | X | X | June Crosby Personnel File |
| 9A | | 1/29/2019 | X | X | Updated Statement of Financial Condition with regards to Shelly Jambon |

Page   2   of   2   Pages